No. 21-16756
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

TODD YUKUTAKE; DAVID KIKUKAWA,
*Plaintiffs-Appellees,*

v.

CLARE E. CONNERS, in her Official Capacity
as the Attorney General of the State of Hawaiʻi,
*Defendant-Appellant,*

and

CITY AND COUNTY OF HONOLULU,[1]
*Defendant.*
_____

On Appeal from the United States District Court for the District of Hawaiʻi
Honorable J. Michael Seabright, Chief United States District Judge
(Civil No. 19-00578 JMS-RT)
_____

**DEFENDANT-APPELLANT'S INITIAL NOTICE
UNDER CIRCUIT RULE 10-3.1**

| | |
|---|---|
| CLARE E. CONNORS<br>  Attorney General of the State of Hawaiʻi<br>KIMBERLY T. GUIDRY<br>  Solicitor General | ROBERT T. NAKATSUJI<br>  First Deputy Solicitor General<br>CARON M. INAGAKI<br>KENDALL J. MOSER<br>  Deputy Attorneys General<br>Dept. of the Attorney General<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813 |

---

[1] Defendant CITY AND COUNTY OF HONOLULU was dismissed with prejudice by stipulation in the District Court on June 12, 2020. ECF 53.

Telephone: (808) 586-1360
E-mail:
  kimberly.t.guidry@hawaii.gov
  robert.t.nakatsuji@hawaii.gov
  Caron.M.Inagaki@hawaii.gov
  Kendall.J.Moser@hawaii.gov

Counsel for Defendant-Appellant CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaiʻi

Pursuant to Circuit Rule 10-3.1(a), Defendant-Appellant CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaiʻi ("Defendant"), hereby provides notice that Defendant has requested or will be requesting copies of the following transcripts in their entirety:

| Date | Description |
| --- | --- |
| 10/19/20 | Hearing on the Parties' Cross Motions for Summary Judgment |
| 6/28/21 | Hearing on Plaintiffs' Motion for Summary Judgment and Defendant's Counter Motion for Summary Judgment |
| 8/4/21 | Further Hearing on Plaintiffs' Motion for Summary Judgment and Defendant's Counter Motion for Summary Judgment |

The issues in this appeal include whether the District Court erred in entering its final *Judgment*, entered on September 23, 2021 (ECF 117), including the *Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Counter Motion for Summary Judgment*, entered on August 16, 2021 (ECF 107), and the *Order (1) Clarifying Remedies; and (2) Granting in Part and Denying in Part Defendant's Motion for Stay Pending Appeal, ECF No. 113*, entered on September 23, 2021 (ECF 116), that were referenced in the final Judgment, and any other prior orders that merge into the final Judgment. *See* District Court Docket No. 123 (Notice of Appeal).

2

DATED: Honolulu, Hawaiʻi, October 22, 2021.

        s/ Robert T. Nakatsuji
ROBERT T. NAKATSUJI
First Deputy Solicitor General

Attorney for Defendant-Appellee CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaiʻi

## **CERTIFICATE OF SERVICE**

I hereby certify that Defendant-Appellant's Initial Notice Under Circuit Rule 10-3.1 was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on October 22, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: Honolulu, Hawaiʻi, October 22, 2021.

                                    s/ Robert T. Nakatsuji
                                    ROBERT T. NAKATSUJI
                                    First Deputy Solicitor General

                                    Attorney for Defendant-Appellee CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaiʻi