# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** | 21-16756

**Case Name** | Yukutake v. Connors

**Counsel submitting this form** | Robert T. Nakatsuji

**Represented party/parties** | Clare E. Connors, in her official capacity as the Attorney General of the State of Hawaii

*Briefly describe the dispute that gave rise to this lawsuit.*

This case is a constitutional challenge under the Second Amendment to two of Hawaii's firearms statutes. Plaintiffs-Appellees TODD YUKUTAKE and DAVID KIKUKAWA ("Plaintiffs") challenged provisions in Haw. Rev. Stat. §§ 134-2 and 134-3. They argued that their Second Amendment rights were violated because: (1) a permit to acquire a handgun is only valid for ten days after the date of issuance; and (2) applicants must bring newly acquired firearms to the Honolulu Police Department for inspection at the time of registration. Plaintiffs were allegedly forced to take time off from work in order to comply with these requirements.

Defendant CLARE E. CONNORS, in her official capacity as the Attorney General of the State of Hawaii ("Defendant"), disagreed with Plaintiffs and defended the constitutionality of the two provisions.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** | 1 | *Rev. 12/01/2018*

*Briefly describe the result below and the main issues on appeal.*

> On August 16, 2021, the District Court agreed with Plaintiffs and entered an Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Counter Motion for Summary Judgment. The District Court declared the challenged portions of Haw. Rev. Stat. §§ 134-2(e) and 134-3(c) unconstitutional and enjoined Defendant's officers, agents, servants, employees, and all persons in active concert with Defendant from enforcing them. On September 23, 2021, the District Court also entered an Order (1) Clarifying Remedies; and (2) Granting in Part and Denying in Part Defendant's Motion for Stay Pending Appeal, ECF No. 113, that clarified its prior order. Final Judgment was entered on September 23, 2021.
>
> The main issue on appeal is whether the District Court erred in striking down the challenged portions of Haw. Rev. Stat. §§ 134-2(e) and 134-3(c) as unconstitutional.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> None for now. Any proceedings regarding attorney's fees are suspended until after completion of the appeal.

**Signature** | s/ Robert T. Nakatsuji | **Date** | Oct 22, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*