UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, Plaintiffs - Appellees, v. CLARE E. CONNORS, In her Official Capacity as the Attorney General of the State of Hawaii, Defendant - Appellant, and CITY AND COUNTY OF HONOLULU, Defendant. | No. 21-16756 D.C. No. 1:19-cv-00578-JMS-RT U.S. District Court for Hawaii, Honolulu **ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

bls/mediation