No. 21-16756

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TODD YUKUTAKE, and DAVID KIKUKAWA,
*Plaintiffs-Appellees,*

v.

HOLLY T. SHIKADA, in her Official Capacity
as the Attorney General of the State of Hawaiʻi,
*Defendant-Appellant,*[1]

and

CITY AND COUNTY OF HONOLULU,
*Defendant.*[2]

On Appeal from the United States District Court for the District of Hawaiʻi
Honorable J. Michael Seabright, Chief United States District Judge
(Civil No. 1:19-cv-00578 JMS-RT)

**EXCERPTS OF RECORD FOR DEFENDANT-APPELLANT
HOLLY T. SHIKADA (INDEX VOLUME)**

---

[1] HOLLY T. SHIKADA succeeded CLARE E. CONNORS as Attorney General of the State of Hawaiʻi on December 10, 2021 and is automatically substituted as a party pursuant to Fed. R. App. P. 43(c)(2).
[2] Defendant CITY AND COUNTY OF HONOLULU was dismissed with prejudice by stipulation in the District Court on June 12, 2020. 3-ER-440-444 (ECF 53).

1

| | | | |
|---|---|---|---|
| HOLLY T. SHIKADA | 4017 | ROBERT T. NAKATSUJI | 6743 |
| Attorney General of the State of Hawaiʻi | | First Deputy Solicitor General | |
| | | CARON M. INAGAKI | 3835 |
| KIMBERLY T. GUIDRY | 7813 | KENDALL J. MOSER | 6515 |
| Solicitor General | | Deputy Attorneys General | |

Dept. of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-mail: Kimberly.T.Guidry@hawaii.gov
Robert.T.Nakatsuji@hawaii.gov
Caron.M.Inagaki@hawaii.gov
Kendall.J.Moser@hawaii.gov

Counsel for Defendant-Appellant HOLLY T. SHIKADA, in her Official Capacity as the Attorney General of the State of Hawaiʻi

# INDEX TO EXCERPTS OF RECORD FOR DEFENDANT-APPELLANT HOLLY T. SHIKADA

| Date | Description | Location in District Court (ECF) | Pages in ER |
|---|---|---|---|
| -- | **Volume 1** Caption Pages | -- | 1-ER-001-002 |
| 9/23/21 | Judgment in a Civil Case | ECF 117 | 1-ER-003 |
| 9/23/21 | Order (1) Clarifying Remedies; and (2) Granting in Part and Denying in Part Defendant's Motion to Stay Pending Appeal, ECF No. 113 | ECF 116 | 1-ER-004-040 |
| 8/16/21 | Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Counter Motion for Summary Judgment | ECF 107 | 1-ER-041-073 |
| 6/28/21 | Transcript of Proceedings | ECF 121 | 1-ER-074-112 |
| -- | **Volume 2** Caption Pages | -- | 2-ER-113-114 |
| 6/14/21 | Defendant's Reply Memorandum in Support of Counter Motion for Summary Judgment; Certificate of Service | ECF 99, 99-1 | 2-ER-115-127 |
| 6/7/21 | Plaintiffs' Opposition to Defendant's Concise Statement of Material Facts in Support of Counter Motion for Summary Judgment; Certificate of Service | ECF 96, 96-1 | 2-ER-128-134 |

| | | | |
|---|---|---|---|
| 6/7/21 | Plaintiffs' Reply and Opposition to Defendant's Counter Motion for Summary Judgment; Memorandum in Opposition to Defendant's Counter Motion for Summary Judgment; Certificate of Service | ECF 95, 95-1, 95-2 | 2-ER-135-157 |
| 5/28/21 | Defendant's (1) Opposition to Plaintiffs' Separate Concise Statement of Material Facts in Support of Motion for Summary Judgment, and (2) Concise Statement of Material Facts in Support of Counter Motion for Summary Judgment; Declaration of Kendall J. Moser; Exhibits "A"-"S"; Certificate of Service | ECF 92, 92-1 through 92-21 | 2-ER-158-278 |
| 5/28/21 | Defendant's (1) Counter Motion for Summary Judgment, and (2) Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment; Certificate of Service | ECF 91, 91-1, 91-2 | 2-ER-279-312 |
| 4/28/21 | Plaintiffs' Separate Concise Statement of Facts in Support of Motion for Summary Judgment; Declaration of Counsel; Certificate of Service | ECF 86, 86-1 through 86-10 | 2-ER-313-380 |
| -- | **Volume 3** Caption Pages | -- | 3-ER-381-382 |
| 4/28/21 | Plaintiffs' Motion for Summary Judgment; Memorandum in Support of Motion; Certificate of Service | ECF 85, 85-1, 85-2 | 3-ER-383-416 |
| 10/30/20 | First Amended Verified Complaint for Declaratory and Injunctive Relief | ECF 78, 78-1 | 3-ER-417-438 |
| 10/19/20 | Minutes of Hearing on October 19, 2020 | ECF 77 | 3-ER-439 |

| | | | |
|---|---|---|---|
| 6/12/20 | Joint Stipulation for Dismissal with Prejudice of All Claims by Plaintiffs Against Defendant City and County of Honolulu | ECF 53 | 3-ER-440-444 |
| 10/24/19 | Verified Complaint for Declaratory and Injunctive Relief | ECF 1, 1-1 | 3-ER-445-468 |
| 10/14/21 | Notice of Appeal; Representation Statement; Certificate of Service | ECF 123, 123-1, 123-2 | 3-ER-469-475 |
| -- | District Court Docket Sheet | -- | 3-ER-476-492 |
| -- | Certificate of Service | -- | 3-ER-493 |