| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 02 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, | No. 21-16756 |
| Plaintiffs - Appellees, | D.C. No. 1:19-cv-00578-JMS-RT<br>U.S. District Court for Hawaii, Honolulu |
| v. | |
| CLARE E. CONNORS, In her Official Capacity as the Attorney General of the State of Hawaii, | **ORDER** |
| Defendant - Appellant, | |
| and | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant. | |

The amicus brief submitted by Madison Society Foundation, Inc. and Second Amendment Foundation on May 2, 2022 is filed.

Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7