UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>CLARE E. CONNORS, In her Official Capacity as the Attorney General of the State of Hawaii,<br><br>        Defendant - Appellant,<br><br> and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant. | No. 21-16756<br><br>D.C. No. 1:19-cv-00578-JMS-RT<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The amicus brief [32] submitted by Amicus Curiae National Rifle Association of America is filed. The amicus brief [33] submitted by Amici Curiae Gun Owners of America, Inc.; et al., is filed.

*Within 7 days of this order, the filer of each brief is ordered to file 6 copies of that brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted*

*electronically. The Form 18 certificate is available on the Court's website at*

*http://www.ca9.uscourts.gov/forms/form18.pdf.*

The covers of the amicus briefs must be green.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7