

**DAVID Y. IGE**
GOVERNOR

**HOLLY T. SHIKADA**
ATTORNEY GENERAL

**VALERIE M. KATO**
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
425 Q‍ueen S‍treet
H‍onolulu, H‍awaii 96813
(808) 586-1360

July 1, 2022

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:   *Yukutake v. Shikada,* No. 21-16756
      Fed. R. App. P. Rule 28(j) Response

Dear Ms. Dwyer:

Defendant-Appellant HOLLY T. SHIKADA ("Defendant") submits this response to Plaintiffs-Appellees TODD YUKUTAKE and DAVID KIKUKAWA's ("Plaintiffs'") letter submitting supplemental authority under Federal Rules of Appellate Procedure Rule 28(j).

Defendant has no objection to Plaintiffs' submission of *New York State Rifle and Pistol Association, Inc. v. Bruen*, No. 20-843 (U.S. June 23, 2022). *Bruen* has fundamentally changed Second Amendment law. *Bruen* rejects the two-part analysis that virtually all the U.S. Courts of Appeals had adopted. Slip op. at 10, 15. It eliminates means-ends scrutiny and replaces it with a purely historical approach. *Id.* at 15. However, *Bruen* also provides much elaboration for the historical approach and addresses other issues, such as upholding licensing regimes if they "are designed to ensure only that those bearing arms in the jurisdiction are, in fact, 'law-abiding, responsible citizens.'" *Id.* at 30 n.9.

Consequently, courts will have to carefully consider the new principles set forth in *Bruen* and how to apply them. Defendant strongly opposes Plaintiffs' conclusion that, without any further action, "this Court should rule in Plaintiffs' favor."

Defendant instead requests that this Court remand this case to the District Court or, in the alternative, order supplemental briefing, pursuant to the Motion that will be filed contemporaneously with this Response. Defendant's Motion will provide more argument and authorities in support of this request.

Molly C. Dwyer, Clerk of the Court
July 1, 2022
Page 2

Sincerely,

s/ Robert T. Nakatsuji
ROBERT T. NAKATSUJI
First Deputy Solicitor General

Attorney for Defendant-Appellant
HOLLY T. SHIKADA

cc: Counsel for all participants (via CM/ECF system)