No. 21-16756

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

TODD YUKUTAKE, and DAVID KIKUKAWA,
*Plaintiffs-Appellees,*

v.

HOLLY T. SHIKADA, in her Official Capacity
as the Attorney General of the State of Hawaiʻi,
*Defendant-Appellant,*[1]

and

CITY AND COUNTY OF HONOLULU,
*Defendant.*[2]

On Appeal from the United States District Court for the District of Hawaiʻi
Honorable J. Michael Seabright, Chief United States District Judge
(Civil No. 1:19-cv-00578 JMS-RT)

## ADDENDUM FOR SUPPLEMENTAL BRIEF
## OF DEFENDANT-APPELLANT

## CERTIFICATE OF SERVICE

---

[1] HOLLY T. SHIKADA succeeded CLARE E. CONNORS as Attorney General of the State of Hawaiʻi on December 10, 2021 and is automatically substituted as a party pursuant to Fed. R. App. P. 43(c)(2).
[2] Defendant CITY AND COUNTY OF HONOLULU was dismissed with prejudice by stipulation in the District Court on June 12, 2020. 3-ER-440-444 (ECF 53).

HOLLY T. SHIKADA          4017
  Attorney General of the State of
  Hawai'i
KIMBERLY T. GUIDRY        7813
  Solicitor General

ROBERT T. NAKATSUJI       6743
  First Deputy Solicitor General
CARON M. INAGAKI          3835
KENDALL J. MOSER          6515
  Deputy Attorneys General
Dept. of the Attorney General
425 Queen Street
Honolulu, Hawai'i 96813
Telephone: (808) 586-1360
E-mail:  Kimberly.T.Guidry@hawaii.gov
        Robert.T.Nakatsuji@hawaii.gov
        Caron.M.Inagaki@hawaii.gov
        Kendall.J.Moser@hawaii.gov

Counsel for Defendant-Appellant HOLLY T. SHIKADA, in her
Official Capacity as the Attorney General of the State of Hawai'i

## ADDENDUM, PART "A"

**Federal and State Militia Laws:**

| Statute | Key Text | Pages in Addendum |
|---|---|---|
| An Act for Establishing a Militia (Del. June 4, 1785) (part 3, at 26-27[1]) | "every able-bodied effective white male inhabitant between the ages of eighteen and fifty years" | A001-A002 |
| An Act for Revising and Amending the Several Militia Laws of this State (Ga. Feb. 26, 1784) (part 4, at 141, 144) | "all the Male free Inhabitants of this State, from the Age of Sixteen to fifty Years" | A003-A004 |
| An Act to Regulate and Establish a Militia in this State (N.C. April 14, 1778-Jan. 19, 1779) (part 10, at 68) | "Militia of every County shall consist of all the effective men from Sixteen to fifty years of Age inclusive" | A005 |
| An Act for Regulating the Militia of the State of New York (N.Y. April 3, 1778) (part 9, at 271) | "every able bodied male person Indians and slaves excepted residing within this State from sixteen years of age to fifty" | A006 |
| An Act for the Regulation of the Militia of the Commonwealth of Pennsylvania (Pa. Mar. 20, 1780) (part 1, at 75, 77) | "each and every male white person . . . between the ages of eighteen and fifty-three" | A007-A008 |

[1] The state statutes listed herein, but not the federal statutes, are reprinted from United States Selective Service System, *Military Obligation: The American Tradition*, vol. 2 (1947), which is also available from the HathiTrust Digital Library, at https://catalog.hathitrust.org/Record/100889778/Home.

| | | |
|---|---|---|
| An Act for the Regulation of the Militia of this State; and for Repealing Such Laws as Have Hitherto Been Enacted for the Government of the Militia (S.C. Mar. 28, 1778) (part 13, at 61, 67) | "all male free inhabitants within the districts . . . from the age of sixteen to sixty years" | A009-A010 |
| Federal Militia Act of 1792, §1, 1 Stat. 271 (May 8, 1792) | The Federal Militia Act of 1792, 1 Stat. 271 (May 8, 1792), required each militia member to "provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch with a box therein to contain not less than twenty-four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball: or with a good rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder[.]" | A011-A012 |
| An Act for Forming, Regulating, and Conducting the Military Force of this State (Conn. 1784) (part 2, at 250, 256) | A Connecticut law from 1784 required militia members to "be furnished at their own Expence, with a well fixed Musket, the Barrel not less than three Feet and a Half long, and a Bayonet fitted thereto, with a Sheath and Belt or Strap for the frame, with a Ram rod, Worm, Priming-wire and Brush, one Cartouch-box carrying sixteen rounds of Cartridges, made with good Musket Powder and Ball, fitting his Gun, six good flints, and each Militia Man one Canteen holding no less than three Pints." | A013-A014 |
| An Act for Forming and Regulating the Militia Within the Colony of the | A Massachusetts militia law from 1776 required each militia member to equip himself with "a good fire-arm, with a | A015-A016 |

| | | |
|---|---|---|
| Massachusetts Bay, in New England, and for Repealing All the Laws Heretofore Made for that Purpose (Mass. Jan. 22, 1776) (part 6, at 220, 223) | steel or iron ramrod and a spring to retain the same, a worm, priming-wire and brush, and a bayonet fitted to his gun, a scabbard and belt therefor, and a cutting-sword, or a tomahawk or hatchet, a pouch containing a cartridge-box that will hold fifteen rounds of cartridges, at least, a hundred buck-shot, a jack-knife, and tow for wadding, six flints, one pound of powder, forty leaden balls fitted to his gun, a knapsack and blanket, a canteen or wooden bottle sufficient to hold one quart." | |
| An Act for Regulating the Militia of the State of New York (N.Y. April 3, 1778) (part 9, at 271, 272) | A New York militia law from 1778 required militia members to "furnish and provide himself at his own expence with a good musket or fire-lock fit for service a sufficient bayonet with a good belt, a pouch or cartouch box containing not less than sixteen cartridges suited to the bore of the musket or firelock each cartridge containing a proper quantity of powder and ball or in lieu of such pouch or cartouch box and cartriges with a quantity of powder and ball respectively disposed of in a powder horn and shot bag and wadding equivalent to such cartriges, and two spare flints a blanket and a knapsack[.]" | A017-A018 |
| An Act for the Regulation of the Militia of this State; and for Repealing Such Laws as Have Hitherto Been Enacted for the Government of the Militia (S.C. Mar. 28, 1778) (part 13, at 61, 67-68) | A South Carolina law from 1778 required militia members to appear for duty with "one good musket and bayonet, or a good substantial smooth bore gun and bayonet, a cross belt and cartouch box, capable of containing thirty-six rounds, with at least twelve rounds of good cartridges, filled with gun powder and a leaden bullet, each fit for such musket or smooth bore gun, and half a pound of spare powder and | A019-A021 |

| | twenty-four spare rounds of leaden bullets or buck-shot, or one good rifle-gun and tomahawk or cutlass, with three quarters of a pound of powder, and not less than thirty-six leaden bullets proper for such rifle, with an equal number of patches, together with a cover for the lock of such musket or gun, one ball of wax, one worm and picker, six spare flints, and one screw driver or substantial knife[.]" | |
|---|---|---|
| Federal Militia Act of 1792, §10, 1 Stat. 271, 273 (May 8, 1792) | The Federal Militia Act required the brigade inspector "to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition, and accoutrements[.]" | A022-A024 |
| An Act in Further Addition to an Act Entitled An Act for the Forming and Regulating the Militia and for the Encouragement of Military Skill for the Better Defence of this Colony (Conn. Oct. 11-25, 1775) (part 2, at 201-02) | A 1775 Connecticut law required each commanding officer to "cause the arms and ammunition of all under his command . . . to be reviewed . . . by requiring such persons to bring forth their arms and ammunition at a certain time and place[.]" | A025-A026 |
| An Act for Regulating and Governing the Militia of the Commonwealth of Massachusetts, and for Repealing All Laws Heretofore Made for that Purpose (Mass. 1789) (part 6, at 261, 264) | A 1789 Massachusetts law required each commanding officer to call the train-band (younger members) of his company together four days a year "for the purpose of examining their arms and equipments, and instructing them in military exercises" and to call the alarm-lift (older members) once a year "for the purpose of examining their arms and equipments." | A027-A028 |

| | | |
|---|---|---|
| An Act for Forming and Regulating the Militia Within the State of New Hampshire in New England, and for Repealing All the [] Laws Heretofore Made for that Purpose (N.H. Sept. 19, 1776) (part 7, at 79, 83) | A 1776 New Hampshire law provided that when the commanding officer of a company chooses to call his company together "to examine their Arms, or instruct them in the Exercises, which from Time to Time shall . . . be ordered for them," he is to notify and warn them of the time and place of meeting. | A029-A030 |
| An Act for Regulating the Militia of the State of New York (N.Y. April 3, 1778) (part 9, at 271, 273-74) | A 1778 New York law required the commanding officer of a company to call out his company once every two months and see that they are "properly armed accoutred equipped and provided; [and] note the defaulters[.]" The commanding officer of a regiment was to hold a regimental parade each April and November, where militia members would "be called by the company rolls and the arms, ammunition and accoutrements of each man [would] be examined, and the defaulters to be noted[.]" | A031-A033 |
| An Act to Organize the Militia of this State (R.I. Jan. 1798) (part 12, at 215, 222) | A 1798 Rhode Island law required the brigade inspector to attend regimental and battalion meetings "to inspect their arms, ammunition and accoutrements[.]" | A034-A035 |
| An Ordinance for Raising and Embodying a Sufficient Force, for the Defence and Protection of this Colony (Va. July 17, 1775) (part 14, at 255, 274) | A 1775 Virginia law required each militia member to "furnish himself with a good rifle, if to be had," or other weapons, "and appear with the same at the place appointed for mustering[.]" | A036-A037 |
| An Act for Regulating the Militia in the | Maryland's 1756 law authorized commanding officers to "make delligent | A038-A040 |

| | | |
|---|---|---|
| Province of Maryland (Md. May 22, 1756) (part 5, at 83, 85-86) | Search and Enquiry in their respective District what Arms and Ammunition shall be therein and return what Number of Arms and what Quantity of Ammunition they Shall on such Search and Enquiry find or discover and the Condition and kind of such Arms and Ammunition and who shall be possessed thereof distinctly in Writing[.]" | |
| An Act for the Regulating, Training, and Arraying of the Militia, and for Providing More Effectually for the Defence and Security of the State (N.J. Jan. 8, 1781) (part 8, at 67, 70) | New Jersey's 1781 law required the commanding officer of each company, once every four months, to "order a Sergeant to call at the Place of Abode of each Person enrolled [in the militia] for the Purpose of examining the State of his Arms, Accoutrements, and Ammunition, of which the Sergeant shall make exact Report to the Officer issuing the Orders[.]" | A041-A042 |
| Federal Militia Act of 1792, §10, 1 Stat. 271, 273-74 (May 8, 1792) | Under the Federal Militia Act, brigade inspectors were required "to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements, and ammunition of the several corps[.]" | A043-A046 |
| An Act for Forming and Regulating the Militia Within the Colony of the Massachusetts Bay, in New England, and for Repealing All the Laws Heretofore Made for that Purpose (Mass. Jan. 22, 1776) (part 6, at 220, 224) | A 1776 Massachusetts law provided that "the clerk of each and every company of said militia shall, once every six months after the time of his choice or appointment, take an exact list of his company, and of each man's equipments, respectively, and present the same to the captain or commanding officer thereof[.]" From there, further returns were to be made to the colonel, the brigadier, the first major general, and the Council. | A047-A048 |

| | | |
|---|---|---|
| An Act for Forming and Regulating the Militia Within the State of New Hampshire in New England, and for Repealing All the [] Laws Heretofore Made for that Purpose (N.H. Sept. 19, 1776) (part 7, at 79, 83) | A 1776 New Hampshire law similarly required the clerk of each company to, every six months, "take an exact List of his Company, and of each Man's Equipments respectively, and present the same to the Captain or commanding Officer thereof[.]" The captain would then have to make returns to the colonel, then to the major general, then to the Council. | A049-A050 |
| An Act for the Regulating, Training, and Arraying of the Militia, and for Providing More Effectually for the Defence and Security of the State (N.J. Jan. 8, 1781) (part 8, at 67, 71-72) | New Jersey's 1781 law provided that the "Colonel or Commanding Officer, after parading his Regiment or Battalion, shall require from the Captain or Commanding Officer of each Company a Return of the commissioned and Non-commissioned Officers and Privates of his Company, and a State of their Arms, Accoutrements, and Ammunition[.]" Further returns were then required to be made to the colonel, the brigadier, the major general, and then the governor. | A051-A053 |
| An Act Further to Amend an Act Entitled an Act for Regulating the Militia of the State of New York, and Other Purposes Therein Mentioned (N.Y. Oct. 9, 1779) (part 9, at 283) | New York's 1779 law required returns to be made every three months to the adjutant general, regarding "men, arms, ammunition, accoutrements and other equipments[.]" | A054 |
| An Act to Organize the Militia of this State (R.I. Jan. 1798) (part 12, at 215, 222) | Rhode Island's 1789 law required brigade inspectors to make returns to the adjutant general of the state, "reporting therein the actual situation of the arms, accoutrements and ammunition of the several corps[.]" The adjutant general was then required to make a return to the | A055-A056 |

| | | |
|---|---|---|
| | commander in chief of the state (i.e., the governor). | |
| An Act for Amending the Several Laws for Regulating and Disciplining the Militia, and Guarding Against Invasions and Insurrections (Va. Oct. 18, 1784) (part 14, at 422, 427) | Virginia's 1784 law provided that "[e]very captain or commanding officer of a company shall, within ten days after every regimental and general muster, make up and report to the commanding officer of his regiment, a return of his company, including all arms, ammunition, and accoutrements, by this act directed, distinguishing effective and good from non-effective and bad[.]" The commanding officer of the regiment then had to make a further return to the commanding officer of the county, who in turn had to make a return to the governor. | A057-A058 |

**ADDENDUM, PART "B"**

**Pardon Provisions:**

| Constitutional Provision | Key Text | Pages in Addendum |
|---|---|---|
| Del. Const. of 1792, § 9 | The Delaware Constitution of 1792 granted the governor the power "to grant reprieves and pardons, except in cases of impeachment." | B001-B002 |
| Ga. Const. of 1798, art. II, § 7 | The Georgia Constitution of 1798 gave the governor the "power to grant reprieves for offences against the State, except in cases of impeachment, and to grant pardons, in all cases after conviction, except for treason or murder, in which cases he may respite the execution, and make a report thereof to the next general assembly, by whom a pardon may be granted." | B003-B004 |
| Mass. Const. of 1780, part II, ch. II, § I, art. VIII | The Massachusetts Constitution of 1780 granted the governor, with the advice of the governor's council, "[t]he power of pardoning offences," except for impeachment cases and before a conviction. | B005-B006 |
| Md. Const. of 1776, § XXXIII | The Maryland Constitution of 1776 authorized the governor to "grant reprieves or pardons for any crime, except in such cases where the law shall otherwise direct[.]" | B007-B008 |
| N.C. Const. of 1776, § XIX | The North Carolina Constitution of 1776 gave the governor "the Power of granting Pardons and Reprieve, except where the Prosecution shall be carried | B009-B010 |

i

| | on by the General Assembly, or the Law shall otherwise direct; in which Case he may, in the Recess, grant a Reprieve until the next Sitting of the General Assembly[.]" | |
|---|---|---|
| N.H. Const. of 1783-1784 | The New Hampshire Constitution of 1783-1784 granted the state president, with the advice of the council, "[t]he power of pardoning offences, except such as persons may be convicted of before the senate by impeachment of the house" or before a conviction. | B011-B012 |
| N.J. Const. of 1776, § IX | The New Jersey Constitution of 1776 gave the governor and the council "the Power of granting Pardons to Criminals after Condemnation in all Cases of Treason, Felony or other Offences." | B013-B014 |
| N.Y. Const. of 1777, § XVIII | The New York Constitution of 1777 gave the governor the power, "at his discretion, to grant reprieves and pardons to persons convicted of crimes, other than treason or murder, in which he may suspend the execution of the sentence, until it shall be reported to the legislature at their subsequent meeting; and they shall either pardon or direct the execution of the criminal, or grant a further reprieve." | B015-B016 |
| Pa. Const. of 1790, art. II, § 9 | The Pennsylvania Constitution of 1790 gave the governor the power to "grant reprieves and pardons, except in cases of impeachment." | B017-B018 |
| S.C. Const. of 1790, art. II, § 7 | The South Carolina Constitution of 1790 gave the governor "power to grant reprieves and pardons, after conviction, | B019-B020 |

| | except in cases of impeachment, in such manner, on such terms and under such restrictions, as he shall think proper[.]" | |
|---|---|---|
| Va. Const. of 1776, § 9 | The Virginia Constitution of 1776 provided that the governor, "with the advice of the Council of State, have the power of granting reprieves or pardons, except where the prosecution shall have been carried on by the House of Delegates, or the law shall otherwise particularly direct[.]" | B021-B022 |
| Vt. Const. of 1793, ch. II, § XI | The Vermont Constitution of 1793 gave the governor, acting with the executive council, the "power to grant pardons and remit fines, in all cases whatsoever, except in treason, and murder, in which they shall have power to grant reprieves, but not to pardon until after the end of the next session of Assembly; and except in cases, of impeachment[.]" | B023-B025 |
| U.S. Const. art. II, § 2 | The U.S. Constitution provides that the president "shall have Power to grant Reprieves and Pardons, for Offences against the United States, except in Cases of Impeachment." U.S. Const. art. II, § 2. | B026 |

iii

## ADDENDUM, PART "C"

**Miscellaneous Provisions:**

U.S. Constitution, Amendment II ........................................................................C001

U.S. Constitution, Amendment XIX.....................................................................C002

4 Journals of the Continental Congress, 1774-1789, at 205 (Washington Chauncy Ford ed., 1906), available at https://memory.loc.gov/ammem/amlaw/lwjc.html.
........................................................................................................................C003

Act 30, Session Laws of Hawai'i 2022, § 1 at 6, https://www.capitol.hawaii. gov/session2022/bills/GM1130_.PDF.......................................................C004-C021

*Testimony of Chief Paul K. Ferreira*, Hawaii County Police Department, at pdf 57-58 (Mar. 24, 2022), https://www.capitol.hawaii.gov/Session2022 /Testimony/HB2075_HD1_TESTIMONY_JDC_03-29-22_.PDF. .........C022-C023

*Testimony of Maj. Joseph A. Trinidad*, Honolulu Police Department, at pdf 5-6 (Mar. 29, 2022),
https://www.capitol.hawaii.gov/Session2022/Testimony/HB2075_HD1_TESTIMONY_JDC_03-29-22_.PDF.....................................................................C024-C025

*Testimony of the Department of the Attorney General*, at pdf 3-4 (Mar. 29, 2022), https://www.capitol.hawaii.gov/Session2022/ Testimony/HB2075_HD1_TESTIMONY_JDC_03-29-22_.PDF. ..........C026-C029

i

See also original p. 58. *Of the* D E L A W A R E   S T A T E. 57

1785.

ments, (unless their remaining estate be sufficient to answer what they are then in arrear) are hereby declared fraudulent, and shall not prevent or avoid the seizing and selling the same estates, on any judgment that may be had on suits to be brought for the recovery of the monies so in arrear.

Sect. 15. *And be it enacted*, That the said state treasurer, before the first day of November next, shall become bound unto the Delaware state, with two or more sufficient sureties, to be approved of by the president or commander in chief for the time being, in an obligation of fifteen thousand pounds, conditioned for the true observation of this act and the duty which to the said office doth appertain; and in case of neglect or refusal of the said state treasurer so to do, or of his death in the recess of the general assembly, it shall and may be lawful for the president or commander in chief, with the approbation of the privy-council, to appoint some other fit person to supply his place, who shall give security as aforesaid. *(marginal note: State treasurer to give bond. His place how supplied in case of delinquency, &c.)*

Sect. 16. *And be it enacted*, That if any of the days appointed by this act for the performance of any of the duties herein required, shall happen to be on a Sunday, then such duties shall be performed on the day following.

WHEREAS it appears, that sundry collectors of the state taxes directed to be raised for the service of the years seventeen hundred and eighty-one, eighty-two, eighty-three and eighty-four, have through their indulgence, omitted to execute for those taxes within the times limited by law, and this general assembly being willing to give the same summary mode to the said collectors to collect the arrearages of such taxes, as they could have had under the several acts of assembly passed for those purposes.

Sect. 17. *Be it enacted*, That the collectors respectively of the said several state-taxes, heretofore appointed, or hereafter to be appointed for that purpose, be and they hereby are impowered to collect all arrearages and balances due of the said taxes by, execution, or otherwise, between the time of passing this act and the first day of November next, in as full and ample manner as heretofore could have been done had the same been done within the time limited by law. *(marginal note: Summary mode for collecting the arrearages of taxes.)*

*Signed by Order of the House of Assembly,*

T H O M A S   D U F F, *Speaker.*

*Signed by Order of the Council,*

THOMAS M'DONOUGH, *Speaker.*

*Passed at* DOVER, } *June* 4, 1785. }

⁂ ━━━━━━━━━━━━━━━ ⁂

An A C T for establishing a Militia.

SECTION 1.   WHEREAS a well regulated Militia is the proper and natural defence of every free state; and as the laws heretofore made for the regulation thereof within this state are expired, and it is necessary that a militia be established; *(marginal note: Preamble.)*

( Sect. 2. *Be it therefore enacted by the General Assembly of Delaware,* That the late captain or commanding officer of each militia company in the

Generated on 2022-07-13 03:39 GMT / https://hdl.handle.net/2027/hvd.32044032422602
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

A001

Original from
HARVARD UNIVERSITY

*58.*

*In the Ninth* YEAR *of the* INDEPENDENCE

1785.

Returns to be made to the colonels of regiments, of all able-bodied male inhabitants within the districts of companies, &c.

the feveral counties of this ftate, fhall, on or before the firft day of Auguft next, make an exact return to the late colonel or commanding officer of the regiment to which he did formerly belong, of the names and furnames of every able-bodied effective male white inhabitant between the ages of eighteen and fifty years, then refiding in the diftrict of which he was formerly captain or commanding officer; a copy of which return the faid colonel or commanding officer of fuch regiment fhall immediately tranfmit to the prefident or commander in chief of this ftate: And all male white perfons between the ages aforefaid (clergymen and preachers of the gofpel of every denomination, juftices of the fupreme court, keepers of the public gaols, fchool-mafters teaching a Latin-fchool, or having at leaft twenty Englifh fcholars, and indented fervants bona fide purchafed, excepted) who on the faid firft day of Auguft next, fhall refide in any diftrict or fub-divifion heretofore laid off in purfuance of the late militia laws of this ftate fhall be confidered as belonging to the militia company for fuch diftrict or fub-divifion.

Officers in the military line, by whom appointed.

Sect. 3. *And be it enacted,* That the prefident or commander in chief fhall, on or before the firft day of October next, appoint and commiffion one colonel, one lieutenant-colonel and one major to command each of the regiments, and one captain, two lieutenants, and one enfign to command each of the companies within this ftate; and in cafe of the vacancy of a colonel, lieutenant colonel or major, captain, lieutenant or enfign, the prefident or commander in chief fhall appoint and commiffion fuch perfon to fill the faid vacancy as he fhall judge moft fuitable for that purpofe.

Quarter-mafters, &c. by whom appointed. Militia to be divided into claffes.

· Sect. 4. *And be it enacted,* That the field officers of each regiment fhall appoint a quarter mafter and adjutant, a drum and a fife major for the regiment, and the commiffioned officers of each company fhall appoint four fergeants, four corporals, one drum and one fife for their refpective companies.

Sect. 5. *And be it enacted,* That on the tenth day of April next enfuing, the captain or commanding officer of each company fhall call the perfons belonging to the fame together, giving due notice, and fhall divide them into eight claffes, as nearly equal in number to each other, as conveniently may be, allotting a fergeant or a corporal to each clafs, and eight flips of paper numbered refpectively from one to eight being prepared, every private fhall determine, by drawing a ballot, what clafs he is to ferve in; and in cafe any of the perfons belonging to any company fhall neglect to attend at the time and place appointed for claffing the faid company, or if prefent, fhall refufe to draw as aforefaid, then the faid captain or commanding officer thereof fhall appoint one difinterefted freeholder to draw for the abfentees or perfons fo refufing; and when the claffes fhall be fo fett-

Rolls thereof to be formed, and tranfmitted to the colonel.

led, the captain or commanding officer of each company fhall form a roll confifting of the eight claffes, and the names and furnames of the men in each clafs, numbered according to the order of ballotting, which he fhall keep for his own ufe and direction, tranfmitting forthwith a copy thereof, with a lift of his commiffioned and non-commiffioned officers prefixed, to the colonel or commanding officer of the regiment, who fhall enter the fame in a book by him to be provided for that purpofe: And the faid captain or commanding officer fhall in the month of April in the year of our Lord one thoufand feven hundred and eighty-feven, and in the month of April in every fucceeding year, add to the faid roll the names and furnames of all fuch male white inhabitants between the ages aforefaid, who on the next preceding twelve months have removed to, and are then refiding in, that fub-divifion, or therein have attained to the age of eighteen years, except as herein before are excepted, annexing them refpectively to fuch clafs or claffes as may ftill render all the claffes of a company as nearly equal in number to each other as conveniently may be,                   Sect. 6,

27



Revising and Amending Militia Laws.

(State Archives.)

## AN ACT

*For Revising and amending the several Militia Laws of this State. —*

WHEREAS the Laws now in being For the regulation of the Militia, are either expired or near expiring, or are found inadequate to the present Period: and a well ordered and well disciplined Militia is essentially necessary to the safety, peace And prosperity of the State in Particular, and the Confederal Union in General.

BE IT THEREFORE ENACTED by the Representatives of the Freemen of the State of Georgia in General Assembly Met and by the Authority of the same. That from and immediately after the passing this Act it shall and may be lawful for his honor the Governor for the time being, by and with the Advice and consent of the honorable Executive Council, to call forth And Assemble all the Male free Inhabitants of this State, from the Age of Sixteen to fifty Years Within the Different Counties, Districts, and places of the same at such times as may appear to him and them Necessary, and to Lead, conduct or employ, or cause or procure to be led, Conducted or employed as well within the said Counties, Districts and places where such persons Reside, as into any other County, District,

327. Ga.—*General Assembly; Col. Recs. . . . Vol. 19, Pt. II, Candler, 1911; Act, Feb. 26, 1784, pp. 348-359.*

141

Generated on 2022-07-13 03:45 GMT / https://hdl.handle.net/2027/hvd.32044032422610
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by  Google      Original from
HARVARD UNIVERSITY

Revising and Amending Militia Laws.

Regiment within this state, and they are hereby
Required to assemble, Muster train and exer-
cise, or Cause to be Mustered trained and Exer-
cised their respective Companies, giving Notice
of the same by beat of Drum or otherwise in
such expeditious Manner as the Colonel or Offi-
cer Commanding the Regiment shall think fit, at
any place, or places for Ordering Musters;
PROVIDED the same does not exceed six times
each Year, and that such Muster, training and
exercising be within the district or division the
said Company belongs to — ——

AND BE IT FURTHER ENACTED that the
several Captains or Commanding Officers of
Companies in the Different Battalions or Regi-
ments, shall Respectively enter enlist and en-
roll the names of all the male free inhabitants
from the age of Sixteen to fifty as aforesaid
within their respective companies districts or
divisions and shall cause the several persons so
enrolled and enlisted notice being given of the
same, to appear at the times and places ap-
pointed for ordinary muster in each respective
districts or division, and the publishing of
which as aforesaid, shall be deemed a sufficient
summons within the intent of this act to oblige
the persons so entered and enrolled liable to
appear as well at such ordinary musters, as at
any general musters which may be held as
aforesaid, and the persons so enrolled shall be
deemed and held to be enlisted in and to belong
to

144

 Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2022-07-13 03:46 GMT / https://hdl.handle.net/2027/hvd.32044032422610
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# LAWS OF NORTH CAROLINA, 1778.

At a General Assembly begun and held at New Bern, on the Fourteenth day of April, in the Year of Our Lord One Thousand Seven Hundred and Seventy Eight, and from thence continued by Adjournments and Prorogations to the Nineteenth day of January, at Halifax, in the Year of Our Lord One Thousand Seven Hundred and Seventy-nine. Being the third Session of this Assembly.

### CHAPTER I.

#### An Act to Regulate and Establish a Militia in this State.

I. Whereas a well regulated Militia is absolutely necessary for the Defending and Securing the Liberties of a Free State.

II. Be it therefore Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the Authority of the same: That the Militia of this State be divided into Six Brigades as it heretofore stood by an Act intitled An Act to Establish a militia in this State, viz, one in each of the Districts of Edenton, New Bern, Wilmington, Halifax, Salisbury, and Hillsborough, and each Brigade to be commanded by a Brigadier General. And the Militia of every County shall consist of all the effective men from Sixteen to fifty years of Age inclusive, except Quakers, Menonists, Dunkards, and Moravians to be formed into one or more Regiments, each under the Command of a Colonel, Lieutenant Colonel, and two Majors; every Regiment shall be divided into Companies, consisting of fifty Rank and File at least, two Sergeants, two Corporals, one Drummer, one Fifer; and each Company to be under the command of a Captain, Lieutenant, and Ensign, That every Company shall stand divided into four Divisions, and shall go on service according to the first, second, third and fourth numbers as they have heretofore drawn, under an Act intitled an Act to Establish a Militia in this State, provided nevertheless, That where any Militia man shall remove himself out of one Company into another, he shall produce a Certificate from the Captain of the Company from which he came, setting forth the Division to which he belonged, and the Duty he has performed in that Division and the Captain of the Company to which he came; shall cause him to be enrolled in the Division he stood in before his removal; And if any person so removing shall fail to produce such Certificate when thereto required by the Captain of the Company to which by his removal he shall or may belong such Captain shall cause the person so failing to be enrolled in the Division then liable to be called out and shall serve accordingly.

III. And be it further Enacted by the Authority aforesaid, That in every County where the Militia have not been divided and numbered as aforesaid, that the Commanding Officer of such County shall immediately upon the publication hereof cause such Militia to be divided and numbered as aforesaid, under the penalty of One Hundred Pounds to be recovered by action of Debt, by any person suing for the same in any Court of Record having cognizance thereof.

190

286. N. C.—*Assembly, New Bern-Halifax; Recs. Clark, Vol. 24, 1905, Ch. I; Act, Apr. 14, 1778–Jan. 19, 1779, pp. 190–199.*

Generated on 2022-07-13 04:25 GMT / https://hdl.handle.net/2027/hvd.32044032422677
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 20 of 128

# CHAP. 33.

## AN ACT for regulating the militia of the State of New-York

PASSED the 3d of April, 1778.

**Preamble.**
WHEREAS the wisdom and experience of ages point out a well regulated militia as the only secure means for defending a State against external invasions and internal commotions and insurrections;

*And whereas* this and the other United States of *America* are now invaded by foreign enemies and the safety of this State may be indangered by intestine commotions and insurrections;

*And whereas* it is therefore become the duty of the legislature of the State to put the militia thereof on such an establishment as will most effectually encourage a martial spirit, among the people; provide for the internal and external security of the State and enable it most vigorously to co-operate with the other United States in a cause no less noble and exalted than the defence of the common rights and liberties of *America* against hostile tyranny and oppression;

**Persons to be enrolled.**
*Be it therefore enacted by the People of the State of* New-York *represented in Senate and Assembly, and it is hereby enacted by the authority of the same.* That every able bodied male person Indians and slaves excepted residing within this State from sixteen years of age to fifty (except such persons as are herein after excepted) shall immediately after the passing of this act tender himself to be enrolled as of the militia to the captain or in his absence the next commanding officer of the beat wherein he shall reside who shall inrol him accordingly and in case of delay, or neglect to make such tender as aforesaid the said captain or commanding officer shall cause such person to be enrolled and to be duly warned thereof.

**Enrollment to be made by captains.**
In order that the militia may receive augmentation from the annual increase of the number of the inhabitants of this State that every captain or other commanding officer of a company shall from time to time enter on the said roll every male person able bodied and free (except as herein before and after excepted) who shall from time to time arrive at the age of sixteen years or come to reside or sojourn within his beat and without delay notify such inrollment to each person so inrolled respectively, by some inferior officer of the company who on oath shall be a competent witness to prove such notice.

**Disputes, how to be determined.**
That if any dispute should arise with respect to the age or ability to bear arms of any person it shall be determined by the captain or commanding officer of the company, with right of appeal to any person who may conceive himself aggrieved, to the colonel or commanding officer of the regiment whose determination in the case shall be final.

**Equipments.**
That every person so inrolled and notified shall within twenty days thereafter respectively furnish and provide himself at his own expence with a good musket or firelock fit for service a sufficient bayonet with a good belt, a pouch or cartouch box containing not less than sixteen cartridges suited to the bore of the musket or firelock each cartridge containing a proper quantity of powder and ball or in lieu of such pouch or cartouch box and cartriges with a quantity of powder and ball respectively disposed of in a powder horn and shot bag and wadding equivalent to such cartriges, and two spare flints a blanket and a knapsack and shall appear, so armed accoutred and provided when called out to exercise or duty as herein after directed except that when called out

524. N. Y.—*General Assembly; Laws, Vol. 1, Weed and Parsons, 1886; Act, Apr. 3, 1778, pp. 62–71.*

733970 O - 47 - 18

**271**

Digitized by  Google

Original from
HARVARD UNIVERSITY

Generated on 2022-07-13 03:56 GMT / https://hdl.handle.net/2027/hvd.32044032422669
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

therefrom arising shall be appropriated towards paying for the lands to be purchased and the new court house and prison to be built in the said place so as aforesaid to be provided.

[Section IV.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That for the defraying the remainder of the expenses and charge of purchasing the land, building and erecting the said court house and prison, it shall and may be lawful for the commissioners and assessors of said county, or a majority of them, to assess and levy so much money as the said trustees, or any four of them, shall judge necessary for paying the remainder aforesaid, of purchasing the land and finishing the said court house and prison, and they are hereby required so to do.

> Passed March 20, 1780. See the Acts of Assembly passed March 22, 1784, Chapter 1081; March 30, 1785, Chapter 1152; March 18, 1786, Chapter 1215; September 25, 1786, Chapter 1247; September 26, 1789, Chapter 1443; March 12, 1800, Chapter 2125. Recorded L. B. No. 1, p. 373, &c.

---

## CHAPTER CMII.

---

### AN ACT FOR THE REGULATION OF THE MILITIA OF THE COMMON-WEALTH OF PENNSYLVANIA.

(Section I, P. L.) Whereas a militia law founded upon just and equitable principles hath been ever regarded as the best security of liberty, and the most effectual means of drawing forth and exerting the natural strength of a state:

(Section II, P. L.) And whereas a well regulated militia is the only safe and constitutional method of defending a free state, as the necessity of keeping up a standing army, especially in times of peace, is thereby superceded:

(Section III, P. L.) And whereas the militia law of this commonwealth enacted by the general assembly the seventeenth day of March, one thousand seven hundred and seventy-seven,

142. Pa.—*General Assembly, Philadelphia; Statutes, Mitchell and Flanders, Vol. X, 1904; Act, Mar. 20, 1780, pp. 144–173, Ch. CMII.*   75

Generated on 2022-07-13 03:53 GMT / https://hdl.handle.net/2027/hvd.32044032422685
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY


*The Statutes at Large of Pennsylvania.* [1780

by the authority aforesaid, That the said lieutenant or sub-lieutenants (once in every year) shall issue his or their warrants to the captain or commanding officer for the time being of each company of the several battalions in the said city and counties respectively, or to some other suitable person, commanding him, in the name of the commonwealth, to deliver to him or them, the said lieutenant or sub-lieutenants, within ten days from and after the date of the said warrants (unless the lieutenant or sub-lieutenants shall judge a longer time to be necessary, which he or they are hereby empowered to grant) on oath or affirmation, which any of them is hereby empowered to administer, a true and exact list of the names and surnames of each and every male white person inhabiting or residing within his township, borough, ward or district, between the ages of eighteen and fifty-three (delegates in Congress, members of the supreme executive council, members of the general assembly, judges of the supreme court, attorney-general for the state, the judges of the admiralty, treasurer of the state, sheriffs, gaolers and keepers of workhouses, ministers of the gospel of every denomination, professors and teachers in the university, postmasters and postriders belonging to the general post-office, menial servants of ambassadors or ministers and consuls from foreign courts and of delegates in Congress from other states registered with the secretary of the supreme executive council of this state and servants purchased bona fide and for a valuable consideration only excepted).

[Section IV.] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That the lieutenant and sub-lieutenants aforesaid shall, within five days after they shall receive the lists aforesaid, if they see cause, alter the present divisions of the city and counties respectively and divide them into new districts, each district to contain not less than four hundred and forty nor more than one thousand, officers and privates included, at the discretion of the said lieutenants and sub-lieutenants, and then sub-divide the said districts into eight parts as nearly equal as may be, paying due regard in each division to the convenience of the inhabitants: Provided always, That

77

Generated on 2022-07-13 03:54 GMT / https://hdl.handle.net/2027/hvd.32044032242685
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

**666**

See also original pp.
667, 672, 674, 677,
678, 679

**APPENDIX.**

A. D. 1778.

*Acts relating to the Militia.*

the public, furnish the said company with an artillery chest and proper carriages, such as powder carts and ammunition wagons.

General issue may be pleaded.

VIII. *And be it further enacted* by the authority aforesaid, That if any person or persons whosoever, shall be sued, impleaded, molested or prosecuted for any matter, cause or thing whatsoever, done or executed, or caused to be done and executed, by virtue of or in pursuance of this Act, such person or persons may plead the general issue, and give this Act and the special matter in evidence ; and in case the plaintiff or prosecutor shall suffer a discontinuance, or become non-suit, or a verdict or judgment shall pass against him, he shall pay to every defendant that shall be acquitted, or for whom judgment shall pass, his full double costs of suit, for which the court where such prosecution shall be brought, is hereby fully authorized to give judgment and award execution accordingly.

IX. *And it is hereby also enacted* by the authority aforesaid, That this Act shall be and continue of force for and during the term of four years, and from thence to the end of the next session of the General Assembly, and no longer.

B. SMITH, *Speaker.*

*In the Council Chamber, the* 31st *day of July,* 1760.

*Assented to :* WM. BULL

───────

No. 1076. AN ACT FOR THE REGULATION OF THE MILITIA OF THIS STATE ; AND FOR REPEALING SUCH LAWS AS HAVE HITHERTO BEEN ENACTED FOR THE GOVERNMENT OF THE MILITIA.

Preamble.

WHEREAS, the establishment of a well regulated militia in a free State, will greatly conduce to its happiness and prosperity, and is absolutely essential to the preservation of its freedom ; and *whereas,* it is necessary that the laws hitherto enacted for the regulation of the militia of this State, be amended and reduced into one body, for the satisfaction and better information of individuals, and for the interest of the community.

Militia divided into brigades, regiments and companies.

I. *Be it therefore enacted,* by his Excellency Rawlins Lowndes, Esqr., President and Commander-in-chief in and over the State of South Carolina, by the Honorable the Legislative Council and the General Assembly of the said State, and by the authority of the same, That as soon as conveniently may be, after the passing of this Act, the whole militia of this State shall be divided into three brigades ; and there shall be a Brigadier-General and a Major of Brigade appointed to each ; and the several regiments of militia in this State, consisting of more than twelve hundred men, shall be divided into regiments of not less than six hundred men each, by the majority of the field officers of the regiments so to be divided and those appointed to such new regiments, and who are hereby empowered

308. S. C.—*General Assembly; Statutes, Vol.* 9, *D. McCord,* 1841; *Act, Mar.* 28, 1778, *pp.* 666-682.

61



Original from
HARVARD UNIVERSITY

Generated on 2022-07-13 04:06 GMT / https://hdl.handle.net/2027/hvd.32044032422701
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

672                                     APPENDIX.

A. D. 1778.

*Acts relating to the Militia.*

**X.** And be it further enacted by the authority aforesaid, That all fines which are inflicted under this Act for any sum not exceeding ten pounds, shall be applied by the majority of the officers of the company in which the persons paying them are, towards purchasing drums, fifes, standards and other necessaries for the said company ; and the purchasing of arms, ammunition and accoutrements for such persons belonging to such companies respectively, as shall on oath make it appear they cannot purchase the same without distressing their families. *Provided, nevertheless,* that such persons so furnished, shall return the same on removing out of the beat of such company, on pain of forfeiting for neglect thereof, seventy-five pounds, currency, to be recovered as all fines under six pounds, are recoverable by this Act. And that all fines recovered in any regiment in the county above ten pounds, shall be paid by the commanding-officer, once a year, into the treasury of this State, for the use thereof; and those above ten pounds recovered in any regiment of Charlestown, shall by the commanding officer be paid at the end of every six months, into the treasury, for the use aforesaid : *Provided, nevertheless,* That the major of each regiment shall receive and pay, in like manner, all fines and forfeitures incured by his commanding officer.

*Fines, how to be applied.*

**XI.** And be it further enacted by the authority aforesaid, That every captain of every regiment of militia in this State shall, (in Charlestown immediately, and in the country within two months,) after the passing of this Act, and once in every six months thereafter, take and enrol the names of all male free inhabitants within the districts of their respective companies, from the age of sixteen to sixty years, and inform them of the companies to which they belong, who are hereby obliged to turn out, and to do the duty of such companies, whenever their respective companies are by law obliged to be mustered or trained, or to perform any duty or service whatever ; the publishing of the time and places of any such mustering, training or performance of any duty or service, by beat of drum, or any other expeditious and proper manner, shall be deemed a legal notice thereof, to oblige such persons to appear in their respective companies in a proper and legal manner for such purposes, and in no other. And every captain of every regiment shall, immediately after taking such list, which he is hereby enjoined to do twice in every year, and as often after as required by the commanding officer, make and return an exact copy thereof, on oath, to the adjutant of the regiment to which he belongs, who shall therefrom make an exact roll of the officers and privates of such regiment, and certify the same immediately to the brigadier-general of the brigade to which such regiments belong, who shall return the same to the colonel of such regiment, who shall return an exact copy thereof to the President or Governor and Commander-in-chief, as the case may be, for the time being, within sixty days thereafter ; on pain that every such captain, adjutant, colonel or brigadier, neglecting or refusing so to do, shall, for every such offence, forfeit the sum of one hundred pounds.

*Returns to be made.*

**XII.** And be it further enacted by the authority aforesaid, That all persons under the age of sixteen and above the age of sixty years, are hereby excused from bearing arms in time of peace or alarm, on making such age appear, on oath ; and all persons liable to bear arms by this Act, shall constantly keep in good repair, at his place of abode, and appear with, at every muster of the company to which he belongs, and do duty in the said company on all occasions, with one good musket and bayonet, or a good substantial smooth bore gun and bayonet, a cross belt and car-

*Arms.*

67

Digitized by Google

A010

Original from
HARVARD UNIVERSITY

Generated on 2022-07-13 04:05 GMT / https://hdl.handle.net/2027/hvd.32044032422701
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 25 of 128

UNITED STATES STATUTES AT LARGE, 2 Cong. Ch. 33, May 8, 1792, 1 Stat. 271

 1 Stat. 271-274

2 Cong. Ch. 33, May 8, 1792, 1 Stat. 271

UNITED STATES STATUTES AT LARGE

2ND CONGRESS - 1ST SESSION
Convening October 24, 1791

An Act

More effectually to provide for the National Defence by establishing an Uniform Militia throughout the United States.

May 8, 1792

End of Document                                              © 2022 Thomson Reuters. No claim to original U.S. Government Works.

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 26 of 128

SECOND CONGRESS. Sess. I. Ch. 33. 1792.    271

States, and for appropriating the same, took effect: *And provided also,* **not to exceed $70,000.** That such allowance shall not exceed the annual amount of seventy thousand dollars, until the same shall be further ascertained by law.

**Sec. 17.** *And be it further enacted,* That the act, intituled "An act repealing after the last day of June next, the duties heretofore laid upon distilled spirits imported from abroad and laying others in their stead, and also upon spirits distilled within the United States, and for appropriating the same," shall extend to and be in full force for the collection of the several duties herein before mentioned and for the recovery and distribution of the penalties and forfeitures herein contained and generally for the execution of this act, as fully and effectually as if every regulation, restriction, penalty, provision, clause, matter, and thing therein contained were inserted in and re-enacted by this present act, subject only to the alterations hereby made. **Certain act in force for collection of the duties, &c. herein. 1791, ch. 15.**

Approved, May 8, 1792.

**Statute I.**

**Chap. XXXIII.**—*An Act more effectually to provide for the National Defence by establishing an Uniform Militia throughout the United States.*(a)    **May 8, 1792.**

**Section 1.** *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That each and every free able-bodied white male citizen of the respective states, resident therein, who is or shall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, and that within twelve months after the passing of this act. And it shall at all times hereafter be the duty of every such captain or commanding officer of a company to enrol every such citizen, as aforesaid, and also those who shall, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years (except as before excepted) shall come to reside within his bounds; and shall without delay notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved. That every citizen so enrolled and notified, shall, within six months thereafter, provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch with a box therein to contain not less than twenty-four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball: or with a good rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; and shall appear, so armed, accoutred and provided, when called out to exercise, or into service, except, that when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a sword or hanger and espontoon, and that from and after five years from the passing of this act, all muskets for arming the militia as herein required, shall be of bores sufficient for **How to be armed and accoutred. 1803, ch. 15.**

**Militia how and by whom to be enrolled.**

(a) The acts for the establishment of an uniform system for the government of the militia, are: An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States, May 8, 1792, chap. 33; an act providing arms for the militia throughout the United States, July 6, 1798, chap. 65; an act in addition to an act entitled, "An act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States," March 2, 1803, chap. 15; an act more effectually to provide for the organizing of the militia of the District of Columbia, March 3, 1803, chap. 20; an act establishing rules and articles for the government of the armies of the United States, April 10, 1806, chap. 20; an act in addition to the act entitled, "An act to provide for calling forth the militia to execute the laws of the Union, suppress insurrections, and to repeal the act now in force for those purposes," April 18, 1814, chap. 82; an act concerning field officers of the militia, April 20, 1816, chap. 64; an act to establish an uniform mode of discipline and field exercise for the militia of the United States, May 12, 1820, chap. 96; an act to reduce and fix the military peace establishment of the United States, March 2, 1821, chap. 12, sec. 14.

*ACTS AND LAWS.*

**144**             Meetings.    Militia.

*On penalty of 40l.*

*Forty Pounds*, to the Treafury of fuch County : To be recovered before the County Court in the County where the Tranfgreffion is committed.

*Charge to be born by the fociety.*

And the Proceedings in fettling and affixing fuch Meeting-Houfe Place fhall be at the Charge of the Society where fuch Houfe is needed : And fuch County Court fhall be allowed the Fees for their Judgment thereon, as in the Trial of other Caufes.

---

### An Act for preferving due Order in Town-Meetings, Society-Meetings, and in the Meetings of other Communities ; and for preventing Tumults therein.

*Preamble.*

*WHEREAS the Peace and good Order of Towns, Societies and other Communities do very much depend on their peaceably and orderly carrying on and managing their Affairs in their Meetings, and their regularly proceeding therein.* Therefore,

*B*E it enacted by the Governor, Council and Reprefentatives, in General Court affembled, and by the Authority of the fame, That when any Town, Society or Proprietors Meeting, or the Meeting of any other Community is lawfully affembled, if any Perfon or Perfons whatfoever, fhall in fuch Meeting or Affembly, by tumultuous Noife, Quarrelling, or by any unlawful Act, difturb fuch Meeting, or hinder the Members thereof from proceeding in an orderly and peaceable Manner to the choice of their Moderator, or after the

*Penalty for difturbing any meeting, &c.*

choice of fuch Moderator, fhall vilify or abufe him, or interrupt him in the difcharge of his Truft ; or after he hath commanded Silence in fuch Meeting, fhall fpeak in the Meeting to the difturbance of the Bufinefs of the Meeting, without the Moderator's Leave firft had and obtained, (unlefs it be to afk reafonable Liberty to fpeak) fuch Perfon or Perfons fo offending in any of the Particulars above-mentioned, contrary to the Intent of this Act, fhall for every fuch Offence forfeit and pay a Fine of *Five Shillings* to the Treafurer of the Town where the Offence is committed.

*Triable by an affiftant or juftice.*

All Offences againft this Act to be heard and determined by any one Affiftant or Juftice of the Peace ; unlefs the Offence be agravated by fome notorious breach of Peace ; in which Cafe the Offenders fhall be bound over by fuch Affiftant or Juftice, to the next County Court, to anfwer for fuch Offence : Which Court may impofe fuch Fine as the aggravations of the Offence, in their Judgment deferves ; not exceeding *Ten Pounds*.

*Adjournments to be by major part.*

And that no fuch Meeting fhall be adjourned, but by the major Part of the Members prefent.

---

### An Act for forming, regulating, and conducting the military Force of this State.

*Preamble.*

*W HEREAS the Defence and Security of all free States depends (under God) upon the Exertions of a well regulated and difciplined Militia.* Wherefore,

*B*E it Enacted by the Governor, Council and Reprefentatives, in General Court affembled, and by the Authority of the fame, That all male Perfons,

*Who obliged to bear arms, and who exempt.*

from fixteen Years of Age to Forty-five, fhall conftitute the military Force of this State, except Members of the Council, of the Houfe of Reprefentatives, and of the Congrefs of the United States for the Time being, the State Treafurer, and Secretary, Juftices of the Peace, field, commiffioned, and ftaff Officers, honourably difcharged, Minifters of the Gofpel, the Prefident, Tutors and Students of College, Phyficians and Surgeons, Selectmen, conftant School-mafters, one Miller to each Grift-mill, being approved by the Select-men, and having a Certificate thereof, conftant Mariners who

---

6. Conn.—*General Assembly, Hartford, A & L, T. Green, 1784; Act, n. d., pp. 144–157.*

250

Generated on 2022-07-25 01:25 GMT / https://hdl.handle.net/2027/uc1.d0009198151
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by       Original from UNIVERSITY OF CALIFORNIA

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 28 of 128

Captain-General, to be by him laid before the General Assembly, at such Times as he or they shall think proper: And every Captain neglecting to make a Return as aforesaid, or shall make a false Return to the commanding Officer of the Regiment, shall forfeit and pay a fine of *Ten Pounds*; and if any commanding Officer of any Regiment shall neglect to make a regimental Return as aforesaid, or shall make a false Return, he shall forfeit and pay a fine of *Twenty Pounds*; and if any commanding Officer of a Brigade shall neglect or refuse to make a Return, as herein directed, he shall forfeit and pay a fine of *forty Pounds*; the distress thereof to be granted by the commanding Officer of the Regiment or Brigade to which such delinquent Officer belongs, or by the Captain-General, directed to the Adjutant, Brigade-Major, or Adjutant-General, as the nature of the Case shall require, and returnable in four Weeks, unless such delinquent Officer shall make a satisfactory Excuse to the Officers hereby directed to grant such Warrant, within twelve Days after such Neglect or Default shall happen.

*Infantry, &c. how furnished.*

*And be it further Enacted,* That all such as belong to the Infantry Companies, and Housholders under fifty-five Years of Age, shall, at all Times be furnished at their own Expence, with a well fixed Musket, the Barrel not less than three Feet and an Half long, and a Bayonet fitted thereto, with a Sheath and Belt or Strap for the same, with a Ram-rod, Worm, Priming-wire and Brush, one Cartouch-box carrying sixteen rounds of Cartridges, made with good Musket Powder and Ball, fitting his Gun, six good Flints, and

*Penalty for neglect.*

each Militia Man one Canteen holding not less than three Pints, upon Penalty of forfeiting and paying a Fine of *Three Shillings* for want of such Arms and Ammunition as is hereby required, and *One Shilling* for each Defect, and the like Sum or Sums for every four Weeks he shall remain unprovided.

*Proviso.*

*Provided nevertheless,* That if any Soldier shall, in the Judgment of the Selectmen of the Town to which he belongs, be unable to arm and accoutre himself, agreeable to the directions of this Act, it shall be the Duty of such Selectmen to certify the same to the commissioned Officers of the Company to which such Soldier belongs, in order that Execution may not issue against him for deficiency in such Arms and Accoutrements; and also at the Expence of such Town, to provide such Soldier with Arms, and the whole or any part of such Accoutrements, as may be necessary, within forty Days from the Time of granting such Certificate, under Penalty of the Value of such Arms and Accoutrements, to be recovered of any or all of said Selectmen, by Warrant from an Assistant or Justice of the Peace, upon proper Information and Proof of such Neglect, by said commissioned Officers, which Warrant shall be directed to any Sheriff or Constable proper to serve the same, returnable in sixty Days, and the Fine payable into the Treasury of such Town.

And all Arms and Accoutrements thus provided, shall be the Property of such Town, and shall, by the commanding Officer of the Company, be deposited in such Place or Places as he shall think proper, to be ready for such Soldiers, as occasion shall require; and such Officers shall stand accountable for such Arms and Accoutrements, and shall be liable to pay for the same, if lost through his Neglect or Default.

*Dragoons how accoutred.*

*And be it further Enacted,* That every Light-Dragoon shall always be provided with a good serviceable Horse, not less than fourteen Hands high, to the acceptance of the two chief commissioned Officers of the Company to which he belongs, covered with a good Saddle, with Housing and other proper Furniture, bitt Bridle and Holsters, a Case of good Pistols, a Sword or Cutlass, not less than four Feet in Length, and also a Cap made of Jirk-Leather, or other Cover for the Head sufficient to withstand the Force of a Broad-sword, a Flask or Cartouch-box, one Pound of good Powder, three Pounds of sizable Bullets, twelve Flints, a good pair of Boots and Spurs, on Penalty of *Three Pounds* for want of such Horse, and the Value of each other Article in which he shall be deficient.                                              *And*

Generated on 2022-07-15 17:18 GMT / https://hdl.handle.net/2027/hvd.32044032427841
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by **Google**

Original from
HARVARD UNIVERSITY

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 29 of 128

See also original p. 451

# CHAPTER 10.

AN ACT FOR FORMING AND REGULATING THE MILITIA WITHIN THE COLONY OF THE MASSACHUSETTS BAY, IN NEW ENGLAND, AND FOR REPEALING ALL THE LAWS HERETOFORE MADE FOR THAT PURPOSE.

WHEREAS it is not only the interest but the duty of all nations to defend their lives, liberties and properties, in that land which the Supreme Ruler of the universe has bestowed on them, against the unlawful attacks and depredations of all enemies whatever, especially those who are moved by a spirit of avarice, or despotism; *and whereas* the honorable American Congress have recommended to the United Colonies to put the militia into a proper state for the defence of America; *and whereas* the laws now in force respecting the regulation of the militia have been found insufficient for the purposes aforesaid, — *Preamble.*

*It is therefore enacted by the Council and House of Representatives in General Court assembled, and by the authority of the same,*

[SECT. 1.] That the several laws, and the several paragraphs and clauses of all and every the laws, of this colony, enforc[e]ing or any ways relating to the regulation of the militia, be and hereby are repeal[e]'d, and declared null and void. *Repealing clause.*

*And be it further enacted by the authority aforesaid,*

[SECT. 2.] That that part of the militia of this colony, commonly called the <u>training-band, shall be constituted of all the able-bodied male persons therein, from sixteen years old to fifty</u>, excepting members of the American Congress, members of the council and of the house of representatives, for the time being, the secretary of the colony, all civil officers that have been or shall be appointed by the general court or either branch of it, officers and students of Harvard College, ministers of the gospel, elders and deacons of churches, church-wardens, grammar-school masters, masters of arts, the denomination of Christians called Quakers, selectmen, for the time being, those who have by commission under any government or congress, or by election in pursuance of the vote of any congress, of the continent, or of this or any other colony, held the post of a subaltern, or higher officer, persons while actually employed as masters of vessels of more than thirty tons burthen, other than fishing vessels and vessels coasting in this colony, and to and from this colony to the other New-England governments, constables, and deputy sher[r]if[ƒ]s, negroes, Indians and m[o][u]latoes, and shall be under the command of such officers as shall be chosen, impower[e]'d, and commissionated over them, as is by this act provided; and the selectmen, or the *The training-band.* *Persons excepted.*

* [SECT.] 1.

NOTE. — In numbering the sections of this chapter the division of the engrossed act has not been strictly followed, as the numbers there given are placed opposite the first line of the enacting clauses of the respective sections, and, moreover, are not, in all cases, denotative of clearly distinct sections. It has, therefore, been deemed best to give in the margin the numbers of the sections in the engrossment. The word [Sect.] not appearing in the engrossment, nor in the contemporary impression, is, in each instance, enclosed in brackets. Another impression of this act, under the resolve of April 24, 1776, differs from it in several unimportant particulars, which have not been thought of sufficient consequence to be noticed here, inasmuch as all differences between the engrossment and the printed act most nearly in conformity thereto, have been carefully noted.

461. Mass.—*General Court, Watertown; A & R Vol. 5, 1886, Ch. 10; Act, Jan. 22, 1776, pp. 445–454.*

220

A015

to be chosen by the company.

called together by their captain or commanding officer, as soon as may be, for the purpose of choosing one clerk, four serjeants, four corporals, one drummer and one fifer; and when it shall appear to the commission officers of any company that either of said non-commission[e]'d officers shall neglect his duty, they may remove and dismiss him from his office, and call upon their company, including the alarm list, to choose another in the room of such delinquent; and if the said company, being called together for that purpose, shall at any time neglect or refuse immediately to proceed to the choice of one or more non-commission[e]'d officer or officers so order[e]'d to be chosen, the commission officers of such company, or the major part of them, shall, by warrant under their hands, in writing, appoint said non-commissioned officer or officers which the said company shall have refused to choose as aforesaid.

*And be it further enacted by the authority aforesaid,*

Articles of equipments.
16 Allen, 581.

[SECT. 8.] That each and every officer and private soldier of said militia, not under the controul of parents, masters or guardians, and being of sufficient ability therefor, in the judgment of the selectmen of the town wherein he has his usual place of abode, shall equip himself, and be constantly provided with, a good fire-arm, with a steel or iron ramrod and a spring to retain the same, a worm, priming-wire and brush, and a bayonet fitted to his gun, a scabbard and belt therefor, and a cutting-sword, or a tomahawk or hatchet, a pouch containing a cartridge-box that will hold fifteen rounds of cartridges, at least, a hundred buck-shot, a jack-knife, and tow for wadding, six flints, one pound of powder, forty leaden balls fitted to his gun, a knapsack and blanket, a canteen or wooden bottle sufficient to hold one quart. And all parents, masters and guardians shall furnish and equip those of

Poor persons to be equipped at the expense of their town.

the militia which are under their care and command, with the arms, equipments, and accoutrements aforesaid; and where the selectmen of any town shall adjudge any person, belonging to the militia of their town, unable to equip and arm himself, as aforesaid, such selectmen shall, in writing, under their hands, certify the same to the captain or commanding officer in whose company such person may be, and shall, at the expence of such town, provide for, furnish, arm and equip such person with such arms and equipments: which arms so provided by such selectmen shall be the property of the town at whose expence they shall be provided; and if any non-commission[e]'d officer or sol-

Penalties for embezzlement of such equipments.

dier shall embezzle or destroy the same, he shall be punish[e]'d at the discretion of the justice or court before whom he may be convicted thereof, by paying double the value of the arms or accoutrements so wilfully destroy[e]'d or embezzled; and on default thereof, to be publicly whipp[e]'d not exceeding twenty stripes. And the selectmen of each and every town shall provide at the expence of the colony, and deposit and keep in some safe place for the use of the militia upon an alarm, one sixteenth part so many spades, or iron shovels with handles, and fitted for service, as there are rateable polls in their town; one-half as many narrow axes as spades and iron shovels, and as many pickaxes as narrow axes, — all fitted for service; and, at the cost and charge of their respective towns, one drum and one fife for each company therein. And the freeholders and inhabitants of each and every town in this colony, qualified by law to vote in town meetings, are hereby impower[e]'d, at a meeting regularly warned for that purpose, to raise mon[e]y by tax on the pol[e][l]s and estates of

733968 O - 47 - 15　　　　　　* [Sect.] 7.

Digitized by Google　　　Original from HARVARD UNIVERSITY

Generated on 2022-07-15 17:22 GMT / https://hdl.handle.net/2027/hvd.32044032422636
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# CHAP. 33.

## AN ACT for regulating the militia of the State of New-York

PASSED the 3d of April, 1778.

**Preamble.** WHEREAS the wisdom and experience of ages point out a well regulated militia as the only secure means for defending a State against external invasions and internal commotions and insurrections;

*And whereas* this and the other United States of *America* are now invaded by foreign enemies and the safety of this State may be indangered by intestine commotions and insurrections;

*And whereas* it is therefore become the duty of the legislature of the State to put the militia thereof on such an establishment as will most effectually encourage a martial spirit, among the people; provide for the internal and external security of the State and enable it most vigorously to co-operate with the other United States in a cause no less noble and exalted than the defence of the common rights and liberties of *America* against hostile tyranny and oppression;

**Persons to be enrolled.** *Be it therefore enacted by the People of the State of* New-York *represented in Senate and Assembly, and it is hereby enacted by the authority of the same.* That every able bodied male person Indians and slaves excepted residing within this State from sixteen years of age to fifty (except such persons as are herein after excepted) shall immediately after the passing of this act tender himself to be enrolled as of the militia to the captain or in his absence the next commanding officer of the beat wherein he shall reside who shall inrol him accordingly and in case of delay, or neglect to make such tender as aforesaid the said captain or commanding officer shall cause such person to be enrolled and to be duly warned thereof. **Enrollment to be made by captains.** In order that the militia may receive augmentation from the annual increase of the number of the inhabitants of this State that every captain or other commanding officer of a company shall from time to time enter on the said roll every male person able bodied and free (except as herein before and after excepted) who shall from time to time arrive at the age of sixteen years or come to reside or sojourn within his beat and without delay notify such inrollment to each person so inrolled respectively, by some inferior officer of the company who on oath shall be a competent witness to prove such notice. **Disputes, how to be determined.** That if any dispute should arise with respect to the age or ability to bear arms of any person it shall be determined by the captain or commanding officer of the company, with right of appeal to any person who may conceive himself aggrieved, to the colonel or commanding officer of the regiment whose determination in the case shall be final. **Equipments.** That every person so inrolled and notified shall within twenty days thereafter respectively furnish and provide himself at his own expence with a good musket or firelock fit for service a sufficient bayonet with a good belt, a pouch or cartouch box containing not less than sixteen cartridges suited to the bore of the musket or firelock each cartridge containing a proper quantity of powder and ball or in lieu of such pouch or cartouch box and cartriges with a quantity of powder and ball respectively disposed of in a powder horn and shot bag and wadding equivalent to such cartriges, and two spare flints a blanket and a knapsack and shall appear, so armed accoutred and provided when called out to exercise or duty as herein after directed except that when called out

524. N. Y.—*General Assembly; Laws, Vol. 1, Weed and Parsons, 1886; Act, Apr. 3, 1778, pp. 62–71.*

271

733970 O - 47 - 18

Generated on 2022-07-15 17:35 GMT / https://hdl.handle.net/2027/hvd.32044083242669
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by  Original from HARVARD UNIVERSITY

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 32 of 128

to exercise only he may appear without blanket or knapsack. And if any such person shall appear to the captain or commanding officer to be too poor to arm accoutre and provide himself in manner aforesaid he shall be supplied for the purpose out of the monies to arise from the fines from time to time to accrue in the regiment to which he shall belong; and in case of deficiency thereof out of the public magazines of stores of this State by order of the person administring the government of this State for the time being.

That there shall be one brigadier general for the county of *Tryon,* Brigadier one for the county of *Albany,* one for the bounties of *Gloucester* generals. and *Cumberland,* one for the county of *Charlotte* one for the county of *Dutchess,* one for the county of *Ulster,* one for the county of *Orange,* one for the county of *Westchester,* one for the city and county of *New-York,* one for the counties of *Queens, Kings* and *Richmond,* and one for the county of *Suffolk* each of whom shall respectively have rank authority and command in the militia of this State like as a brigadier general in the army of the United States of *America.* But his command unless in the field shall not extend beyond his proper brigade.

*Provided nevertheless* That it shall be lawful for the person adminis- Colonels tering the government of this State for the time being, by and with may be appointed the consent and advice of the council of appointment to appoint command-colonels commandant instead of brigadiers general in such of the said ants of brigades. brigades, as the said person administring the government and council of appointment shall deem necessary and expedient. And that the said colonels commandant shall have the like command in their respective brigades with brigadiers general and when in the field shall take rank of all colonels or other officers commanding regiments and if any person so to be appointed a colonel commandant should be a colonel of a regiment of militia he shall still continue in the command of the said regiment.

That the present division of the State into regiments and com- Division of panies shall be and remain, with power nevertheless to the person State into regiments, administring the government of this State for the time being by gen- etc. eral orders to be issued for that purpose to abridge or enlarge the limits of the present regiments or companies, or to form new regiments or companies as he from time to time shall think most conducive to the public service. Copies of such general orders to be filed in the clerks office of the county where the regiment or company shall be.

That each brigadier general shall have one brigade major of his Brigade own choice, each of whom shall rank as major in the militia. major

That each regiment shall have and be commanded by one colonel, Regimen-one lieutenant-colonel, and one major unless in cases where it shall tal and company be thought necessary to appoint two majors with the rank authority officers. and command to them respectively belonging as field officers. That each company shall be officered by one captain, one first lieutenant, one second lieutenant and one ensign as commissioned officers and by four serjeants four corporals one drummer and one fifer, and the staff of each regiment shall be one adjutant and one quarter master who shall respectively rank as first lieutenants. And the sergeants, corporals, drummers and fifers shall be appointed by the captains or other commanding officers of the several companies; and if any person so to be appointed a sergeant or corporal shall refuse to accept the said office he shall forfeit the sum of five pounds to be adjudged levied and disposed of in manner as is herein directed, in cases of persons neglecting squad duty.

272

Digitized by Google    Original from
HARVARD UNIVERSITY

666

A. D. 1778.

See also original pp.
667, 672, 674, 677,
678, 679

**APPENDIX.**

*Acts relating to the Militia.*

the public, furnish the said company with an artillery chest and proper carriages, such as powder carts and ammunition wagons.

VIII. *And be it further enacted* by the authority aforesaid, That if any person or persons whosoever, shall be sued, impleaded, molested or prosecuted for any matter, cause or thing whatsoever, done or executed, or caused to be done and executed, by virtue of or in pursuance of this Act, such person or persons may plead the general issue, and give this Act and the special matter in evidence ; and in case the plaintiff or prosecutor shall suffer a discontinuance, or become non-suit, or a verdict or judgment shall pass against him, he shall pay to every defendant that shall be acquitted, or for whom judgment shall pass, his full double costs of suit, for which the court where such prosecution shall be brought, is hereby fully authorized to give judgment and award execution accordingly.

General issue may be pleaded.

IX. *And it is hereby also enacted* by the authority aforesaid, That this Act shall be and continue of force for and during the term of four years, and from thence to the end of the next session of the General Assembly, and no longer.

B. SMITH, *Speaker.*

*In the Council Chamber, the* 31st *day of July,* 1760.

*Assented to :* WM. BULL

———

No. 1076. AN ACT FOR THE REGULATION OF THE MILITIA OF THIS STATE ; AND FOR REPEALING SUCH LAWS AS HAVE HITHERTO BEEN ENACTED FOR THE GOVERNMENT OF THE MILITIA.

Preamble.

WHEREAS, the establishment of a well regulated militia in a free State, will greatly conduce to its happiness and prosperity, and is absolutely essential to the preservation of its freedom ; and *whereas,* it is necessary that the laws hitherto enacted for the regulation of the militia of this State, be amended and reduced into one body, for the satisfaction and better information of individuals, and for the interest of the community.

Militia divided into brigades, regiments and companies.

I. *Be it therefore enacted,* by his Excellency Rawlins Lowndes, Esqr., President and Commander-in-chief in and over the State of South Carolina, by the Honorable the Legislative Council and the General Assembly of the said State, and by the authority of the same, That as soon as conveniently may be, after the passing of this Act, the whole militia of this State shall be divided into three brigades ; and there shall be a Brigadier-General and a Major of Brigade appointed to each ; and the several regiments of militia in this State, consisting of more than twelve hundred men, shall be divided into regiments of not less than six hundred men each, by the majority of the field officers of the regiments so to be divided and those appointed to such new regiments, and who are hereby empowered

308. S. C.—*General Assembly; Statutes, Vol. 9, D. McCord, 1841; Act, Mar. 28, 1778, pp. 666–682.*

61


Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2022-07-15 17:27 GMT / https://hdl.handle.net/2027/hvd.32044032422701
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

672                                  APPENDIX.

A. D. 1778.                          *Acts relating to the Militia.*

X. *And be it further enacted* by the authority aforesaid, That all fines

Fines, how to be applied.
which are inflicted under this Act for any sum not exceeding ten pounds, shall be applied by the majority of the officers of the company in which the persons paying them are, towards purchasing drums, fifes, standards and other necessaries for the said company ; and the purchasing of arms, ammunition and accoutrements for such persons belonging to such companies respectively, as shall on oath make it appear they cannot purchase the same without distressing their families. *Provided, nevertheless,* that such persons so furnished, shall return the same on removing out of the beat of such company, on pain of forfeiting for neglect thereof, seventy-five pounds, currency, to be recovered as all fines under six pounds, are recoverable by this Act. And that all fines recovered in any regiment in the county above ten pounds, shall be paid by the commanding-officer, once a year, into the treasury of this State, for the use thereof; and those above ten pounds recovered in any regiment of Charlestown, shall by the commanding officer be paid at the end of every six months, into the treasury, for the use aforesaid : *Provided, nevertheless,* That the major of each regiment shall receive and pay, in like manner, all fines and forfeitures incured by his commanding officer.

Returns to be made.
XI. *And be it further enacted* by the authority aforesaid, That every captain of every regiment of militia in this State shall, (in Charlestown immediately, and in the country within two months,) after the passing of this Act, and once in every six months thereafter, take and enrol the names of all male free inhabitants within the districts of their respective companies, from the age of sixteen to sixty years, and inform them of the companies to which they belong, who are hereby obliged to turn out, and to do the duty of such companies, whenever their respective companies are by law obliged to be mustered or trained, or to perform any duty or service whatever ; the publishing of the time and places of any such mustering, training or performance of any duty or service, by beat of drum, or any other expeditious and proper manner, shall be deemed a legal notice thereof, to oblige such persons to appear in their respective companies in a proper and legal manner for such purposes, and in no other. And every captain of every regiment shall, immediately after taking such list, which he is hereby enjoined to do twice in every year, and as often after as required by the commanding officer, make and return an exact copy thereof, on oath, to the adjutant of the regiment to which he belongs, who shall therefrom make an exact roll of the officers and privates of such regiment, and certify the same immediately to the brigadier-general of the brigade to which such regiments belong, who shall return the same to the colonel of such regiment, who shall return an exact copy thereof to the President or Governor and Commander-in-chief, as the case may be, for the time being, within sixty days thereafter ; on pain that every such captain, adjutant, colonel or brigadier, neglecting or refusing so to do, shall, for every such offence, forfeit the sum of one hundred pounds.

Arms.
XII. *And be it further enacted* by the authority aforesaid, That all persons under the age of sixteen and above the age of sixty years, are hereby excused from bearing arms in time of peace or alarm, on making such age appear, on oath ; and all persons liable to bear arms by this Act, shall constantly keep in good repair, at his place of abode, and appear with, at every muster of the company to which he belongs, and do duty in the said company on all occasions, with one good musket and bayonet, or a good substantial smooth bore gun and bayonet, a cross belt and car-

67

Generated on 2022-07-15 17:25 GMT  /  https://hdl.handle.net/2027/hvd.32044032422701
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

Original from
HARVARD UNIVERSITY

*Acts relating to the Militia.*

A. D. 1778.

touch box, capable of containing thirty-six rounds, with at least twelve rounds of good cartridges, filled with gun powder and a leaden bullet, each fit for such musket or smooth bore gun, and half a pound of spare powder and twenty-four spare rounds of leaden bullets or buck-shot, or one good rifle-gun and tomahawk or cutlass, with three quarters of a pound of powder, and not less than thirty-six leaden bullets proper for such rifle, with an equal number of patches, together with a cover for the lock of such musket or gun, one ball of wax, one worm and picker, six spare flints, and one screw driver or substantial knife, of the fitness and sufficiency of which arms, ammunition and accoutrements, the captain or commanding officer of each company shall determine.

XIII. *And be it further enacted* by the authority aforesaid, That every person liable to bear arms by this Act, whose arms, ammunition or accoutrements shall be found at any muster deficient, and not as required by this Act, shall forfeit and pay, for every such part of his arms, ammunition or accoutrements which shall be so deficient, a sum not exceeding three pounds. And every commissioned officer of any company in any of the regiments of militia of this State, may, once in every two months, and not oftener, with one or more sergeants of the company under his command, repair to the abode of every such person enrolled in such company, and demand a sight of his arms, ammunition and accoutrements, and every such person refusing to produce such arms, ammunition and accoutrements to be viewed, and who shall be found deficient in any of them, or not to have kept them in good order, shall, for every such refusal, or part of such arms, ammunition or accoutrements so deficient or out of order, forfeit and pay a sum not exceeding six pounds. *Provided, nevertheless,* that no such person shall be fined for such deficiency of arms, ammunition or accoutrements, if he can make it credibly appear to the captain of his company that such deficiency of such arms, ammunition and accoutrements, is not from wilful neglect.

*Penalty for not being armed.*

XIV. *And be it further enacted* by the authority aforesaid, That the following persons are excused from general and ordinary musters, that is to say :—the Lieutenant-Governor for the time being, and all such persons as have held the offices of President or Governor and Commander-in-chief, or Vice-President or Lieutenant-Governor, all members of the Privy Council for the time being, with their clerk and door-keepers, the judges of the several courts of justice, and clerks of such courts, the master in chancery, sergeant-at-arms, sheriffs, with one deputy each, collectors of the customs, comptrollers, powder receiver, commissary, surveyor-general, auditors-general, secretary and one deputy, waiters and searchers, commissioners of the treasury, all non-commissioned colonels, lieutenant-colonels, majors and captains in the several regiments who have borne commissions, or any or all of them, respectively, for the space of ten years in the whole, all officers in the continental regiments in the service of this Ssate, who shall have borne commissions for ten years successively, or who continue in the said service until such regiments be disbanded by public authority, the members of the Senate and House of Representatives, and their respective officers, all officers of the courts of justice not before mentioned, while attending the same, all justices of the peace who actually qualify and act, and no other, all licensed clergymen, belonging to any established church in this State, the post-master, his deputy and post-rider, the fire-masters and managers of the fire engines in Charlestown, the pilots and their crews, one white man to each ferry, and one to

*Who exempt from muster.*

VOL. IX—85.

68


Digitized by Google
Original from
HARVARD UNIVERSITY

Generated on 2022-07-15 17:17:26 GMT / https://hdl.handle.net/2027/hvd.32044032422701
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 36 of 128

UNITED STATES STATUTES AT LARGE, 2 Cong. Ch. 33, May 8, 1792, 1 Stat. 271

 1 Stat. 271-274

2 Cong. Ch. 33, May 8, 1792, 1 Stat. 271

UNITED STATES STATUTES AT LARGE

2ND CONGRESS - 1ST SESSION
Convening October 24, 1791

An Act

More effectually to provide for the National Defence by establishing an Uniform Militia throughout the United States.

May 8, 1792

End of Document          © 2022 Thomson Reuters. No claim to original U.S. Government Works.

States, and for appropriating the same, took effect : *And provided also,* <span style="float:right">not to exceed $70,000.</span>
That such allowance shall not exceed the annual amount of seventy
thousand dollars, until the same shall be further ascertained by law.

Sec. 17. *And be it further enacted,* That the act, intituled " An act <span style="float:right">Certain act in</span>
repealing after the last day of June next, the duties heretofore laid upon <span style="float:right">force for collection of the du-</span>
distilled spirits imported from abroad and laying others in their stead, <span style="float:right">ties, &c. herein.</span>
and also upon spirits distilled within the United States, and for appro-
priating the same," shall extend to and be in full force for the collection <span style="float:right">1791, ch. 15.</span>
of the several duties herein before mentioned and for the recovery and
distribution of the penalties and forfeitures herein contained and gene-
rally for the execution of this act, as fully and effectually as if every re-
gulation, restriction, penalty, provision, clause, matter, and thing therein
contained were inserted in and re-enacted by this present act, subject
only to the alterations hereby made.

Approved, May 8, 1792.

Statute I.

Chap. XXXIII.—*An Act more effectually to provide for the National Defence by establishing an Uniform Militia throughout the United States.*(a) <span style="float:right">May 8, 1792.</span>

Section 1. *Be it enacted by the Senate and House of Representa-* <span style="float:right">Militia how</span>
*tives of the United States of America in Congress assembled,* That <span style="float:right">and by whom to be enrolled.</span>
each and every free able-bodied white male citizen of the respective
states, resident therein, who is or shall be of the age of eighteen years,
and under the age of forty-five years (except as is herein after excepted)
shall severally and respectively be enrolled in the militia by the captain
or commanding officer of the company, within whose bounds such citi-
zen shall reside, and that within twelve months after the passing of this
act. And it shall at all times hereafter be the duty of every such cap-
tain or commanding officer of a company to enrol every such citizen,
as aforesaid, and also those who shall, from time to time, arrive at the
age of eighteen years, or being of the age of eighteen years and under
the age of forty-five years (except as before excepted) shall come to re-
side within his bounds ; and shall without delay notify such citizen of the
said enrolment, by a proper non-commissioned officer of the company, by
whom such notice may be proved. That every citizen so enrolled and <span style="float:right">How to be</span>
notified, shall, within six months thereafter, provide himself with a good <span style="float:right">armed and ac-</span>
musket or firelock, a sufficient bayonet and belt, two spare flints, and a <span style="float:right">coutred.</span>
knapsack, a pouch with a box therein to contain not less than twenty-
four cartridges, suited to the bore of his musket or firelock, each cart-
ridge to contain a proper quantity of powder an<sup>,</sup> ball : or with a good
rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the
bore of his rifle, and a quarter of a pound of powder ; and shall appear,
so armed, accoutred and provided, when called out to exercise, or into
service, except, that when called out on company days to exercise only,
he may appear without a knapsack. That the commissioned officers <span style="float:right">1803, ch. 15.</span>
shall severally be armed with a sword or hanger and espontoon, and that
from and after five years from the passing of this act, all muskets for
arming the militia as herein required, shall be of bores sufficient for

---

(a) The acts for the establishment of an uniform system for the government of the militia, are: An
act more effectually to provide for the national defence by establishing an uniform militia throughout the
United States, May 8, 1792, chap. 33; an act providing arms for the militia throughout the United States,
July 6, 1798, chap. 65; an act in addition to an act entitled, " An act more effectually to provide for the
national defence, by establishing an uniform militia throughout the United States," March 2, 1803, chap.
15; an act more effectually to provide for the organizing of the militia of the District of Columbia, March
3, 1803, chap. 20; an act establishing rules and articles for the government of the armies of the United
States, April 10, 1806, chap. 20; an act in addition to the act entitled, " An act to provide for calling
forth the militia to execute the laws of the Union, suppress insurrections, and to repeal the acts now in
force for those purposes," April 18, 1814, chap. 82; an act concerning field officers of the militia, April
20, 1816, chap. 64; an act to establish an uniform mode of discipline and field exercise for the militia of
the United States, May 12, 1820, chap. 96; an act to reduce and fix the military peace establishment
of the United States, March 2, 1821, chap. 12, sec. 14.

**SECOND CONGRESS.** Sess. I. Ch. 33. 1792. 273

discretion of the commander-in-chief of the state, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and shall be uniformly clothed in regimentals, to be furnished at their own expense; the colour and fashion to be determined by the brigadier commanding the brigade to which they belong.

Sec. 5. *And be it further enacted*, That each battalion and regiment shall be provided with the state and regimental colours by the field officers, and each company with a drum and fife, or bugle-horn, by the commissioned officers of the company, in such manner as the legislature of the respective states shall direct.

Sec. 6. *And be it further enacted*, That there shall be an adjutant-general appointed in each state, whose duty it shall be to distribute all orders from the commander-in-chief of the state to the several corps; to attend all public reviews when the commander-in-chief of the state shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of different returns that may be required, and to explain the principles on which they should be made; to receive from the several officers of the different corps throughout the state, returns of the militia under their command, reporting the actual situation of their arms, accoutrements, and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline: all which the several officers of the divisions, brigades, regiments, and battalions, are hereby required to make in the usual manner, so that the said adjutant-general may be duly furnished therewith: from all which returns he shall make proper abstracts, and lay the same annually before the commander-in-chief of the state.

Sec. 7. *And be it further enacted*, That the rules of discipline, approved and established by Congress in their resolution of the twenty-ninth of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout the United States, except such deviations from the said rules as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by battalion, regiment, or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

Sec. 8. *And be it further enacted*, That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then their rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company, or detachment.

Sec. 9. *And be it further enacted*, That if any person, whether officer or soldier, belonging to the militia of any state, and called out into the service of the United States, be wounded or disabled while in actual service, he shall be taken care of and provided for at the public expense.

Sec. 10. *And be it further enacted*, That it shall be the duty of the brigade-inspector to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition, and accoutrements; superintend their exercise and manœuvres, and introduce the system of military discipline before described throughout the brigade, agreeable to law, and such orders as they shall from time to time receive from the commander-in-chief of the state; to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements, and ammunition of the several corps, and every other thing which, in his judgment, may relate to their government and the

Vol. I.—35

*Marginal notes:*

to be uniformly clad at their own expense.

1803, ch. 15.

What colors &c. and by whom to be furnished.

Adjutant-general in each state, his duty.

1803, ch. 15.

Rules of discipline.

Officers how to take rank.

Provision in case of wounds, &c.

Brigade inspector's duty.

1803, ch. 15.

safety; and of such their proceedings and resolves they do transmit authentic copies from time to time to the General Assembly of this Colony. That the said Delegates now appointed do repair to and take their seats in said Congress by the first day of January next, in case said Congress shall be then sitting, or as soon after as said Congress shall be convened; and that the said gentlemen who are now attending said Congress in behalf of this Colony do continue in their said office until the gentlemen now chosen and are directed to attend in manner aforesaid shall arrive at said Congress.

Whereas the committee appointed by this Assembly in May last for the purpose of procuring three thousand stand of arms for the use of this Colony &c. have now represented to this Assembly that they have proceeded in said business and procured a considerable number of said arms to be made [504] in this Colony, which are now in the hands ‖ of said committee: but notwithstanding their utmost assiduity have not been able to procure the whole number ordered by said act within the time therein limited:

*Resolved by this Assembly*, That the said committee be directed and they are hereby directed, to purchase and receive for the use of this Colony all the stands of fire-arms which shall be made and compleated within this Colony, according to the direction of the aforesaid act, and shall be delivered to said committee at any time before the first day of May next; and the manufacturers of said fire-arms and gunlocks shall be entituled to and receive the same bounty as those are entituled to by said act who made and delivered to the committee any arms before the 20th day of October instant, the time therein limited.

See also original p. 138

**An Act in further Addition to an Act entituled An Act for the forming and regulating the Militia and for the Encouragement of Military Skill for the better Defence of this Colony.**

*Be it enacted by the Governor, Council and Representatives, in General Court assembled, and by the authority of the same,* That the chief officer of every troop shall cause the arms and ammunition of all under his command, and the chief officer of every company of foot shall cause the arms and ammuni-

VOL. XV. — 18

480. Conn.—*General Assembly, New Haven, 15 Hoadly; Act, Oct. 11–25, 1775, pp. 137–139.*

Generated on 2022-07-12 01:15 GMT / https://hdl.handle.net/2027/hvd.32044032427841
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

A025

Digitized by  Google

Original from
HARVARD UNIVERSITY

tion of all under his command, and also of all others dwelling within the limits of his company who are by law obliged to keep arms, to be reviewed on the first Monday of May and the first Monday of October annually, by requiring such persons to bring forth their arms and ammunition at a certain time and place by such officer appointed; and if any of the persons aforesaid shall not appear, being thereto required and duly warned, or shall be deficient in arms or ammunition, such persons respectively shall pay the same fine for non-appearance, and also for deficiency of arms or ammunition, and in manner as in and by said act is provided, saving and excepting as in said act is excepted; any repealing act, or any law, usage or custom to the contrary notwithstanding.

This act to continue and be in force for the term of one year from the rising of this Assembly, and no longer.

### An Act in further Addition to an Act entituled An Act for forming and regulating the Militia and for the Encouragement of Military Skill for the better Defence of this Colony.

*Be it enacted by the Governor, Council and Representatives, in General Court assembled, and by the authority of the same,* That each and every trooper inlisted into and belonging to any troop of horse in this Colony shall, within three months from the first day of November next, furnish and provide himself with a suitable horse and furniture, a carabine and every other article of fire-arms and accoutrements which are by law already directed and prescribed for troopers, and the same constantly hold and keep in readiness for service. And that every person who shall hereafter inlist and be received into any troop of horse shall, within three months after such his inlistment, be compleatly furnished, provided and equipped in manner aforesaid.

*Be it further enacted by the authority aforesaid,* That every inlisted or to be inlisted trooper who shall neglect to furnish and provide himself in manner and within the time and times limited as aforesaid, shall be by the captain or chief officer of such troop discharged and dismissed from the same; and every person so discharged shall be liable and shall attend and perform military duty in the company of foot within

202

Generated on 2022-07-12 01:16 GMT / https://hdl.handle.net/2027/hvd.32044032427841
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google        Original from
HARVARD UNIVERSITY

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 41 of 128

See also original p. 339

*Militia Regulations.*



# Perpetual Laws,

## Of the Commonwealth of Maſſachuſetts.

### P A R T    VII.

*Militia Regulations.*

An Act for regulating and governing the Militia of the Commonwealth of *Maſſachuſetts*, and for repealing all Laws heretofore made for that Purpoſe.

**Preamble.** *W*HERE A S the laws now in force for regulating the militia of the Commonwealth, are found to be inſufficient for the ſaid purpoſe :

I. *Be it therefore enacted by the Senate and Houſe of Repreſentatives,* **Laws heretofore made for regulating the militia, repealed.** *in General Court aſſembled, and by the authority of the ſame.* That the ſeveral laws heretofore made for regulating the militia aforeſaid, be, and hereby are repealed.

**Proviſo.** *Provided neverthelefs,* That all actions and proceſſes commenced and depending in any Court within this Commonwealth, upon or by force of the ſaid laws, ſhall, and may be ſuſtained and proſecuted to final judgment and execution ; and that all officers elected, appointed and commiſſionated agreeably to law, ſhall be continued in commiſſion, and hold their reſpective commands in the militia, in the ſame manner as they would in caſe the ſaid laws were ſtill in force.

II.

468. Mass.—*General Court; Perpetual Laws, Adams & Nourse, 1789; Part VII, Mil. Regs. pp. 338–343.*

A027

Digitized by 

Original from
HARVARD UNIVERSITY

Generated on 2022-07-12 01:00 GMT / https://hdl.handle.net/2027/hvd.32044032422636
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

*Militia Regulations.*

one pound of powder, forty leaden balls fuitable for his fire-arm, a haverfack, blanket and canteen ; and if any non-commiffioned officer or private foldier fhall neglect to keep himfelf fo armed and equipped, he fhall forfeit and pay a fine not exceeding *three pounds,* in proportion to the value of the article or articles in which he fhall be deficient, at the difcretion of the Juftice of the Peace before whom trial fh..ll be had. <span style="float:right">Fine for non equipment.</span>

XIV. *And be it further enacted by the authority aforefaid,* That all parents, mafters and guardians, fhall furnifh thofe of the faid militia who ihall be under their care and command, with the arms and equipments afore-mentioned, under the like penalties for any neglect. <span style="float:right">Parents, mafters and guardians, to equip thofe under their care under the like penalties.</span>

XV. *And be it further enacted by the authority aforefaid,* That whenever the felectmen of any town fhall judge any inhabitant thereof, belonging to the faid militia, unable to arm and equip himfelf in manner as aforefaid, they fhall, at the expence of the town, provide for and furnifh fuch inhabitant with the aforefaid arms and equipments, which fhall remain the property of the town at the expence of which they fhall be provided ; and if any foldier fhall embezzel or deftroy the arms and equipments, or any part thereof, with which he fhall be fo furnifhed, he fhall upon conviction before fome Juftice of the Peace in the county where fuch offender fhall live, be adjudged to replace the article or articles which fhall be by him fo embezzeled or deftroyed, and to pay the coft arifing from the procefs againft him ; and in cafe he fhall not within fourteen days after fuch adjudication againft him perform the fame, it fhall be in the power of the felectmen of the town to which he fhall belong, to bind him out to fervice or labour, for fuch term of time as fhall in the difcretion of the faid Juftice, be fufficient to procure a fum of money equal to the amount of the value of the article or articles embezzeled or deftroyed, and to pay the coft arifing as aforefaid. <span style="float:right">Perfons unable to equip themfelves, to be provided by the town.</span> <span style="float:right">Soldiers embezzling or deftroying their arms, &c. how punifhed upon conviction.</span> <span style="float:right">In cafe.</span>

XVI. *And be it further enacted by the authority aforefaid,* That every captain or commanding-officer of a company, fhall call the train-band of his company together four days in a year, and oftener if he fhall judge neceffary, not exceeding fix days in the whole, for the purpofe of examining their arms and equipments, and inftructing them in military exercifes ; and fhall alfo once in a year, on a day when he fhall mufter the train-band of his company, call together the alarm-lift belonging to his company, within the limits of the town of which they fhall be inhabitants, for the purpofe of examining their arms and equipments. <span style="float:right">Officers to call together the train-band four days in a year, and the alarm-lift once a year.</span>

XVII *And be it further enacted by the authority aforefaid,* That when any captain or commanding officer of a company fhall think fit to mufter or call his company together, he fhall iffue his orders therefor to one or more of his non-commiffioned officers, if he fhall have any, otherwife to one or more of the private foldiers belonging to his company, directing him or them to notify and warn the faid company to appear at fuch time and place as fhall be appointed, and with fuch arms and equipments as fhall be mentioned in the <span style="float:right">Manner of calling together militia companies.</span>

O o o o                    faid

264

Generated on 2022-07-12 01:03 GMT / https://hdl.handle.net/2027/hvd.32044032422636
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

A028

the Public Treasury of the same, and the other moiety to and for the Benefit of the Town, where the Offense is Committed after deducting the reasonable Charges of Prosecution. This Act to be in force until the Twentieth Day of November next, and no longer.

## [CHAPTER 3.]

{ *State of* }
{ *New Hampshire.* }

AN ACT FOR FORMING AND REGULATING THE MILITIA WITHIN THE STATE OF NEW HAMPSHIRE IN NEW ENGLAND, AND FOR REPEALING ALL THE THE LAWS HERETOFORE MADE FOR THAT PURPOSE.

[Passed Sept. 19, 1776. Original Acts, vol. 7, p. 15; recorded Acts, vol. 3, p. 271. Laws, 1780 ed., p. 36. Repealed March 18, 1780. See resolutions of March 19, 1777 and Dec. 25, 1778. Laws, 1780 ed., pp. 90, 145. See additional act of June 26, 1779. For analysis of the militia laws of the province period, consult Fry, "New Hampshire as a Royal Province," p. 473; Potter, "Military History of New Hampshire," pp. 1–263; "History of the 17th N. H. Regiment, War of 1861–5," Ch. 38, p. 213.]

Whereas it is not only the Interest but the Duty of all Nations to defend their Lives, Liberties and Properties in that Land which the Supreme Ruler of the Universe has bestowed on them, against the unlawful attacks and Depredations of all Enemies whatever; especially those who are moved by a Spirit of Avarice or Despotism:—And whereas the Honorable American Congress have recommended to the United Colonies, to put the Militia into a proper State for the Defence of America:—And whereas the Laws now in Force, respecting the Regulation of the Militia, have been found insufficient for the Purposes aforesaid.

1st It is therefore enacted by the Council & House of Representatives in General Court Assembled, And by the Authority of the same, that the several Laws and the several Paragraphs and Clauses of all and every the Laws of this State enforcing, or any Ways relating to the Regulation of the Militia, be and hereby are repealed & declared null and void.

And be it further enacted by the Authority aforesaid That that part of the Militia of this State commonly called the Training Band, shall be constituted of all the able-bodied Male persons therein, from sixteen Years old to fifty excepting Members of the American Congress, Members of the Council and of the House of Representatives for the time being, the Secretary of the Colony, all Civil Officers that have been or shall be appointed by the General Court, or either Branch of it, Officers and Students of

517. N. H.—*General Assembly, Exeter; Laws, Metalf, Vol. 4, 1916; Act, Sept. 19, 1776, pp. 39–57.*

726867 O - 47 - 6



Generated on 2022-07-12 01:34 GMT / https://hdl.handle.net/2027/hvd.32044032422644
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Original from
HARVARD UNIVERSITY

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 44 of 128

be publickly whipped not exceeding twenty stripes : And the Selectmen of each and every Town shall provide at the Expence of the Colony and deposit and keep in some safe Place for the Use of the Militia upon an Alarm—one sixteenth part so many Spades, or Iron Shovels with Handles and fitted for Service, as there are Rateable Polls in their Town ; one half as many narrow Axes, as Spades and Iron Shovels, and as many Pick Axes, as narrow Axes all fitted for Service :—And at the Cost and Charge of their respective Towns, one Drum and one Fife for each Company therein. And the Freeholders & Inhabitants of each and every Town in this Colony, qualified by Law to vote in Town Meetings, are hereby impowered at a Meeting regularly warned for that purpose, to raise Money by Tax on the Polls and Estates of the Inhabitants of their Towns to defray all charges arising on said Towns in Consequence of this Act.—

7.   And be it further enacted by the Authority aforesaid, That each and every Commission Officer of said Militia, who shall not within one Month next after receiving his Commission, provide for, arm and equip himself with Such Arms and Accoutrements, as is by this Act directed, shall by Order of a Court Martial appointed, as by this Act is provided, be removed from his Office. And every Commissioned Officer, who shall be deposed from his Office in the Militia for Neglect of Duty, or other Misdemeanor, as by this Act is provided, shall receive no Benefit from any Commission, which he shall be thus incapacitated to execute to exempt him from Military Duty.

8.   And be it further enacted, That the Clerk of each and every company of said Militia, shall once every six months after the Time of his Choice or Appointment, take an exact List of his Company, and of each Man's Equipments respectively, and present the same to the Captain or commanding Officer thereof ; a Copy whereof the Captain or commanding Officer of said Company, shall immediately deliver to the Colonel or commanding Officer of the Regiment he belongs to ; and the Colonel shall without delay return the Number therein contained to the Major General, and he shall forthwith return the same to the Council.—

9.   And be it further enacted by the Authority aforesaid, That when the Captain or commanding Officer of any Company of Militia in this Colony, shall choose to call his Company together, or shall be ordered by his Superior Officer to do it, to examine their Arms, or instruct them in the Exercises, which from Time to Time shall by the General Court be ordered for them, he shall notify and warn them of the Time and Place of Meeting, in such manner as his Colonel shall appoint therefor, and each and every Company shall be mustered eight Times a Year at least, including their Regimental Musters.

10.   And be it further enacted, that if the commanding Officer of any Regiment shall neglect to call his Regiment together at

83

# CHAP. 33.

## AN ACT for regulating the militia of the State of New-York

PASSED the 3d of April, 1778.

Preamble.    WHEREAS the wisdom and experience of ages point out a well regulated militia as the only secure means for defending a State against external invasions and internal commotions and insurrections;

*And whereas* this and the other United States of *America* are now invaded by foreign enemies and the safety of this State may be indangered by intestine commotions and insurrections;

*And whereas* it is therefore become the duty of the legislature of the State to put the militia thereof on such an establishment as will most effectually encourage a martial spirit, among the people; provide for the internal and external security of the State and enable it most vigorously to co-operate with the other United States in a cause no less noble and exalted than the defence of the common rights and liberties of *America* against hostile tyranny and oppression;

Persons to be enrolled.    *Be it therefore enacted by the People of the State of* New-York *represented in Senate and Assembly, and it is hereby enacted by the authority of the same.* That every able bodied male person Indians and slaves excepted residing within this State from sixteen years of age to fifty (except such persons as are herein after excepted) shall immediately after the passing of this act tender himself to be enrolled as of the militia to the captain or in his absence the next commanding officer of the beat wherein he shall reside who shall inrol him accordingly and in case of delay, or neglect to make such tender as aforesaid the said captain or commanding officer shall cause such person to be enrolled and to be duly warned thereof.    In order that the militia may

Enrollment to be made by captains.    receive augmentation from the annual increase of the number of the inhabitants of this State that every captain or other commanding officer of a company shall from time to time enter on the said roll every male person able bodied and free (except as herein before and after excepted) who shall from time to time arrive at the age of sixteen years or come to reside or sojourn within his beat and without delay notify such inrollment to each person so inrolled respectively, by some inferior officer of the company who on oath shall be a competent witness to prove such notice.    That if any dispute should arise

Disputes, how to be determined.    with respect to the age or ability to bear arms of any person it shall be determined by the captain or commanding officer of the company, with right of appeal to any person who may conceive himself aggrieved, to the colonel or commanding officer of the regiment whose de-

Equipments.    termination in the case shall be final.    That every person so inrolled and notified shall within twenty days thereafter respectively furnish and provide himself at his own expence with a good musket or firelock fit for service a sufficient bayonet with a good belt, a pouch or cartouch box containing not less than sixteen cartridges suited to the bore of the musket or firelock each cartridge containing a proper quantity of powder and ball or in lieu of such pouch or cartouch box and cartriges with a quantity of powder and ball respectively disposed of in a powder horn and shot bag and wadding equivalent to such cartriges, and two spare flints a blanket and a knapsack and shall appear, so armed accoutred and provided when called out to exercise or duty as herein after directed except that when called out

524. N. Y.—*General Assembly; Laws, Vol. 1, Weed and Parsons, 1886; Act, Apr. 3, 1778, pp. 62–71.*        271

733970 O - 47 - 18

**64**        LAWS OF NEW YORK.       [CHAP. 33.

*Colors.*    That each regiment shall be provided with a standard or colours at the expence of the field officers, and each company with a drum and a fife, at the expence of the commissioned officers thereof.

*Troopers.*    *And whereas* it is or may be necessary that some troops of horse and companies of grenadiers be kept up within this State, that therefore in each county there may be troopers not exceeding fifty officers included to be formed into one or two troops each having one captain one first and one second lieutenant, and one cornet, two serjeants and two corporals to be composed of volunteers from the foot militia of this State, or others already in the horse service, and also a company of grenadiers in each regiment of foot which may conveniently furnish the same. That the said troops of horse and companies of granadiers shall respectively be formed and composed of volunteers in the respective beats and regiments respectively inhabiting at such convenient distances from each other that they may with ease and dispatch be called out for training and discipline, or for service. *Provided,* That no grenadier company shall be established in any regiment, except with the consent of all the field officers nor exceed sixty men officers included.

*Consent necessary.*

*Enlistments to be certified.*    That on every such inlistment of a volunteer the captain of such troop of horse or of such company of Grenadiers do immediately certify to the captain of the beat from which such volunteer shall inlist, the inlistment of the said volunteer into the troop of horse or company of grenadiers.

*Equipments.*    That each trooper shall be equipt furnished and provided with a good serviceable horse at least fourteen hands high with a good saddle, housen, holsters breast-plate and crupper a case of good pistoels, a good horseman's sword, a pair of boots and a pair of spurs and a carbine well fixed with a good belt swivel and buckets and a cartridge box to contain twelve cartridges at least. That each grenadier shall be be equipt and furnished with a grenadier's cap a good musket and bayonet a broad sword a belt, pouch or cartridge box and so equipt and furnished, they the troopers and grenadiers shall respectively be called out in squads and companies as often (for the usesand purposes intended by this law) and under the direction of their inferior and principal officers as is hereby required with respect to the rest of the militia of this State.

*Appearance at reviews, training days, etc.*    That each non commissioned officer and private shall at every exercise by squads as herein after mentioned, and at every company or regimental training field day or ;eview herein after directed, attend at the place or parade alotted for the squad, company or regiment to which he shall belong armed accoutred and provided as above directed.

*Companies to be divided into squads, etc.*    That the several companies of militia, horse and foot shall each be divided by the commissioned officers thereof into four squads, and one squad thereof shall be exercised and trained to discipline by the captain and the other three squads, by the other three commissioned officers of the ompany respectively, on each of which squads of foot one serjeant and one corporal and of which squads of horse one serjeant or one corporal shall attend for the purpose of assisting in exercising and training the squad, and in forming the squads, attention shall be paid to the respective places of abode of the several officers and privates of the company, by placing the privates respectively in the squad belonging to the officer nearest to whom they shall respectively reside. And the several officers are hereby authorized and required to call out their respective squads and exercise and discipline them twice a month sufficiently for their due instruction and improvement. That in order

273

A032


Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2022-07-12 02:15 GMT / https://hdl.handle.net/2027/hvd.32044032422669
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

to the same purpose and for compleating proper company returns every <span style="float:right">Company parades.</span> captain or other commanding officer of every company of militia whether horse or foot shall once in every two months call out his company to his place of parade which shall be the most convenient for the purpose where he shall parade his company, see that the non commissioned officers and privates are properly armed accoutred equipped and provided; note the several defaulters and sufficiently exercise and discipline the company for their due instruction and improvement. And <span style="float:right">Exemptions from squad duty.</span> if upon such exercise and discipline it shall appear to the officers of the said company or the majority of them that any of the said men are so perfect in the exercise as that they ought to be excused from squad duty, they are hereby authorized to give such person or persons an exemption from squad duty under their hands.

That each colonel or commanding officer of a regiment shall in the <span style="float:right">Regimental parades.</span> first or second week in *April* and in the first or second week in *November* in every year call out his regiment to his regimental parade, which shall be the place in his district the most convenient for the purpose and having paraded the same shall require from the captain or commanding officer of every beat in the regiment a return thereof expressing the exempts, and the absentees and the causes of the respective exemptions and absences, cause the said regiment except the exempts thus paraded, to be called by the company rolls and the arms, ammunition and accoutrements of each man to be examined, and the defaulters to be noted, and shall cause them to be sufficiently exercised trained and disciplined for their instruction and improvement, and shall within two weeks thereafter respectively make or cause a compleat regimental return (expressing therein by name the exempts or absentees) to be made to the governor or commander in chief for the time being until a brigadier-general be appointed to the brigade to which the regiment shall belong.

That every troop of horse, shall on every regimental field day above <span style="float:right">Troops of horse to parade with regiment.</span> mentioned attend and parade with the regiment under the command of the colonel, or other field officer of the district wherein the captain of the said troop shall reside and the captain or commanding officer of the troop, shall there be required by the colonel or commanding officer of the regiment to make him a proper return of the troop in the same manner as is above directed to be required of the captain of the companies of foot belonging to the regiment cause them to be called off by the return and proper inspection to be made of their respective horses arms, ammunition and accoutrements and their respective defaults to be noted   And shall cause the captain or commanding officer of the troop to train exercise and discipline the same sufficiently for their instruction and improvement, and shall include them in his regimental return aforesaid.

That every commissioned officer of the militia in this State who shall <span style="float:right">Officers neglecting duty to be court-martialed.</span> omit or neglect to perform any of the duties by this act injoined on him of inrolling training exercising and disciplining in and to the use of arms the militia of this State or making perfect returns of the militia or not calling out to actual service the militia or any part thereof when necessary; and shall if under the rank of a brigadier be thereof convicted by a brigade court martial from the brigade to which he shall belong consisting of at least thirteen members, which court martial the brigadier is hereby authorised and required to appoint and direct to sit, and the sentence thereon be confirmed in manner herein after mentioned be *ipso facto* removed from his office and reduced to do duty in the ranks, as a foot soldier any exemption from duty to the contrary in any wise notwithstanding.

<div align="center">9</div>

274


Digitized by Google     Original from
HARVARD UNIVERSITY

Generated on 2022-07-12 02:15 GMT / https://hdl.handle.net/2027/hvd.32044032422669
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

See in general and
especially original
pp. 422, 423, 430,
and following

402        *Militia.*

Court proper to try the fame ; one moiety
thereof to the ufe of the perfon who fhall
fue for the fame, and the other moiety to and
for the ufe of the State.

*Officers to profe-*
*cute for the fame.*
    Sec. 2. *And be it further enacted,* That
it fhall be the duty of the officers from
whom any fines, forfeitures or penalties may
be withholden or detained, to collect the
fame in the due courfe of law, and to profe-
cute for the breaches of this act in manner
aforefaid.

*Juf ces to make*
*return of fines to*
*the General-*
*Treafurer.*
    Sec. 3. *And be it further enacted,* That
every Juftice of the Peace and Warden fhall
annually, at the May feffion of the General
Affembly, make return to the General-Trea-
furer whether he hath collected any fines
due to the State during the laft year, and
until that time, and the amount and circum-
ftances of fuch fines, if any, by him collected,
and fhall pay over the fame to the General-
*On neglect, ren-*
*dered ineligible.*
Treafurer ; and that if any Juftice of the
Peace or Warden fhall neglect to make re-
turn as aforefaid, or fhall neglect to pay over
the fines by him collected, he fhall be ineligi-
ble to the faid office of Juftice of the Peace
or Warden.

---

1718.
1736.
1740. *Pre-*
*amble.*
1744.
1745.
1754.
1755.
1756.
1758.
1767.
1774.

*An Act to organize the Militia of this State.*

WHEREAS by the Conftitution of the
United States, the Congrefs have
power to provide for organizing, arming
and difciplining the militia, and for govern-
ing fuch part of them as may be employed
in the fervice of the United States ; referv-
ing to the States refpectively the appoint-
ment of the officers, and the authority of
training the militia according to the difci-
pline

465. R. I.—*General Assembly; Pub. Laws, Carter & Wilkinson, 1798; Act,*
*reenacted Jan. 1798 with marginal annotations including 1718, 1736, 1740,*
*1744, 1745, 1754, 1755, 1756, 1758, 1767, 1774, pp. 422–442.*

215

Generated on 2022-07-13 04:14 GMT / https://hdl.handle.net/2027/hvd.3204403242693
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google       Original from HARVARD UNIVERSITY

*Militia.* **429**

be wounded or difabled while in actual fervice, he fhall be taken care of and provided for at the public expence.

10. *And be it further enacted,* That it fhall be the duty of the Brigade Infpector to attend the regimental and battalion meetings of the militia compofing their feveral brigades, during the time of their being under arms ; to infpect their arms, ammunition and accoutrements ; fuperintend their exercife and manœuvres, and introduce the fyftem of military difcipline before defcribed throughout the brigade, agreeable to law, and fuch orders as they fhall, from time to time, receive from the Commander in Chief of the State ; to make returns to the Adjutant-General of the State, at leaft once in every year, of the militia of the brigade to which he belongs, reporting therein the actual fituation of the arms, accoutrements and ammunition of the feveral corps, and every other thing which in his judgment may relate to their government, and the general advancement of good order, and military difcipline ; and the Adjutant-General fhall make a return of all the militia of the State to the Commander in Chief of the faid State, and a duplicate of the fame to the Prefident of the United States. *(margin: Brigade Infpector, his duty.)*

And whereas fundry corps of artillery, cavalry and infantry, now exift in feveral of the faid States, which by the laws, cuftoms or ufages thereof, have not been incorporated with, or fubject to, the general regulations of the militia : *(margin: Independent companies.)*

11. *Be it further enacted,* That fuch corps retain their accuftomed privileges, fubject neverthelefs to all other duties required
by

222

A035

 Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2022-07-13 04:15 GMT / https://hdl.handle.net/2027/hvd.32044032422693
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

*AT a Convention of Delegates for the [████] [████] delph. esq. [████]. Counties and Corporations in the Colony of Virginia, held at Richmond town, in the county of Henrico, on Monday the seventeenth day of July, in the year of our Lord one thousand seven hundred and seventy-five.*

See also original
pp. 27 and 34

## ORDINANCES, &c.

### CHAP. I.

*An ordinance for raising and embodying a sufficient force, for the defence and protection of this colony.* \*

WHEREAS it is found necessary, in the present time of danger, that a number of forces should be immediately raised, and that the militia should be settled under proper arrangements, and be thoroughly disciplined, for the better protection and defence of the country against invasions and insurrections: — Preamble.

*Be it therefore ordained, by the delegates and representatives of the several counties and corporations within the colony and dominion of Virginia, now assembled in general convention, and it is hereby ordained by authority of the same,* That there shall be forthwith raised and taken into the pay of this colony, from the time of their enlistment, two regiments complete, to consist of one thousand and twenty privates, rank and file: Five hundred and forty four of whom to be the first regiment, under the command of a colonel, lieutenant-colonel, and a major, eight captains, sixteen lieutenants, eight ensigns, twenty four serjeants, eight drummers,

Two regiments of regulars to be raised.

Number.

Officers.

---

\* In the original, the title of this ordinance is wanting, nor are any of the chapters numbered   The title is here inserted from the Chancellors' Revisal, edi. 1785, p. 80, and the late edition of the Ordinances of 1816, p. 29.

VOL. IX.                                    B

416. Va.—*Convention of Delegates, Richmond; Va. Laws, W. Hening, Vol. 9, 1821; Chs. I & II Acts, July 17, 1775, pp. 9-48.*

729578 O - 47 - 17

Generated on 2022-07-12 01:10 GMT / https://hdl.handle.net/2027/hvd.32044032422719
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google          Original from          HARVARD UNIVERSITY

the county, and formed into companies of not less than thirty two, nor more than sixty eight, rank and file, to be placed under one captain, one lieutenant, and one ensign, all of whom shall be commissioned by the committee of safety, upon the nomination of the committees of the counties as aforesaid. And the commander in chief of each county shall, within three months after passing this ordinance, deliver to each captain a list of the names of the men appointed for his company; and every captain receiving such list shall summon his company to meet him within a fortnight, at such convenient time and place as he may appoint, in order to lay a proper foundation for training and disciplining them in the most effectual manner.

*How enrolled.*

*Provided,* That the members of his majesty's council, and the committee of safety, the president of the convention, treasurer, attorney-general, auditor, clerk of the council, clerk of the secretary's office, clerk of the general convention, and clerk of the committee of safety (each of which exempts furnishing a stand of arms for a soldier) all clergymen and dissenting ministers, the president, professors, students, and scholars, of William and Mary college, the keeper of the publick jail, all overseers of four tithables residing on a plantation, and all millers, and persons concerned in iron works, shall be exempted from such enlistment.

*Who exempted.*

*And be it further ordained,* That if any commander in chief of any county shall fail to do his duty as above directed, he shall forfeit and pay the sum of two hundred pounds.

*Fine on colonel for neglect.*

*And be it farther ordained,* That every militia man so to be enlisted shall furnish himself with a good rifle, if to be had, or otherwise with a tomahawk, common firelock, bayonet, pouch, or cartouch box, three charges of powder and ball, and appear with the same at the place appointed for mustering, and shall constantly keep by him one pound of powder and four pounds of ball, to be produced whenever called for by his commanding-officer.

*Arms, &c. to be furnished by militia.*

*Provided always,* That no person shall be subject to the penalties hereby inflicted, for the not providing or producing the quantity of powder required, who shall make it appear to the court-martial that he has used his best endeavours to procure such powder, and hath not been able so to do; also, that if it be certified by a court-martial that any soldier enlisted is so poor as not

*Exceptions.*

274

Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2022-07-12 01:11 GMT / https://hdl.handle.net/2027/hvd.32044032422719
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

450    *Assembly Proceedings, Feb. 23–May 22, 1756.*

L. H. J.
Liber No. 48
May 22

p. 298

An Act for regulating the Militia of the Province of Maryland.

Whereas in this Time of Imminent Danger it is requisite for the Defence and Security of this Province that the Militia thereof be duly regulated and well Armed as well to repell the hostile Attempt of foreign Invaders as to quell and Suppress any intestine Commotions Rebellions or Insurrections which may happen.

Be it therefore Enacted by the Right honourable the Lord Proprietary by and with the Advice and Consent of his Lordships Governor and the Upper and Lower Houses of Assembly and the Authority of the Same that every Male Inhabitant of this Province (Papists, the Persons commonly called Neutralls, Servants, and Slaves excepted) who shall be from the Age of Sixteen Years to the Age of Sixty Years and able to bear Arms at the Expiration of Ten days after the Publication of this Act in the County wherein he shall reside shall inlist with the Captain or next Commanding Officer of the Troop of Horse or Company of Foot in the District or Place where such Person shall reside by writing his name or making his Mark (as he shall be able) in a Roll to be Entituled and kept for that Purpose within Ten Days from and after the Publication of this Act as aforesaid under the Penalty of forty Shillings Current Money and the Same Penalty for every Thirty days Neglect or Omission thereafter and all Captains within this Province are hereby directed and commanded to take due Care to Inlist accordingly all such Persons as aforesaid and in Case of dispute whether any Person ought to inlist in respect of his Age the Same Shall be determined by the Officer before whom Such Dispute Shall happen by the Oath of the Person whose Age shall be in Question or the Oath or Affirmation (if a Quaker) of his Parent or some other credible Witness which Oath or Affirmation the Said Officer is hereby authorized to Administer.

And Be it further Enacted by the Authority aforesaid that all and every Male Person and Persons (except as above excepted) who shall attain his or their Age of Sixteen Years or come into and Settle in this Province after the Expiration of the aforesaid Ten Days from and after the Publication of this Act and be of the Age aforesaid Shall within Ten days after his or their attaining their Said of Sixteen Years or Twenty Days after his or their Arrival within this Province inlist in the manner aforesaid under the Penalty of Forty Shilling Current Money and the Same Penalty for every Thirty days Neglect or Omission hereafter so to inlist as aforesaid.

And be it Enacted by the Authority aforesaid that the Colonels or Commanding Officers of all Regiments Troops and Company's shall in Ten days after the Publication of this Act in their respective Counties and once at least in every Two Months thereafter issue

367. Md.—*General Assembly (Lower House), Annapolis; Arch . . . Vol. 52, Pleasants, 1935; Act, May 22, 1756, pp. 450–474.*

83

Generated on 2022-07-12 01:26 GMT / https://hdl.handle.net/2027/hvd.32044093242628
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

A038

Digitized by  Google

Original from
HARVARD UNIVERSITY

452  *Assembly Proceedings, Feb. 23–May 22, 1756.*

L. H. J.
Liber No. 48
May 22

Custody upon Payment of the aforesaid Sum of One hundred Pounds Current Money and Fees aforesaid Shall Presume to have or keep in his Possession or in his House or upon his Plantation or elsewhere any Fire-Arms or Ammunition Such Person Shall forfeit and pay the further Sum of One hundred pounds Current Money

And be it Enacted by the authority aforesaid that in Ten days after the Publication of this Act the Colonel or Commanding Officer of every Regiment Troop or Company in the Militia of this Province shall issue his Warrant to his inferiour Officers directing them to make deligent Search and Enquiry in their respective District what Arms and Ammunition shall be therein and return what Number of Arms and what Quantitiy of Ammunition they Shall on such Search and Enquiry find or discover and the Condition and kind of such Arms and Ammunition and who shall be possessed thereof distinctly in Writing under the Penalty of Twenty Pounds Current Money upon the Colonel or Commanding Officer aforesaid neglecting his duty in this Behalf and the Penalty of Five Pounds Current Money on the Inferiour Officer charged with the Execution of Such Warrant who shall neglect within five days after receipt of such Warrant to comply with his Duty herein and all and every Person and Persons shall on Demand produce his or their Arms and Ammunition to the Said Officers charged with the Execution of Such Warrants under the Penalty of Five Pounds Current Money for his or their every wilfull neglect or refusal so to do And Whereas on many Occasions Arms Ammunition and military Accoutrements of different Kinds have been delivered out of the public Magazines of this Province and are now dispersed among the Inhabitants and have been Sold or Sent from one to another and it is represented that the Locks have been taken of from many of the Said Arms and put to private Use therefore for discovering the Said Arms Ammunition and Military Accoutrements and Locks and rendering of Service towards Arming the Militia of this Province in this Time of common Danger Be it Enacted by the Authority aforesaid

p. 300

that the Captain of every Troop or Company of Militia shall within Ten Days after the Publication of this Act issue his Warrant to his Several Corporals to make diligent Inquiry within their Limits for all Arms military Accoutrements and Locks belonging to the Public and the Said Corporals are hereby required as soon as may be after receit of such Warrant to repair to the Habitation of every Housekeeper within their respective Limits and demand of him Such Arms Ammunition Military Accoutrements and Locks as he hath in his Possession belonging to the Public and immediately on Such Demand Such Person shall deliver the Same to the Said Corporals And the Said Corporals shall give Receits for all Such Arms Ammunition military Accoutrements and Locks as Shall be delivered

85

Digitized by Google 

Original from
HARVARD UNIVERSITY

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 54 of 128

to them and Shall bring them from Time to Time to the next Muster after the Receipt thereof and deliver them to the Commanding Officer who shall be there present, who shall give the Said Corporal a a Receit for the Same and Shall forthwith deliver them to the Colonel or Commanding Officer of the County, who shall give the Said Officer a proper Receit for the Same and Such and so much of the Said Arms Ammunition and military Accoutrements as are fit for Service Shall by the Said Colonel or Commanding Officer of the County be delivered to Such Persons of the Militia as are by this Act deemed unable to provide the Same. And Such Arms and Military Accoutrements so delivered to him as Shall be unfit for Use the Said Colonel or Commanding Officer of the County Shall have mended and made fit for Use as soon as Possible and delivered out as aforesaid and his reasonable Charge for the Same shall be allowed in next County Levy.

And be it further Enacted by the Authority aforesaid that every Person of whom any Arms Ammunition military Accoutrements or Locks belonging to the Publick Shall be demanded as aforesaid refusing to deliver the Same as before directed immediately on Such Demand Shall forfeit and pay treble the Value of Such Arms Ammunition military Accoutrements and Locks with Costs to be recovered in a Summary Way before any Magistrate of the County wherein Such Person Shall reside And in Case any Justice of the Peace Shall by any means be informed or Suspect that any Person hath in his or her Possession any arms Ammunition military Accoutrements or Locks belonging to the Publick after such demand made by the Corporal as aforesaid he shall issue his Warrant immediately to Such Corporal or his Successor to Seize and take Such Arms Ammunition military Accoutrements and Locks and bring them together with Such Person before him and in Case it Shall appear that the Same do belong to the Publick the Said Person Shall forfeit and pay Treble the Value thereof and moreover the Said Justice shall order the Said Corporal to keep Safe deliver them up as before directed and Shall give Judgment against Such person to pay Such Corporal two Shillings and Six pence Current Money And if any Dispute Shall arise at any Time whether any Arms Ammunition military Accoutrements or Locks do belong to the Publick or not the Onus probandi shall lie on the Person in whose Possession the Same Shall be

And be it further Enacted by the Authority aforesaid that every Colonel or Commanding Officer of the County and every other Officer above the Degree of a Captain who shall neglect his Duty by this Branch of this Act shall forfeit and pay the Sum of Twenty Pounds Current Money for every Such Neglect every Captain or Commission Officer under the Degree of a Captain the Sum of Five Pounds and every Corporal the Sum of two Pounds ten Shillings,

L. H. J.
Liber No. 48
May 22

p. 301

86

Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2022-07-12 01:31 GMT / https://hdl.handle.net/2027/hvd.32044033242628
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 55 of 128

### C H A P.  CCXLII.  See in general

\* *An ACT for the regulating, training, and arraying of the Militia, and for providing more effectually for the Defence and Security of the State.*

Passed Jan. 8, 1781.

Preamble.

WHEREAS the several Laws heretofore made for the Government of the Militia, and for the Purpose of directing the internal Force of the State to the Preservation and Safety of the same, have been found inadequate to these important Purposes, and have become, from their Number and Diversity, difficult to be understood and executed; Therefore,

Militia, how to be divided.

Sect. 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That, from and after the Publication of this Act, the Militia of this State shall be divided into three Brigades, as follows: The Militia of the Counties of *Bergen, Essex, Morris, Sussex,* and of those Parts of the Counties of *Middlesex* and *Somerset* lying on the Northern and Eastern Side of *Raritan* River, and of the South Branch of the same, shall compose the upper Brigade; the Militia of the Counties of *Monmouth, Hunterdon* and *Burlington,* and of those Parts of the Counties of *Middlesex* and *Somerset* lying on the Southern and Western Side of the said River *Raritan,* and of the South Branch of the same, shall compose the middle Brigade; and the Militia of the Counties of *Gloucester, Salem, Cape-May* and *Cumberland,* shall compose the lower Brigade.

Brigades, by whom to be commanded.

2. AND BE IT FURTHER ENACTED, That each Brigade shall be commanded by a Brigadier or Colonel Commandant, who shall be the eldest Colonel, and if there is no Colonel, the eldest Lieutenant-Colonel of the Regiments which compose the Brigade, to be determined by the Date of their several Commissions; which Brigadiers, Colonels, or Lieutenant-Colonels Commandant, shall be empowered to appoint a Major of Brigade, to rank as Major of the Militia, and receive Pay on the Certificate of his Brigadier, Colonel or Lieutenant-Colonel Commandant.

Regiments, how to be officered.

3. AND BE IT FURTHER ENACTED, That each Regiment or Battalion shall be officered with one Lieutenant-Colonel (except where a Colonel is already appointed) and one Major; and also with an Adjutant, who shall be taken from the Line, and rank as First Lieutenant, and when in Service be entitled to the Pay and Rations of a Captain; one Quartermaster, who shall also be taken from the Line, rank with Lieutenants, and receive like Pay and Rations when in Service; and when Circumstances will admit, a Surgeon; which Regimental Staff-Officers shall be appointed by the Field Officers or a Majority of them; and the Commanding Officer of each Regiment or Battalion shall appoint a Sergeant-Major.

Proviso.

PROVIDED ALWAYS, That where two Majors have been heretofore appointed and commissioned in any Regiment or Battalion both shall be continued, but Vacancies happening in the Office of Second Major, shall not hereafter be supplied.

4. AND

\* See a Supplement to this Act, Chap. CCCXIX.

259. N. J.—*General Assembly, Trenton; A & L, P. Wilson, 1784; Act, Jan. 8, 1781, pp. 166–181.*

67

Generated on 2022-07-12 01:53 GMT / https://hdl.handle.net/2027/hvd.32044093242651
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

Original from
HARVARD UNIVERSITY

## WILLIAM LIVINGSTON, Esquire, Governor. 169

Members of the Legiflative-Council and General Affembly, the Judges
and Juftices of the Supreme and Inferior Courts, the Judge of the Court
of Admiralty, the Attorney-General, the Secretary, the Treafurer, the
Auditor of Accounts, the Clerks of the Council and General Affembly,
the Clerks of the Courts of Record, the Governor's private Secretary,
the Superintendant of Purchafes, the County Contractors, Poftmafters,
Minifters of the Gofpel of every Denomination, the Prefident, the Pro-
feffors and Tutors of Colleges, Sheriffs, Coroners, one Conftable for each
Townfhip, to be determined by the Court of Quarter-Seffions of the
County, two Ferrymen for each publick Ferry on the *Delaware* below
the Falls at *Trenton*, and one for every other publick Ferry in this State,
Slaves, and every Perfon exempted by any particular Law of this State,
fhall not be borne on any fuch Lifts or Rolls, or be fubject to Military
Duty.

11. AND BE IT ENACTED, That every Perfon enrolled as aforefaid, <span style="font-size:smaller">Arms and Accoutrements to be procured by each Man.</span>
fhall conftantly keep himfelf furnifhed with a good Mufket well fitted
with a Bayonet, a Worm, a Cartridge-Box, twenty-three Rounds of
Cartridges fized to his Mufket, a Priming-Wire, Brufh, fix Flints, a
Knapfack and Canteen, under the Forfeiture of *Seven Shillings and Six-* <span style="font-size:smaller">Penalty on Neglect.</span>
*pence* for Want of a Mufket, and *One Shilling* for Want of any other of
the aforefaid Articles, whenever called out to Training or Service; to be
recovered and applied as herein after is directed. PROVIDED ALWAYS, <span style="font-size:smaller">Provifo.</span>
That if any Perfon be furnifhed as aforefaid with a good Rifle-
Gun, the Apparatus neceffary for the fame, and a Tomahawk, it fhall
be accepted in Lieu of the Mufket and the Bayonet and other Articles
belonging thereto.

12. AND BE IT ENACTED, That each Perfon enrolled as aforefaid, <span style="font-size:smaller">Ammunition to be kept by each Man.</span>
fhall alfo keep at his Place of Abode one Pound of good merchantable
Gunpowder, and three Pounds of Ball fized to his Mufket or Rifle, and
for Want of either fhall forfeit the Sum of *Three Shillings*, to be recovered
and applied as herein after is directed. PROVIDED ALWAYS, That if <span style="font-size:smaller">Provifo.</span>
any Perfon enrolled as aforefaid fhall, by a Majority of the commiffion-
ed Officers of the Company to which he may belong, be deemed and
adjudged unable to purchafe the Arms, Accoutrements, and Ammuniti-
on above fpecified, he fhall be exempted from the Forfeiture for any De-
ficiency therein until he can procure them, or they are provided for him.

13. AND BE IT FURTHER ENACTED, That the Captain or Com- <span style="font-size:smaller">Sergeants to examine and report State of Arms, &c.</span>
manding Officer of each Company fhall, once in every four Months, or-
der a Sergeant to call at the Place of Abode of each Perfon enrolled as
aforefaid, for the Purpofe of examining the State of his Arms, Accou-
trements, and Ammunition, of which the Sergeant fhall make exact Re-
port to the Officer iffuing the Orders, and if the Captain fhall neglect his
Duty herein he fhall forfeit *Six Pounds*; and if any Sergeant fhall ne- <span style="font-size:smaller">Penalty for Neglect.</span>
glect his Duty in this Refpect he fhall forfeit and pay for each Offence
the Sum of *Three Pounds*, to be recovered and applied as herein after is
directed; and for this Service he fhall receive the Sum of *Three Shillings* <span style="font-size:smaller">Wages for this Service.</span>
*and Nine-pence* for each Day he fhall be neceffarily engaged therein, to
be paid by the Treafurer of the Regiment, on an Order from the Captain
or Commanding Officer of the Company, certifying the Number of Days
the Sergeant was on the Duty, the Treafurer taking the Sergeant's Re-
ceipt on the Back of the Order for the fame.

<div align="center">Z z</div>

14. AND

70

Generated on 2022-07-12 01:54 GMT / https://hdl.handle.net/2027/hvd.32044032422651
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
HARVARD UNIVERSITY

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 57 of 128

UNITED STATES STATUTES AT LARGE, 2 Cong. Ch. 33, May 8, 1792, 1 Stat. 271

 1 Stat. 271-274

2 Cong. Ch. 33, May 8, 1792, 1 Stat. 271

UNITED STATES STATUTES AT LARGE

2ND CONGRESS - 1ST SESSION
Convening October 24, 1791

An Act

More effectually to provide for the National Defence by establishing an Uniform Militia throughout the United States.

May 8, 1792

End of Document          © 2022 Thomson Reuters. No claim to original U.S. Government Works.

States, and for appropriating the same, took effect: *And provided also,* That such allowance shall not exceed the annual amount of seventy thousand dollars, until the same shall be further ascertained by law.

not to exceed $70,000.

Sec. 17. *And be it further enacted,* That the act, intituled "An act repealing after the last day of June next, the duties heretofore laid upon distilled spirits imported from abroad and laying others in their stead, and also upon spirits distilled within the United States, and for appropriating the same," shall extend to and be in full force for the collection of the several duties herein before mentioned and for the recovery and distribution of the penalties and forfeitures herein contained and generally for the execution of this act, as fully and effectually as if every regulation, restriction, penalty, provision, clause, matter, and thing therein contained were inserted in and re-enacted by this present act, subject only to the alterations hereby made.

Certain act in force for collection of the duties, &c. herein.

1791, ch. 15.

Approved, May 8, 1792.

Statute I.

Chap. XXXIII.—*An Act more effectually to provide for the National Defence by establishing an Uniform Militia throughout the United States.*(a)

May 8, 1792.

Section 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That each and every free able-bodied white male citizen of the respective states, resident therein, who is or shall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, and that within twelve months after the passing of this act. And it shall at all times hereafter be the duty of every such captain or commanding officer of a company to enrol every such citizen, as aforesaid, and also those who shall, from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years (except as before excepted) shall come to reside within his bounds; and shall without delay notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved. That every citizen so enrolled and notified, shall, within six months thereafter, provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch with a box therein to contain not less than twenty-four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball: or with a good rifle, knapsack, shot-pouch and powder-horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; and shall appear, so armed, accoutred and provided, when called out to exercise, or into service, except, that when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a sword or hanger and espontoon, and that from and after five years from the passing of this act, all muskets for arming the militia as herein required, shall be of bores sufficient for

Militia how and by whom to be enrolled.

How to be armed and accoutred.

1803, ch. 15.

(a) The acts for the establishment of an uniform system for the government of the militia, are: An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States, May 8, 1792, chap. 33; an act providing arms for the militia throughout the United States, July 6, 1798, chap. 65; an act in addition to an act entitled, "An act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States," March 2, 1803, chap. 15; an act more effectually to provide for the organizing of the militia of the District of Columbia, March 3, 1803, chap. 20; an act establishing rules and articles for the government of the armies of the United States, April 10, 1806, chap. 20; an act in addition to the act entitled, "An act to provide for calling forth the militia to execute the laws of the Union, suppress insurrections, and to repeal the acts now in force for those purposes," April 18, 1814, chap. 82; an act concerning field officers of the militia, April 20, 1816, chap. 64; an act to establish an uniform mode of discipline and field exercise for the militia of the United States, May 12, 1820, chap. 96; an act to reduce and fix the military peace establishment of the United States, March 2, 1821, chap. 12, sec. 14.

**SECOND CONGRESS.** Sess. I. Ch. 33. 1792. 273

discretion of the commander-in-chief of the state, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and shall be uniformly clothed in regimentals, to be furnished at their own expense; the colour and fashion to be determined by the brigadier commanding the brigade to which they belong.

<div style="text-align: right">to be uniformly clad at their own expense.<br>1803, ch. 15.</div>

SEC. 5. *And be it further enacted,* That each battalion and regiment shall be provided with the state and regimental colours by the field officers, and each company with a drum and fife, or bugle-horn, by the commissioned officers of the company, in such manner as the legislature of the respective states shall direct.

<div style="text-align: right">What colors &c. and by whom to be furnished.</div>

SEC. 6. *And be it further enacted,* That there shall be an adjutant-general appointed in each state, whose duty it shall be to distribute all orders from the commander-in-chief of the state to the several corps; to attend all public reviews when the commander-in-chief of the state shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of different returns that may be required, and to explain the principles on which they should be made; to receive from the several officers of the different corps throughout the state, returns of the militia under their command, reporting the actual situation of their arms, accoutrements, and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline: all which the several officers of the divisions, brigades, regiments, and battalions, are hereby required to make in the usual manner, so that the said adjutant-general may be duly furnished therewith: from all which returns he shall make proper abstracts, and lay the same annually before the commander-in-chief of the state.

<div style="text-align: right">Adjutant-general in each state, his duty.<br><br><br><br><br><br><br><br><br>1803, ch. 15.</div>

SEC. 7. *And be it further enacted,* That the rules of discipline, approved and established by Congress in their resolution of the twenty-ninth of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout the United States, except such deviations from the said rules as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by battalion, regiment, or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

<div style="text-align: right">Rules of discipline.</div>

SEC. 8. *And be it further enacted,* That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then their rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company, or detachment.

<div style="text-align: right">Officers how to take rank.</div>

SEC. 9. *And be it further enacted,* That if any person, whether officer or soldier, belonging to the militia of any state, and called out into the service of the United States, be wounded or disabled while in actual service, he shall be taken care of and provided for at the public expense.

<div style="text-align: right">Provision in case of wounds, &c.</div>

SEC. 10. *And be it further enacted,* That it shall be the duty of the brigade-inspector to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition, and accoutrements; superintend their exercise and manœuvres, and introduce the system of military discipline before described throughout the brigade, agreeable to law, and such orders as they shall from time to time receive from the commander-in-chief of the state; to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements, and ammunition of the several corps, and every other thing which, in his judgment, may relate to their government and the

<div style="text-align: right">Brigade inspector's duty.<br><br><br><br><br><br><br><br><br>1803, ch. 15.</div>

Vol. I.—35

general advancement of good order and military discipline; and the adjutant-general shall make a return of all the militia of the state to the commander-in-chief of the said state, and a duplicate of the same to the President of the United States.

*Artillery &c. now existing,*

And whereas sundry corps of artillery, cavalry, and infantry now exist in several of the said states, which by the laws, customs, or usages thereof have not been incorporated with, or subject to the general regulations of the militia:

*to retain their privileges.*

Sec. 11. *Be it further enacted,* That such corps retain their accustomed privileges, subject, nevertheless, to all other duties required by this act, in like manner with the other militia.

APPROVED, May 8, 1792.

---

STATUTE I.

May 8, 1792.

CHAP. XXXIV.—*An Act relative to the compensations to certain officers employed in the collection of the duties of impost and tonnage.*

[Obsolete.]
Additional specific allow-ance from 1st of July next to cer-tain surveyors and collectors.
1790, ch. 35. sec. 53.
Act of March 2, 1799, ch. 23.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That from and after the last day of June next, in addition to the fees and emoluments which may accrue to the officers employed in the collection of the duties of impost and tonnage, by the provisions already made, they shall severally have and be entitled to the respective allowances following, to wit: The surveyors of Newburyport, Salem, St. Mary's and Wilmington, in North Carolina, the yearly sum of one hundred dollars each; the surveyors of Beverly, North Kingston, East Greenwich, Warren, Bristol, Pawcatuck river, Providence, Patuxet, New Haven, Lewellensburg, Alexandria, Beaufort, Hertford, Winton, Bennet's creek, Plymouth, Windsor, Skewarkey, Murfreesborough, Nixonton, Indiantown, Currituck inlet, Pasquotank river bridge, and Newbiggen creek, the yearly sum of eighty dollars each; the surveyor of Portsmouth, the yearly sum of sixty dollars; the surveyors of Ipswich, Portland, Newport, Stonington, Middleton, Bermuda hundred, Petersburg, Richmond, and Savannah, the yearly sum of fifty dollars each; the surveyors of Gloucester, New London, and Swansborough, the yearly sum of thirty dollars each; the surveyors of Hudson, Little Egg Harbour, Suffolk, Smithfield, Urbanna, and Fredericksburg, the yearly sum of twenty dollars each; the collector of the district of Wilmington, in North Carolina, the yearly sum of one hundred and fifty dollars; the collectors of the districts of Portsmouth, Gloucester, Albany, Annapolis, Vienna, Nottingham, Yorktown, Dumfries, and Louisville, the yearly sum of one hundred dollars each; the collector of the district of Fairfield, the yearly sum of eighty dollars; the collectors of the districts of Marblehead, Plymouth, Barnstable, Nantucket, New Bedford, Dighton, York, Biddeford, and Pepperelborough, Bath, Wiscasset, Machias, Newport, New Haven, Perth Amboy, Great Egg Harbour, Wilmington, in Delaware, Chester, Cedar Point, Georgetown, Hampton, South Quay, Washington, Plank Bridge, and Georgetown, in South Carolina, the yearly sum of fifty dollars each; the naval officer of the district of Portsmouth, the yearly sum of one hundred dollars; the naval officers of the districts of Newburyport, Newport, Providence, Wilmington, in North Carolina, and Savannah, the yearly sum of fifty dollars each; the collector of the district of Salem and Beverly, one fourth of one per centum on the amount of all monies by him received on account of the said duties; and to the collectors of the districts of Portsmouth, Newburyport, Gloucester, Marblehead, Plymouth, Nantucket, Edgartown, New Bedford, Dighton, York, Biddeford, and Pepperelborough, Portland, Bath, Wiscasset, Penobscot, Frenchman's bay, Machias, Newport, Providence, New Haven, Fairfield, Perth Amboy, Burlington, Great Egg Harbour, Wilmington, in Delaware, Oxford, Vienna, Snowhill, Annapo-

See also original p. 451

# CHAPTER 10.

AN ACT FOR FORMING AND REGULATING THE MILITIA WITHIN THE COLONY OF THE MASSACHUSETTS BAY, IN NEW ENGLAND, AND FOR REPEALING ALL THE LAWS HERETOFORE MADE FOR THAT PURPOSE.

WHEREAS it is not only the interest but the duty of all nations to defend their lives, liberties and properties, in that land which the Supreme Ruler of the universe has bestowed on them, against the unlawful attacks and depredations of all enemies whatever, especially those who are moved by a spirit of avarice, or despotism; *and whereas* the honorable American Congress have recommended to the United Colonies to put the militia into a proper state for the defence of America; *and whereas* the laws now in force respecting the regulation of the militia have been found insufficient for the purposes aforesaid, — **Preamble.**

*It is therefore enacted by the Council and House of Representatives in General Court assembled, and by the authority of the same,*

[SECT. 1.] That the several laws, and the several paragraphs and clauses of all and every the laws, of this colony, enforc[e]ing or any ways relating to the regulation of the militia, be and hereby are repeal[e]'d, and declared null and void. **Repealing clause.**

*And be it further enacted by the authority aforesaid,*

[SECT. 2.] That that part of the militia of this colony, commonly called the <u>training-band, shall be constituted of all the able-bodied male persons therein, from sixteen years old to fifty,</u> excepting members of the American Congress, members of the council and of the house of representatives, for the time being, the secretary of the colony, all civil officers that have been or shall be appointed by the general court or either branch of it, officers and students of Harvard College, ministers of the gospel, elders and deacons of churches, church-wardens, grammar-school masters, masters of arts, the denomination of Christians called Quakers, selectmen, for the time being, those who have by commission under any government or congress, or by election in pursuance of the vote of any congress, of the continent, or of this or any other colony, held the post of a subaltern, or higher officer, persons while actually employed as masters of vessels of more than thirty tons burthen, other than fishing vessels and vessels coasting in this colony, and to and from this colony to the other New-England governments, constables, and deputy sher[r]if[ƒ]s, negroes, Indians and m[o][u]latoes, and shall be under the command of such officers as shall be chosen, impower[e]'d, and commissionated over them, as is by this act provided; and the selectmen, or the **The training-band.** **Persons excepted.**

* [SECT.] 1.

NOTE. — In numbering the sections of this chapter the division of the engrossed act has not been strictly followed, as the numbers there given are placed opposite the first line of the enacting clauses of the respective sections, and, moreover, are not, in all cases, denotative of clearly distinct sections. It has, therefore, been deemed best to give in the margin the numbers of the sections in the engrossment. The word [SECT.] not appearing in the engrossment, nor in the contemporary impression, is, in each instance, enclosed in brackets. Another impression of this act, under the resolve of April 24, 1776, differs from it in several unimportant particulars, which have not been thought of sufficient consequence to be noticed here, inasmuch as all differences between the engrossment and the printed act most nearly in conformity thereto, have been carefully noted.

461. Mass.—*General Court, Watertown; A & R Vol. 5, 1886, Ch. 10; Act, Jan. 22, 1776, pp. 445-454.*

Generated on 2022-07-12 01:20 GMT / https://hdl.handle.net/2027/hvd.32044032422636
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

the inhabitants of their towns, to defrey all charges arising on said towns in consequence of this act.

\* *And be it further enacted by the authority aforesaid,*

[SECT. 9.] That each and every commission officer of said militia who shall not within one month next after receiving his commission provide for, arm and equip himself with such arms and accoutrements as [*is*] by this act [is] directed, shall, by order of a court martial, appointed as by this act is provided, be removed from his office. And every commission[*e*]'d officer, who shall be deposed from his office in the militia for neglect of duty, or other misdemeanor, as by this act is provided, shall receive no benefit from any commission which he shall be thus incapacitated to execute, to exempt him from military duty.

*Penalty for commission officers neglecting to equip themselves.*

† *And be it further enacted,*

[SECT. 10.] That the clerk of each and every company of said militia shall, once every six months after the time of his choice or appointment, take an exact list of his company, and of each man's equipments, respectively, and present the same to the captain or commanding officer thereof ; a copy whereof the captain or commanding officer of said company shall immediately deliver to the colonel or commanding officer of the regiment he belongs to ; and the colonel shall, without delay, return the number therein contained to the brigadier, and the brigadier shall as soon as may be, return the same to the first major-general, and he shall forthwith return the same to the council.

*A return of all the equipments, to be made every six months.*

‡ *And be it further enacted by the authority aforesaid,*

[SECT. 11.] That every brigadier shall review each regiment of his brigade twice a year, and oft[*e*]ner if the council shall order it, and on default thereof shall be liable to be removed from his office ; and when the captain or commanding officer of any company of such militia shall choose to call his company together, or shall be order[*e*]'d by his superior officer to do it, to examine their arms, or instruct them in the exercises which, from time to time, shall by the general court be order[*e*]'d for them, he shall notify and warn them of the time and place of meeting, in such manner as his colonel shall appoint therefor ; and each and every company shall be muster[*e*]'d eight times a year, at least, including their regimental musters.

*Each brigadier to review his brigade twice a year.*

*Each company to be mustered eight times a year.*

§ *And be it further enacted,*

[SECT. 12.] That, if the commanding officer of any regiment shall neglect to call his regiment together at such time and place and in such manner as his brigadier shall order, and be thereof convicted before a court-martial, appointed as is in this act provided, he shall be liable to be removed from his office ; and if any captain or subaltern shall prove disobedient on a training-, or muster[*ing*]-day, or shall not draw out the company he commands, being order[*e*]'d by his superior officer thereto, he shall be liable to be removed from his office by a court-martial appointed as by this act is provided ; and when any commission officer shall be removed from his office as aforesaid, he shall be held incapable of holding any military office, in said militia, for the space of three years next after sentence declared against him ; and when any captain or subaltern shall be removed from his office as aforesaid, the commanding officer of the company wherein such incapacitated person used last to command, shall call the company together, including the alarm list, and direct them, in the presence of

*Penalty for colonels neglecting to call their regiments together.*

\* [Sect.] 8.     † [Sect.] 9.     ‡ [Sect.] 10.     § [Sect.] 11.

224

Generated on 2022-07-12 01:22 GMT / https://hdl.handle.net/2027/hvd.32044032422636
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

A048

Digitized by Google     Original from HARVARD UNIVERSITY

REVOLUTIONARY PERIOD 39

the Public Treasury of the same, and the other moiety to and for
the Benefit of the Town, where the Offense is Committed after
deducting the reasonable Charges of Prosecution. This Act to be
in force until the Twentieth Day of November next, and no lon-
ger.

## [CHAPTER 3.]

{ *State of* }
{ *New Hampshire.* }

AN ACT FOR FORMING AND REGULATING THE MILITIA WITHIN
THE STATE OF NEW HAMPSHIRE IN NEW ENGLAND, AND FOR
REPEALING ALL THE THE LAWS HERETOFORE MADE FOR THAT
PURPOSE.

[Passed Sept. 19, 1776. Original Acts, vol. 7, p. 15 ; recorded Acts, vol. 3, p.
271. Laws, 1780 ed., p. 36. Repealed March 18, 1780. See resolutions of
March 19, 1777 and Dec. 25, 1778. Laws, 1780 ed., pp. 90, 145. See additional
act of June 26, 1779. For analysis of the militia laws of the province period,
consult Fry, "New Hampshire as a Royal Province," p. 473 ; Potter, "Military
History of New Hampshire," pp. 1–263 ; "History of the 17th N. H. Regiment,
War of 1861–5," Ch. 38, p. 213.]

Whereas it is not only the Interest but the Duty of all Nations
to defend their Lives, Liberties and Properties in that Land which
the Supreme Ruler of the Universe has bestowed on them, against
the unlawful attacks and Depredations of all Enemies whatever ;
especially those who are moved by a Spirit of Avarice or Despo-
tism :—And whereas the Honorable American Congress have
recommended to the United Colonies, to put the Militia into a
proper State for the Defence of America :—And whereas the Laws
now in Force, respecting the Regulation of the Militia, have been
found insufficient for the Purposes aforesaid.

1st    It is therefore enacted by the Council & House of Repre-
sentatives in General Court Assembled, And by the Authority of
the same, that the several Laws and the several Paragraphs and
Clauses of all and every the Laws of this State enforceing, or any
Ways relating to the Regulation of the Militia, be and hereby are
repealed & declared null and void.

And be it further enacted by the Authority aforesaid That that
part of the Militia of this State commonly called the Training
Band, shall be constituted of all the able-bodied Male persons
therein, from sixteen Years old to fifty excepting Members of the
American Congress, Members of the Council and of the House of
Representatives for the time being, the Secretary of the Colony,
all Civil Officers that have been or shall be appointed by the
General Court, or either Branch of it, Officers and Students of

517. N. H.—*General Assembly, Exeter ; Laws, Metalf, Vol. 4, 1916; Act, Sept.
19, 1776, pp. 39–57.*

79

726867 O - 47 - 6



Generated on 2022-07-12 01:34 GMT / https://hdl.handle.net/2027/hvd.32044032422644
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Original from
HARVARD UNIVERSITY

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 64 of 128

be publickly whipped not exceeding twenty stripes : And the Selectmen of each and every Town shall provide at the Expence of the Colony and deposit and keep in some safe Place for the Use of the Militia upon an Alarm—one sixteenth part so many Spades, or Iron Shovels with Handles and fitted for Service, as there are Rateable Polls in their Town ; one half as many narrow Axes, as Spades and Iron Shovels, and as many Pick Axes, as narrow Axes all fitted for Service :—And at the Cost and Charge of their respective Towns, one Drum and one Fife for each Company therein. And the Freeholders & Inhabitants of each and every Town in this Colony, qualified by Law to vote in Town Meetings, are hereby impowered at a Meeting regularly warned for that purpose, to raise Money by Tax on the Polls and Estates of the Inhabitants of their Towns to defray all charges arising on said Towns in Consequence of this Act.—

7. And be it further enacted by the Authority aforesaid, That each and every Commission Officer of said Militia, who shall not within one Month next after receiving his Commission, provide for, arm and equip himself with Such Arms and Accoutrements, as is by this Act directed, shall by Order of a Court Martial appointed, as by this Act is provided, be removed from his Office. And every Commissioned Officer, who shall be deposed from his Office in the Militia for Neglect of Duty, or other Misdemeanor, as by this Act is provided, shall receive no Benefit from any Commission, which he shall be thus incapacitated to execute to exempt him from Military Duty.

8. And be it further enacted, That the Clerk of each and every company of said Militia, shall once every six months after the Time of his Choice or Appointment, take an exact List of his Company, and of each Man's Equipments respectively, and present the same to the Captain or commanding Officer thereof ; a Copy whereof the Captain or commanding Officer of said Company, shall immediately deliver to the Colonel or commanding Officer of the Regiment he belongs to ; and the Colonel shall without delay return the Number therein contained to the Major General, and he shall forthwith return the same to the Council.—

9. And be it further enacted by the Authority aforesaid, That when the Captain or commanding Officer of any Company of Militia in this Colony, shall choose to call his Company together, or shall be ordered by his Superior Officer to do it, to examine their Arms, or instruct them in the Exercises, which from Time to Time shall by the General Court be ordered for them, he shall notify and warn them of the Time and Place of Meeting, in such manner as his Colonel shall appoint therefor, and each and every Company shall be mustered eight Times a Year at least, including their Regimental Musters.

10. And be it further enacted, that if the commanding Officer of any Regiment shall neglect to call his Regiment together at

83

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 65 of 128

C H A P.    CCXLII.    <small>See in general</small>

\* *An ACT for the regulating, training, and arraying of the Militia, and for providing more effectually for the Defence and Security of the State.*

Paſſed Jan. 8, 1781.

**Preamble.** WHEREAS the ſeveral Laws heretofore made for the Government of the Militia, and for the Purpoſe of directing the internal Force of the State to the Preſervation and Safety of the ſame, have been found inadequate to theſe important Purpoſes, and have become, from their Number and Diverſity, difficult to be underſtood and executed; Therefore,

**Militia, how to be divided.** *Sect.* 1. BE IT ENACTED *by the Council and General Aſſembly of this State, and it is hereby Enacted by the Authority of the ſame,* That, from and after the Publication of this Act, the Militia of this State ſhall be divided into three Brigades, as follows: The Militia of the Counties of *Bergen, Eſſex, Morris, Suſſex,* and of thoſe Parts of the Counties of *Middleſex* and *Somerſet* lying on the Northern and Eaſtern Side of *Raritan* River, and of the South Branch of the ſame, ſhall compoſe the upper Brigade; the Militia of the Counties of *Monmouth, Hunterdon* and *Burlington,* and of thoſe Parts of the Counties of *Middleſex* and *Somerſet* lying on the Southern and Weſtern Side of the ſaid River *Raritan,* and of the South Branch of the ſame, ſhall compoſe the middle Brigade; and the Militia of the Counties of *Glouceſter, Salem, Cape-May* and *Cumberland,* ſhall compoſe the lower Brigade.

**Brigades, by whom to be commanded.** 2. AND BE IT FURTHER ENACTED, That each Brigade ſhall be commanded by a Brigadier or Colonel Commandant, who ſhall be the eldeſt Colonel, and if there is no Colonel, the eldeſt Lieutenant-Colonel of the Regiments which compoſe the Brigade, to be determined by the Date of their ſeveral Commiſſions; which Brigadiers, Colonels, or Lieutenant-Colonels Commandant, ſhall be empowered to appoint a Major of Brigade, to rank as Major of the Militia, and receive Pay on the Certificate of his Brigadier, Colonel or Lieutenant-Colonel Commandant.

**Regiments, how to be officered.** 3. AND BE IT FURTHER ENACTED, That each Regiment or Battalion ſhall be officered with one Lieutenant-Colonel (except where a Colonel is already appointed) and one Major; and alſo with an Adjutant, who ſhall be taken from the Line, and rank as Firſt Lieutenant, and when in Service be entitled to the Pay and Rations of a Captain; one Quartermaſter, who ſhall alſo be taken from the Line, rank with Lieutenants, and receive like Pay and Rations when in Service; and when Circumſtances will admit, a Surgeon; which Regimental Staff-Officers ſhall be appointed by the Field Officers or a Majority of them; and the Commanding Officer of each Regiment or Battalion ſhall appoint a Sergeant-Major. **Proviſo.** PROVIDED ALWAYS, That where two Majors have been heretofore appointed and commiſſioned in any Regiment or Battalion both ſhall be continued, but Vacancies happening in the Office of Second Major, ſhall not hereafter be ſupplied.

4. AND

\* See a Supplement to this Act. Chap. CCCXIX.

259. N. J.—*General Assembly, Trenton; A & L, P. Wilson, 1784; Act, Jan. 8, 1781, pp. 166–181.*

67

Digitized by Google    Original from HARVARD UNIVERSITY

Generated on 2022-07-12 01:53 GMT / https://hdl.handle.net/2027/hvd.32044032422651
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

170 ACTS passed V. INDEPENDENCE, *A. D.* 1781.

*Days of muftering in Companies.* 14. AND BE IT FURTHER ENACTED, That each Company shall affemble, properly armed and accoutred, not later than ten o'Clock in the Forenoon of the firft *Monday* in the Months of *April* and *September* every Year, at fuch Place as the Commanding Officer of the Company fhall appoint, and there fpend the Remainder of the Day in Training and Exercife, and that the Penalty in cafe of Abfence fhall be as follows : On a Captain, *Three Pounds ;* on a Lieutenant or Enfign, *Forty Shillings ;* on a Non-commiffioned Officer or Private, any Sum not under *Five Shillings* nor more than *Forty Shillings ;* and in due Proportion for attending later than the Hour above limited.

*Penalty in cafe of Abfence.*

*Days of Regimental Mufters.* 15. AND BE IT FURTHER ENACTED, That each Regiment or Battalion fhall affemble, properly armed and accoutred, twice in a Year, *videlicet,* On the firft *Monday* in *June* and *November,* at fuch Hour and Place as the Field Officers, or a Majority of them, fhall appoint, for the Purpofe of Training and Exercife ; and the Colonel or Commanding Officer, after parading his Regiment or Battalion, fhall require from the Captain or Commanding Officer of each Company a Return of the commiffioned and Non-commiffioned Officers and Privates of his Company, and a State of their Arms, Accoutrements, and Ammunition ; and if the Captain or Commanding Officers of Companies fhall neglect or refufe to make fuch Return, they fhall forfeit for each Neglect or Refufal the Sum of *Six Pounds ;* and the Penalty in cafe of Abfence on the Day of Regimental Training or Review fhall be as follows : On a Colonel or Lieutenant-Colonel Commandant, *Ten Pounds ;* on a Lieutenant-Colonel, *Eight Pounds ;* on a Major, *Six Pounds ;* on a Captain or Adjutant, *Five Pounds ;* on a Lieutenant, Quartermafter, or Enfign, *Three Pounds ;* on Non-commiffioned Officers and Privates, any Sum not lefs than *Ten Shillings* nor more than *Three Pounds ;* and in due Proportion for attending later than the Hour fpecified in the Order for Meeting ; to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That if the local Situation of the Companies compofing any Regiment or Battalion be fuch as may render it inconvenient to affemble the Whole at the fame Time and Place, it fhall and may be lawful for the Field-Officers, or a Majority of them, to affemble fuch Regiment or Battalion by Parts, at different Times, and in different Places, each Part being affembled twice in a Year.

*Returns of Companies to be required and made.*

*Forfeitures.*

*Provifo.*

*Returns of Regiments to be made and when, and Penalties for Neglect.* 16. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion fhall make Returns of his Regiment or Battalion, and of the State of their Arms, Accoutrements and Ammunition, in the Months of *July* and *December,* yearly, and every Year, to the Brigadier or Commanding Officer of the Brigade to which fuch Regiment may belong, under the Penalty of *Twenty Pounds,* and fhall alfo make Return in the faid Months, of the State of the Magazines of Arms, Accoutrements and Ammunition belonging to his Regiment or Battalion, to the Keeper of the Magazine or Commiffary of Military Stores of the State for the Time being, under the Penalty of *Twenty Pounds ;* and the Brigadier or Commanding Officer of each Brigade fhall make Return of his Brigade to the Major-General, in the Months of *January* and *Auguft,* every Year, under the Penalty of *Twenty-five Pounds ;* and the Major-General fhall make Returns to the Governor or Commander in Chief of the State, in the Months of *February* and *September,* every Year, under the Penalty of *Fifty Pounds* for each Default: Which

*Of Brigades.*

*Of the Whole of the Militia.*

feveral

71

Generated on 2022-07-12 01:55 GMT / https://hdl.handle.net/2027/hvd.32044032422651
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google



## WILLIAM LIVINGSTON, Esquire, Governor. 171

several Penalties shall be recovered from the Officer whose Duty it was to make the Return, by a Justice of the Peace of the County where the Offender may reside, at the Instance of the Officer to whom the Returns in the above Cases are directed to be made, and paid to the Treasurer of the Regiment within the Bounds of which the Offender may reside.

17. AND BE IT FURTHER ENACTED, That if any Field or other Commissioned Officer, or Staff-Officer, at any Regimental Review or Company Training, or on any other Occasion, when the Regiment, Battalion or Company to which he may belong, or in which he holds Command, is paraded in Arms, shall misbehave or demean himself in an unofficer like Manner, he shall for such Offence be cashiered or punished by Fine, at the Discretion of a Brigade or Regimental Court-Martial, as the Case may require, in any Sum not exceeding *Ten Pounds ;* and if any Non-commissioned-Officer or Private shall, on any Occasion of parading the Company to which he may belong, appear with his Arms and Accoutrements in an unfit Condition, be found drunk, disobey Orders, or shall use any abusive Language to his Officers, or any of them, or shall engage in, or promote, Quarrels among his Fellow-Soldiers, he shall be punished by Fine in any Sum not under *Five Shillings* nor above *Three Pounds,* or be disarmed and put under Guard, by Order of the Commanding Officer present until the Company is dismissed.

*Officers or Privates misbehaving on Parade, how to be punished.*

18. AND BE IT FURTHER ENACTED, That if the Colonel or Commanding Officer of any Regiment or Battalion shall neglect or refuse to give Orders for assembling his Regiment or Battalion, on any necessary Call of the Militia into actual Service, at the Direction of his Brigadier, Colonel or Lieutenant-Colonel Commandant of the Brigade, he shall be cashiered or punished by Fine, at the Discretion of a Brigade Court-Martial, in any Sum not exceeding *Fifty Pounds,* to be recovered and applied as herein after is directed ; and if the Captain or Commanding Officer of any Company shall, on any Occasion where it may be necessary as aforesaid, neglect or refuse to give Orders for assembling his Company, at the Direction of the Colonel or Commanding Officer of the Regiment or Battalion to which such Company belongs, he shall be cashiered or punished by Fine, at the Discretion of a Regimental Court-Martial, in any Sum not exceeding *Thirty Pounds,* to be recovered and applied as herein after is directed ; and if any Sergeant or Corporal shall neglect or refuse to warn the Company to which he may belong, on any Occasion when it may be necessary, agreeably to the Orders of the Captain or Commanding Officer thereof, he shall be subject to be fined in any Sum not exceeding *Five Pounds,* to be recovered and applied as herein after is directed ; and every Non-commissioned Officer, whilst engaged in warning the Company to which he belongs, shall receive *Three Shillings and Nine-pence* by the Day, for the Time he may be necessarily engaged in said Service.

*Disobedience of Orders for assembling Militia, how to be punished.*

*Wages for warning the Company.*

19. AND BE IT ENACTED, That the Captain or Commanding Officer of each Company shall at all Times keep a true List of his Company, divided into eight Classes, as nearly equal as possible, and reckoned from one to eight numerically, allotting to each Class a Sergeant or a Corporal, which Classes shall perform Duty in Rotation ; a Copy of which List, divided into Classes, the Captain or Commanding Officer of the Company is required to transmit to the Commanding Officer of the

*Companies to be classed.*

72

Generated on 2022-07-12 01:55 GMT / https://hdl.handle.net/2027/hvd.32044032422651
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

Original from
HARVARD UNIVERSITY

States or from this or any other of the United States, on affidavit of such service to be read and filed in court, such counsellor, solicitor or attorney shall be restored to his full priviledges any thing in this act contained to the contrary in any wise notwithstanding.

=======

# CHAP. 13.

See also original
pp. 158, 159.

AN ACT further to amend <u>an act entitled An act for regulat-</u>
  <u>ing the militia of the State of New York, and other purposes</u>
  <u>therein mentioned.</u>

PASSED the 9th of October, 1779.

WHEREAS experience and the present exigences have shewn the said law to be defective in many instances which require a remedy. *Preamble.*

*Be it therefore enacted by the People of the State of New York represented in Senate and Assembly and it is hereby enacted by the authority of the same,* as follows, that is to say.

*First* That an adjutant general be appointed by the council of appointment of this State, and commissioned as by the constitution thereof is directed with respect to militia officers, that he shall do and perform in and relating to the militia of this State all the duties and services appertaining to the office of adjutant general, and shall from time to time obey and execute the orders of the commander in chief of the militia for the time being respecting the said militia, be entitled to such rank as he might have been entitled to in consequence of any commission which he may have held under the United States or this State and as such may be employed on command. And for his services in the said office shall have and receive Continental pay and rations as a colonel, which allowance shall be made to him only for the time he shall be in actual service in his said office to be certified by the commander in chief of the militia for the time being and on such certificate the same shall be paid by the treasurer of this State out of any money in the treasury *Adjutant general, appointment and duties of.* *Pay and rations.*

*Secondly.* — That as soon as an adjutant general shall be appointed returns every three months shall be made of the men, arms, ammunition, accoutrements and other equipments required by the said law from every brigade and unbrigaded regiment, to the adjutant general, that is to say from every brigade by the major of brigade, and from every unbrigaded regiment by the adjutant of the regiment. All which returns shall first respectively be certified by the several commanding officers of brigades and unbrigaded regiments, to be just and true returns of the several corps by them respectively commanded; And each of the said returning officers shall from time to time be paid his necessary travelling expences in going to the adjutant general with his returns and in returning home. And to enable the making of brigade returns each adjutant of the regiment and captain of exempts shall make the like returns to the brigadier general or colonel commandant and the returns of brigaded regiments shall first be certified in manner aforesaid by their several and respective commanding officers. *Returns to be made to.*

Provided always that such returns hereby required of companies of exempts shall not deprive them except in the instance of returns of any exemptions given them by the said law; nor be construed in other respects to subject them to the command of the brigadier general or colonel commandant within the compass of whose brigade they may *Proviso as to returns of exempts.*

526. N. Y.—*General Assembly; Laws, Vol. 1, Weed and Parsons, 1886; Act, Oct. 9, 1779, pp. 157-159.*          **283**


Digitized by Google          Original from
HARVARD UNIVERSITY

Generated on 2022-07-12 02:23 GMT / https://hdl.handle.net/2027/hvd.32044083242669
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

*Militia.*

4o2

See in general and
especially original
pp. 422, 423, 430,
and following

Court proper to try the fame ; one moiety
thereof to the ufe of the perfon who fhall
fue for the fame, and the other moiety to and
for the ufe of the State.

*Officers to profe-
cute for the fame.*

Sec. 2. *And be it further enacted*, That
it fhall be the duty of the officers from
whom any fines, forfeitures or penalties may
i withholden or detained, to collect the
fame in the due courfe of law, and to profe-
cute for the breaches of this act in manner
aforefaid.

*Juftices to make
return of fines to
the General-
Treafurer.*

Sec. 3. *And be it further enacted*, That
every Juftice of the Peace and Warden fhall
annually, at the May feffion of the General
Affembly, make return to the General-Trea-
furer whether he hath collected any fines
due to the State during the laft year, and
until that time, and the amount and circum-
ftances of fuch fines, if any, by him collected,
and fhall pay over the fame to the General-

*On neglect, ren-
dered ineligible.*

Treafurer ; and that if any Juftice of the
Peace or Warden fhall neglect to make re-
turn as aforefaid, or fhall neglect to pay over
the fines by him collected, he fhall be ineligi-
ble to the faid office of Juftice of the Peace
or Warden.

---

1718.
1736.
1740. *Pre-
amble.*
1744.
1745.
1754.
1755.
1756.
1758.
1767.
1774.

*An Act to organize the Militia of this State.*

WHEREAS by the Conftitution of the
United States, the Congrefs have
power to provide for organizing, arming
and difciplining the militia, and for govern-
ing fuch part of them as may be employed
in the fervice of the United States ; referv-
ing to the States refpectively the appoint-
ment of the officers, and the authority of
training the militia according to the difci-
pline

465. R. I.—*General Assembly; Pub. Laws, Carter & Wilkinson, 1798; Act,
reenacted Jan. 1798 with marginal annotations including 1718, 1736, 1740,
1744, 1745, 1754, 1755, 1756, 1758, 1767, 1774, pp. 422–442.*

215

A055


Digitized by Google

Original from
HARVARD UNIVERSITY

*Militia.* 429

be wounded or difabled while in actual fervice, he fhall be taken care of and provided for at the public expence.

10. *And be it further enacted*, That it fhall be the duty of the Brigade Infpector to attend the regimental and battalion meetings of the militia compofing their feveral brigades, during the time of their being under arms; to infpect their arms, ammunition and accoutrements; fuperintend their exercife and manœuvres, and introduce the fyftem of military difcipline before defcribed throughout the brigade, agreeable to law, and fuch orders as they fhall, from time to time, receive from the Commander in Chief of the State; to make returns to the Adjutant-General of the State, at leaft once in every year, of the militia of the brigade to which he belongs, reporting therein the actual fituation of the arms, accoutrements and ammunition of the feveral corps, and every other thing which in his judgment may relate to their government, and the general advancement of good order, and military difcipline; and the Adjutant-General fhall make a return of all the militia of the State to the Commander in Chief of the faid State, and a duplicate of the fame to the Prefident of the United States. {.small}Brigade Infpector, his duty.{/small}

And whereas fundry corps of artillery, cavalry and infantry, now exift in feveral of the faid States, which by the laws, cuftoms or ufages thereof, have not been incorporated with, or fubject to, the general regulations of the militia: {.small}Independent companies.{/small}

11. *Be it further enacted*, That fuch corps retain their accuftomed privileges, fubject neverthelefs to all other duties required
by

222

Generated on 2022-07-13 04:15 GMT / https://hdl.handle.net/2027/hvd.32044032422693
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google          Original from HARVARD UNIVERSITY

**476**        **LAWS OF VIRGINIA,**

[Ch. LXVI in original.]

## CHAP. XXVII.

### An act to continue an act, intituled An act to revive and amend in part an act, intituled an act for giving further time to enter certificates for settlement rights, and for locating warrants upon pre-emption rights, and for other purposes.

**Further time allowed to enter certificates for settlement rights, and locate warrants, on pre-emption rights.**

**I.** IT being represented to this present general assembly, that many people within this commonwealth have not received the benefit of an act of the last session of assembly, intituled "An act to revive and amend in part an act, intituled an act for giving further time to enter certificates for settlement rights, and for locating warrants upon pre-emption rights, and for other purposes;"

**II.** *Be it enacted,* That the said act be, and is hereby continued, until the first day of June, one thousand seven hundred and eighty five, and no longer.

See also original p. 477

[Ch. LXVII in original.]

## CHAP. XXVIII.

### An act for amending the several laws for regulating and disciplining the militia, and guarding against invasions and insurrections.

**Preamble.**

**I.** WHEREAS the defence and safety of the commonwealth depend upon having its citizens properly armed and taught the knowledge of military duty, and the different laws heretofore enacted being found inadequate to such purposes, and in order that the same may be formed into one plain and regular system;

**Who shall be enrolled in the militia.**

**II.** *Be it enacted,* That all free male persons between the ages of eighteen and fifty years, except the members

436. Va.—*General Assembly, Richmond; Va. Laws, W. Hening, Vol. 11, 1823; Act, Oct. 18, 1784, pp. 476–494.*

**422**

Generated on 2022-07-12 01:45 GMT / https://hdl.handle.net/2027/hvd.32044032422719
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by        Original from HARVARD UNIVERSITY

by the commanding officers of regiments or companies, as the case may be. So help me God." Every captain or commanding officer of a company shall, within ten days after every regimental and general muster, make up and report to the commanding officer of his regiment, a return of his company, including all arms, ammunition, and accoutrements, by this act directed, distinguishing effective and good from non-effective and bad, noting therein such as have died, removed, been exempted or added, and all persons within the bounds of his company not on his roll, who ought to be enrolled. The commanding officer of each regiment shall, within fifteen days after every general muster, make the like return to the commanding officer of the county, who shall, within forty days thereafter, make the like return of the whole of his militia, to the governor. The militia of this commonwealth as now organized, shall be disbanded, and all officers of the same are exonerated from all pains and penalties for non-performance of their duties heretofore prescribed, except the duties prescribed by the act for the better collection of the one-eighth per cent. tax, and the penalties for failure therein. And for providing for the appointments of the officers and others by this act described; *(margin: Company returns. Regimental returns.)*

III. *Be it further enacted*, That the governor, with the advice of council, shall, on or before the first day of April next, appoint in each county within this commonwealth, the most able and fit persons who shall be willing to accept the same, to be county lieutenant, and the necessary regimental field officers, according to the number of militia on the present returns, and immediately issue commissions accordingly. Each county lieutenant and other field officer, shall, at the first or second court to be held in ther county after receiving such commissions, take the oath by this act directed. Every county lieutenant shall within one month after having taken such oath, summon all the field officers of his county, and an equal number of the senior magistrates, not being militia officers, to meet at the court-house, to form a board, at which he shall preside, and with them, or a majority of the said field officers and magistrates, respectively, each having taken the following oath, to be administered by one of the magistrates to the other members, and then by another magistrate to him, viz. *(margin: Field officers to be appointed by executive. Captains and subalterns to be recommended by a board of officers and senior magistrates, to the executive & commissioned.)*

" I———, do swear, that I will truly and faithfully


Digitized by Google

A058

Original from
HARVARD UNIVERSITY

 

DATE DOWNLOADED: Fri Jul  1 00:46:00 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1792/1793. Thorpe appends the amendment ratified
5 February 1802 to the text. [5] (1793)   Article III

ALWD 7th ed.
, , [5] .

Chicago 17th ed.
"," The Constitution of Delaware - 1792 : [5]-[7]


AGLC 4th ed.
'' The Constitution of Delaware - 1792 [5].

OSCOLA 4th ed.
'' [5]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

committee, consisting of one-third of all the members of each branch of the legislature, to be selected by ballot of the houses respectively; every person of the committee shall take an oath or affirmation that in determining the said election he will faithfully discharge the trust reposed in him; and the committee shall always sit with open doors.

Sec. 3. The governor shall hold his office during three years from the third Tuesday of January next ensuing his election, and shall not be capable of holding it longer than three in any term of six years.

Sec. 4. He shall be at least thirty years of age, and have been a citizen and inhabitant of the United States twelve years next before the first meeting of the legislature after his election, and the last six of that term an inhabitant of this State, unless he shall have been absent on the public business of the United States or of this State.

Sec. 5. No member of Congress, nor person holding any office under the United States, or this State, shall exercise the office of governor.

Sec. 6. The governor shall, at stated times, receive for his services an adequate salary, to be fixed by law, which shall be neither increased nor diminished during the period for which he shall have been elected.

Sec. 7. He shall be commander-in-chief of the army and navy of this State, and of the militia, except when they shall be called into the service of the United States.

Sec. 8. He shall appoint all officers whose offices are established by this constitution, or shall be established by law, and whose appointments are not herein otherwise provided for; but no person shall be appointed to an office within a county who shall not have a right to vote for representatives, and have been an inhabitant therein one year next before his appointment, nor hold the office longer than he continues to reside in the county. No member of Congress, nor any person holding or exercising any office under the United States, shall at the same time hold or exercise the office of judge, treasurer, attorney-general, secretary, clerk of the supreme court, prothonotary, register for the probate of wills and granting letters of administration, recorder, sheriff, or any office under this State, with a salary by law annexed to it, or any other office which the legislature shall declare incompatible with offices or appointments under the United States. No person shall hold more than one of the following offices at the same time, to wit, treasurer, attorney-general, clerk of the supreme court, prothonotary, register, or sheriff. All commissions shall be in the name of the State, shall be sealed with the great seal, and be signed and tested by the governor.

Sec. 9. He shall have power to remit fines and forfeitures, and to grant reprieves and pardons, except in cases of impeachment.

Sec. 10. He may require information in writing from the officers in the executive department, upon any subject relating to the duties of their respective offices.

Sec. 11. He shall from time to time give to the general assembly information of affairs concerning the State, and recommend to their consideration such measures as he shall judge expedient.

Sec. 12. He may, on extraordinary occasions, convene the general assembly; and in case of disagreement between the two houses with respect to the time of adjournment, adjourn them to such time as he shall think proper, not exceeding three months.

Sec. 13. He shall take care that the laws be faithfully executed.

Sec. 14. On the death or resignation of the governor, or his removal




DATE DOWNLOADED: Fri Jul  1 01:02:39 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1789, with the amendments of 16 May 1795
appended. [3] (2015)   Article II

ALWD 7th ed.
, , [3] .

Chicago 17th ed.
"," The Constitution of Georgia 1789 : [3]-[4]


AGLC 4th ed.
'' The Constitution of Georgia 1789 [3]

OSCOLA 4th ed.
'' [3]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

788                    *Georgia—1789*

ing the period for which he shall be elected; neither shall he receive, within that period, any other emolument from the United States, or any of them, or from any foreign power. Before he enters on the execution of his office he shall take the following oath or affirmation: " I do solemnly swear (or affirm, as the case may be) that I will faithfully execute the office of governor of the State of Georgia, and will, to the best of my abilities, preserve, protect, and defend the said State, and cause justice to be executed in mercy therein, according to the constitution and laws of the same."

SEC. 6. He shall be commander-in-chief in and over the State of Georgia, and of the militia thereof.

SEC. 7. He shall have power to grant reprieves for offences against the State, except in cases of impeachment, and to grant pardons, in all cases after conviction, except for treason or murder, in which cases he may respite the execution, and make a report thereof to the next general assembly, by whom a pardon may be granted.

SEC. 8. He shall issue writs of election to fill up all vacancies that happen in the senate or house of representatives, and shall have power to convene the general assembly on extraordinary occasions, and shall give them, from time to time, information of the state of the republic, and recommend to their consideration such measures as he may deem necessary and expedient.

SEC. 9. In case of a disagreement between the senate and house of representatives, with respect to the time to which the general assembly shall adjourn, he may adjourn them to such time as he may think proper.

SEC. 10. He shall have the revision of all bills passed by both houses, before the same shall become laws; but two-thirds of both houses may pass a law, notwithstanding his dissent, and, if any bill should not be returned by the governor within five days after it hath been presented to him, the same shall be a law, unless the general assembly, by their adjournment, shall prevent its return.

SEC. 11. The great seal of the State shall be deposited in the office of the secretary, and it shall not be affixed to any instrument of writing without it be by order of the governor or general assembly; and the general assembly may direct the great seal to be altered.

## ARTICLE III

SECTION 1. A superior court shall be held in each county twice in every year; in which shall be tried, and brought to final decision, all causes, civil and criminal, except such as may be subject to a Federal court, and such as may, by law, be referred to inferior jurisdiction.

SEC. 2. The general assembly shall point out the mode of correcting errors and appeals, which shall extend so far as to empower the judges to direct a new trial by jury within the county where the action originated, and which shall be final.

SEC. 3. Courts-merchant shall be held as heretofore, subject to such regulations as the general assembly may by law direct.

SEC. 4. All causes shall be tried in the county where the defendant resides except in cases of real estate, which shall be tried in the county where such estate lies, and in criminal cases, which shall be tried in the county where the crime shall be committed.




DATE DOWNLOADED: Fri Jul 1 01:36:55 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1780. 15 (1780)   The Legislative Power

ALWD 7th ed.
, The Legislative Power, 15 .

Chicago 17th ed.
"The Legislative Power," A Constitution, or Frame of Government, for the Commonwealth
of Massachusetts : 15-28

McGill Guide 9th ed.
"The Legislative Power" 15.


AGLC 4th ed.
'The Legislative Power' A Constitution, or Frame of Government, for the Commonwealth
of Massachusetts 15

MLA 9th ed.
"The Legislative Power." A Constitution, or Frame of Government, for the Commonwealth
of Massachusetts, , , pp. 15-28. HeinOnline.

OSCOLA 4th ed.
'The Legislative Power' 15

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## VIII.

The power of pardoning offences, except such as persons may be convicted of before the Senate by an impeachment of the House, shall be in the Governor, by and with the advice of Council: But no charter of pardon, granted by the Governor, with advice of the Council, before conviction, shall avail the party pleading the same, notwithstanding any general or particular expressions contained therein, descriptive of the offence or offences intended to be pardoned.

## IX.

All Judicial Officers, the Attorney-General, the Solicitor-General, all Sheriffs, Coroners, and Registers of Probate, shall be nominated and appointed by the Governor, by and with the advice and consent of the Council; and every such nomination shall be made by the Governor, and made at least seven days prior to such appointment.

## X.

The captains and subalterns of the militia, shall be elected by the written votes of the trainband and alarm-list of their respective companies, of twenty-one years of age and upwards: The Field Officers of regiments shall be elected by the written votes of the captains and subalterns of their respective regiments: The Brigadiers shall be elected in like manner, by the Field Officers of their respective brigades; and such officers so elected, shall be commissioned by the Governor, who shall determine their rank.

The legislature shall, by standing laws, direct the time and manner of convening the electors,

B006

Digitized from Best Copy Available

 

DATE DOWNLOADED: Fri Jul  1 01:50:08 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original texts of the Declaration of Rights and the Constitution of 1776, with
amendments confirmed November 1792 to 1846 appended. The dates of the amendments
refer to the date of confirmation of the amendment. [10] (2015)   The Constitution,
or Form of Government

ALWD 7th ed.
, , [6] .

Chicago 17th ed.
"," Constitution of Maryland - 1776 : [6]-[16]

AGLC 4th ed.
'' Constitution of Maryland - 1776 [6]

OSCOLA 4th ed.
'' [6]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

1696 *Maryland—1776*

value of one thousand pounds current money, shall be eligible to sit in Congress.

XXVIII. That the Senators and Delegates, immediately on their annual meeting, and before they proceed to any business, and every person, hereafter elected a Senator or Delegate, before he acts as such, shall take an oath of support and fidelity to this State, as aforesaid; and before the election of a governor, or members of the Council, shall take an oath, "elect without favour, affection, partiality, or prejudice, such person as Governor, or member of the Council, as they, in their judgment and conscience, believe best qualified for the office."

XXIX. That the Senate and Delegates may adjourn themselves respectively: but if the two Houses should not agree on the same time, but adjourn to different days, then shall the Governor appoint and notify one of those days, or some day between, and the Assembly shall then meet and be held accordingly; and he shall, if necessary, by advice of the Council, call them before the time, to which they shall in any manner be adjourned, on giving not less than ten days' notice thereof; but the Governor shall not adjourn the Assembly, otherwise than as aforesaid, nor prorogue or dissolve it, at any time.

XXX. That no person, unless above twenty-five years of age, a resident in this State above five years next preceding the election—and having in the State real and personal property, above the value of five thousand pounds, current money, (one thousand pounds whereof, at least, to be freehold estate) shall be eligible as governor.

XXXI. That the governor shall not continue in that office longer than three years successively, nor be eligible as Governor, until the expiration of four years after he shall have been out of that office.

XXXII. That upon the death, resignation, or removal out of this State, of the Governor, the first named of the Council, for the time being, shall act as Governor, and qualify in the same manner; and shall immediately call a meeting of the General Assembly, giving not less than fourteen days' notice of the meeting, at which meeting, a Governor shall be appointed, in manner aforesaid, for the residue of the year.

XXXIII. That the Governor, by and with the advice and consent of the Council, may embody the militia; and, when embodied, shall alone have the direction thereof; and shall also have the direction of all the regular land and sea forces, under the laws of this State, (but he shall not command in person, unless advised thereto by the Council, and then, only so long as they shall approve thereof); and may alone exercise all other the executive powers of government, where the concurrence of the Council is not required, according to the laws of this State; and grant reprieves or pardons for any crime, except in such cases where the law shall otherwise direct; and may, during the recess of the General Assembly, lay embargoes, to prevent the departure of any shipping, or the exportation of any commodities, for any time not exceeding thirty days in any one year—summoning the General Assembly to meet within the time of the continuance of such embargo; and may also order and compel any vessel to ride quarantine, if such vessel, or the port from which she may have come, shall, on strong grounds, be suspected to be infected with the plague; but the Governor shall not, under any pretence, exercise any power or prerogative by virtue of any law, statute, or custom of England or Great Britain.

 

DATE DOWNLOADED: Sat Jul  2 23:22:35 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1776. The Declaration of Rights precedes the
text; the Ordinances adopted by the Congress on 20-23 December 1776 follow it. 980
(2017)   1776. The Declaration of Rights. The Constitution, 1776. Ordinances of the
Convention, 1776

ALWD 7th ed.
, 1776. The Declaration of Rights. The Constitution, 1776. Ordinances of the
Convention, 1776, 977 (1776).

Chicago 17th ed.
"1776. The Declaration of Rights. The Constitution, 1776. Ordinances of the
Convention, 1776," 1776. The Declaration of Rights. The Constitution, 1776.
Ordinances of the Convention, 1776 (1776): 977-1000

McGill Guide 9th ed.
"1776. The Declaration of Rights. The Constitution, 1776. Ordinances of the
Convention, 1776" [1776] 977.

AGLC 4th ed.
'1776. The Declaration of Rights. The Constitution, 1776. Ordinances of the
Convention, 1776' [1776] 1776. The Declaration of Rights. The Constitution, 1776.
Ordinances of the Convention, 1776 977.

MLA 8th ed.
"1776. The Declaration of Rights. The Constitution, 1776. Ordinances of the
Convention, 1776." 1776. The Declaration of Rights. The Constitution, 1776.
Ordinances of the Convention, 1776, , 1776, p. 977-1000. HeinOnline.

OSCOLA 4th ed.
'1776. The Declaration of Rights. The Constitution, 1776. Ordinances of the
Convention, 1776' (1776) 977

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

B009

to be a Council of State for one Year; who shall advise the Governor in the Execution of his Office; and that four Members shall be a Quorum: Their Advice and Proceedings shall be entered in a Journal to be kept for that Purpose only, and signed by the Members present; to any Part of which any Member present may enter his Dissent; and such Journal shall be laid before the General Assembly when called for by them.

Section XVII. That there shall be a Seal of this State, which shall be kept by the Governor, and used by him as occasion may require; and shall be called the Great Seal of the State of North Carolina, and be affixed to all Grants and Commissions.

Section XVIII. That Governor for the Time being, shall be Captain-General and Commander in Chief of the Militia; and in the Recess of the General Assembly, shall have Power, by and with the Advice of the Council of State, to embody the Militia for the public Safety.

Section XIX. That the Governor for the Time being, shall have Power to draw for and apply such Sums of Money as shall be voted by the General Assembly for the Contingencies of Government, and be accountable to them for the same; He also may, by and with the Advice of the Council of State, lay Embargoes, or prohibit the Exportation of any Commodity for any Term not exceeding thirty Days at any one Time, in the Recess of the General Assembly; and shall have the Power of granting Pardons and Reprieve., except where the Prosecution shall be carried on by the General Assembly, or the Law shall otherwise direct; in which Case he may, in the Recess, grant a Reprieve until the next Sitting of the General Assembly: And may exercise all other executive Powers of Government limited and restrained as by this Constitution is mentioned, and according to the Laws of the State: And on his Death, Inability, or Absence from the State, the Speaker of the Senate for the Time being, and in Case of his Death, Inability, or Absence from the State, the Speaker of the House of Commons shall exercise the Powers of the Governor, after such Death, or during such Absence or Inability of the Governor or Speaker of the Senate, or until a new Nomination is made by the General Assembly.

Section XX. That in every Case where any Officer, the Right of whose Appointment is by this Constitution vested in the General Assembly, shall during their Recess die, or his Office by other Means become vacant, the Governor shall have Power, with the Advice of the Council of State, to fill up such Vacancy by granting a temporary Commission, which shall expire at the End of the next Session of the General Assembly.

Section XXI. That the Governor, Judges of the Supreme Courts of Law and Equity, Judges of Admiralty, and Attorney-General, shall have adequate Salaries during their Continuance in Office.

Section XXII. That the General Assembly shall, by joint Ballot of both Houses, annually appoint a Treasurer or Treasurers for this State.

Section XXIII. That the Governor and other Officers offending against the State, by violating any Part of this Constitution, Mal-Administration or Corruption, may be prosecuted on the Impeachment of the General Assembly, or Presentment of the Grand-Jury of any Court of Supreme Jurisdiction in this State.

Section XXIV. That the General Assembly shall, by joint Ballot of both Houses, triennially appoint a Secretary.

Section XXV. That no Persons who heretofore have been, or hereafter may be, Receivers of Public Monies, shall have a Seat in either House of General Assembly, or be eligible to any office in this State, until such Person




DATE DOWNLOADED: Sat Jul  2 22:58:13 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1783/1784. [13] (1784)   Form of Government, The

ALWD 7th ed.
, Form of Government, The, [7] .

Chicago 17th ed.
"Form of Government, The," A Constitution, containing a Bill of Rights, and Form of
Government, Agreed upon by the Delegates of the people of the State of New-Hampshire,
in Convention, held at Concord, on the first Tuesday of June, 1783; submitted to, and
approved of, by the people of said State; and established by their Delegates in
Convention, October 31, 1783. : [7]-[24]

McGill Guide 9th ed.
"Form of Government, The" [7].


AGLC 4th ed.
'Form of Government, The' A Constitution, containing a Bill of Rights, and Form of
Government, Agreed upon by the Delegates of the people of the State of New-Hampshire,
in Convention, held at Concord, on the first Tuesday of June, 1783; submitted to, and
approved of, by the people of said State; and established by their Delegates in
Convention, October 31, 1783. [7]

MLA 9th ed.
"Form of Government, The." A Constitution, containing a Bill of Rights, and Form of
Government, Agreed upon by the Delegates of the people of the State of New-Hampshire,
in Concord, on the first Tuesday of June, 1783; submitted to, and
approved of, by the people of said State; and established by their Delegates in
Convention, October 31, 1783., , , pp. [7]-[24]. HeinOnline.

OSCOLA 4th ed.
'Form of Government, The' [7]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

( 23 )

enterprize and means, all and every such person and persons as shall, at any time hereafter, in a hostile manner, attempt or enterprize the destruction, invasion, detriment, or annoyance of this state; and to use and exercise over the army and navy, and over the militia in actual service, the law-martial in time of war, invasion, and also in rebellion, declared by the legislature to exist, as occasion shall necessarily require : and surprize by all ways and means whatsoever, all and every such person or persons, with their ships, arms, ammunition, and other goods, as shall in a hostile manner invade, or attempt the invading, conquering, or annoying this state: and in fine, the president hereby is entrusted with all other powers incident to the office of captain-general and commander in chief, and admiral, to be exercised agreeably to the rules and regulations of the constitution, and the laws of the land : provided that the president shall not at any time hereafter, by virtue of any power by this constitution granted, or hereafter to be granted to him by the legislature, transport any of the inhabitants of this state, or oblige them to march out of the limits of the same, without their free and voluntary consent, or the consent of the general court, nor grant commissions for exercising the law-martial in any case, without the advice and consent of the council.

The power of pardoning offences, except such as persons may be convicted of before the senate by impeachment of the house, shall be in the president by and with the advice of the council : but no charter of pardon granted by the president with advice of council, before conviction, shall avail the party pleading the same, notwithstanding any general or particular expressions contained therein, descriptive of the offence or offences intended to be pardoned.

All judicial officers, the attorney-general, solicitor-general, all sheriffs, coroners, registers of probate, and all officers of the navy, and general and field-officers of the militia, shall be nominated and appointed by the president and council ; and every such nomination shall be made at least seven days prior to such appointment, and no appointment shall take place, unless three of the council agree thereto. The captains and subalterns in the respective regiments shall be nominated and recommended by the field-officers to the president, who is to issue their commissions immediately on receipt of such recommendation.

No officer duly commissioned to command in the militia, shall be removed from his office, but by the address of both houses to the president, or by fair trial in court-martial, pursuant to the laws of the state for the time being.

The commanding officers of the regiments shall appoint their adjutants

B012

Digitized from Best Copy Available




DATE DOWNLOADED: Fri Jul  1 00:27:42 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1776. [1] (1776)   Constitution of New Jersey

ALWD 7th ed.
, Constitution of New Jersey, [1] .

Chicago 17th ed.
"Constitution of New Jersey," Constitution of New-Jersey. : [1]-[8]

McGill Guide 9th ed.
"Constitution of New Jersey" [1].


AGLC 4th ed.
'Constitution of New Jersey' Constitution of New-Jersey. [1]

MLA 9th ed.
"Constitution of New Jersey." Constitution of New-Jersey., , , pp. [1]-[8].
HeinOnline.

OSCOLA 4th ed.
'Constitution of New Jersey' [1]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Houſe of Aſſembly ſhall always immediately after an Adjournment give Notice to the Governor or Vice-Preſident of the Time and Place to which the Houſe is adjourned.

**Governor, how to be choſen.**

VII. THAT the Council and Aſſembly jointly at their firſt Meeting, after each annual Election, ſhall, by a Majority of Votes, elect ſome fit Perſon within the Colony to be a Governor for one Year, who ſhall be conſtant Preſident of the Council, and have a caſting Vote in their Proceedings; and that the Council themſelves ſhall chooſe a Vice-Preſident, who ſhall act as ſuch in the Abſence of the Governor.

**Power veſted in him.**

VIII. THAT the Governor, or, in his Abſence, the Vice-Preſident of the Council, ſhall have the ſupreme executive Power, be Chancellor of the Colony, and act as Captain-General and Commander in Chief of all the Militia, and other military Force in this Colony; and that any three or more of the Council ſhall, at all Times, be a Privy Council to adviſe the Governor in all Caſes where he may find it neceſſary to conſult them; and that the Governor be Ordinary or Surrogate-General.

**Court of Appeals.**

IX. THAT the Governor and Council (ſeven whereof ſhall be a Quorum) be the Court of Appeals in the laſt Reſort in all Cauſes of Law as heretofore; and that they poſſeſs the Power of granting Pardons to Criminals after Condemnation in all Caſes of Treaſon, Felony or other Offences.

**Militia Officers, how choſen.**

X. THAT Captains, and all other Inferior Officers of the Militia, ſhall be choſen by the Companies in the reſpective Counties; but Field and General Officers by the Council and Aſſembly.

**Great Seal, by whom made.**

XI. THAT the Council and Aſſembly ſhall have Power to make the Great Seal of this Colony, which ſhall be kept by the Governor, or, in his Abſence, by the Vice-Preſident of the Council, to be uſed by them as Occaſion may require; and it ſhall be called *The Great Seal of the Colony of* New-Jerſey.

**Supreme Judges, &c. their Continuance in Office;**

XII. THAT the Judges of the Supreme Court ſhall continue in Office for ſeven Years, the Judges of the Inferior Court of Common Pleas in the ſeveral Counties, Juſtices of




DATE DOWNLOADED: Fri Jul 1 00:20:25 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1777 [10] (1777)   Original Text of the
Constitution of 1777

ALWD 7th ed.
, , [1] .

Chicago 17th ed.
"," Constitution of New York - 1777, In Convention of the Representatives of the
State of New York, Kingston, 20th April 1777. : [1]-[17]

AGLC 4th ed.
" Constitution of New York - 1777, In Convention of the Representatives of the State
of New York, Kingston, 20th April 1777. [1]

OSCOLA 4th ed.
" [1]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

ordain, determine, and declare, that no member of this state shall be disfranchised, or deprived of any the rights or privileges secured to the subjects of this State by this constitution, unless by the law of the land, or the judgment of his peers.

XIV. That neither the assembly or the senate shall have the power to adjourn themselves, for any longer time than two days, without the mutual consent of both.

XV. That whenever the assembly and senate disagree, a conference shall be held, in the preference of both, and be managed by committees, to be by them respectively chosen by ballot. That the doors, both of the senate and assembly, shall at all times be kept open to all persons, except when the welfare of the State shall require their debates to be kept secret. And the journals of all their proceedings shall be kept in the manner heretofore accustomed by the general assembly of the colony of New York; and except such parts as they shall, as aforesaid, respectively determine not to snake public be from day to day (if the business of the legislature will permit) published.

XVI. It is nevertheless provided, that the number of senators shall never exceed one hundred, nor the number of the assembly three hundred; but that whenever the number of senators shall amount to one hundred, or of the assembly to three hundred, then and in such case the legislature shall, from time to time thereafter, by laws for that purpose, apportion and distribute the said one hundred senators and three hundred representatives among the great districts and counties of this State, in proportion to the number of their respective electors; so that the representation of the good people of this State, both in the senate and assembly, shall forever remain proportionate and adequate. [11]

XVII. And this convention doth further, in the name and by the authority of the good people of this State, ordain, determine, and declare that the supreme executive power and authority of this State shall be vested in a governor; and that statedly, once in every three years, and as often as the seat of government shall become vacant, a wise and discreet freeholder of this State shall be, by ballot, elected governor, by the freeholders of this State, qualified, as before described, to elect senators; which elections shall be always held at the times and places of choosing representatives in assembly for each respective county; and that the person who hath the greatest number of votes within the said State shall be governor thereof.

XVIII. That the governor shall continue in office three years, and shall, by virtue of his office, be general and commander-in-chief of all the militia, and admiral of the navy of this State; that he shall have power to convene the assembly and senate on extraordinary occasions; to prorogue them from time to time, provided such prorogations shall not exceed sixty days in the space of any one year; and, at his discretion, to grant reprieves and pardons to persons convicted of crimes, other than treason or murder, in which he may suspend the execution of the sentence, until it shall be reported to the legislature at their subsequent meeting; and they shall either pardon or direct the execution of the criminal, or grant a further reprieve.

XIX. That it shall be the duty of the governor to inform the legislature, at every session, of the condition




DATE DOWNLOADED: Fri Jul  1 00:43:04 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1790. [4] (2015)   Constitution of Pennsylvania
- 1790

ALWD 7th ed.
, , [1] (1790).

Chicago 17th ed.
"," Constitution of Pennsylvania - 1790 (1790): [1]-[12]


AGLC 4th ed.
'' [1790] Constitution of Pennsylvania - 1790 [1]

OSCOLA 4th ed.
'' (1790) [1]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

this State, nor any person holding or exercising any office of trust or profit under the United States, shall, at the same time, hold or exercise the office of judge, secretary, treasurer, prothonotary, register of wills, recorder of deeds, sheriff, or any office in this State to which a salary is by law annexed, or any other office which future legislatures shall declare incompatible with offices or appointments under the United States.

Sec. 9. He shall have power to remit fines and forfeitures, and grant reprieves and pardons, except in cases of impeachment.

Sec. 10. He may require information, in writing, from the officers in the executive department, upon any subject relating to the duties of their respective offices.

Sec. 11. He shall, from time to time, give to the general assembly information of the state of the commonwealth, and recommend to their consideration such measures as he shall judge expedient.

Sec. 12. He may, on extraordinary occasions, convene the general assembly; and in case of disagreement between the two houses with respect to the time of adjournment, adjourn them to such time as he shall think proper, not exceeding four months.

Sec. 13. He shall take care that the laws be faithfully executed.

Sec. 14. In case of the death or resignation of the governor, or of his removal from office, the speaker of the senate shall exercise the office of governor until another governor shall be duly qualified. And if the trial of a contested election shall continue longer than until the third Tuesday in December next ensuing the election of a governor, the governor of the last year, or the speaker of the senate who may be in the exercise of the executive authority, shall continue therein until the determination of such contested election, and until a governor shall be qualified as aforesaid.

Sec. 15. A secretary shall be appointed and commissioned during the governor's continuance in office, if he shall so long behave himself well. He shall keep a fair register of all the official acts and proceedings of the governor, and shall, when required, lay the same, and all papers, minutes, and vouchers relative thereto, before either branch of the legislature, and shall perform such other duties as shall be enjoined him by law.

### ARTICLE III

Section 1. In elections by the citizens, every freeman of the age of twenty-one years, having resided in the State two years next before the election, and within that time paid a State or county tax, which shall have been assessed at least six months before the election, shall enjoy the rights of an elector: *Provided*, That the sons of persons qualified as aforesaid, between the ages of twenty-one and twenty-two years, shall be entitled to vote, although they shall not have paid taxes.

Sec. 2. All elections shall be by ballot, except those by persons in their representative capacities, who shall vote *viva voce*.

Sec. 3. Electors shall, in all cases except treason, felony, and breach or surety of the peace, be privileged from arrest during their attendance on elections, and in going to and returning from them.



**HEINONLINE**

DATE DOWNLOADED: Sat Jul 2 21:39:01 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1790. [5] (2015)   Constitution of the State of
South Carolina - 1790, The

ALWD 7th ed.
, Constitution of the State of South Carolina - 1790, The, [1] .

Chicago 17th ed.
"Constitution of the State of South Carolina - 1790, The," The Constitution of the
State of South Carolina. June 3d, 1790. : [1]-[14]

McGill Guide 9th ed.
"Constitution of the State of South Carolina - 1790, The" [1].

AGLC 4th ed.
'Constitution of the State of South Carolina - 1790, The' The Constitution of the
State of South Carolina. June 3d, 1790. [1]

MLA 9th ed.
"Constitution of the State of South Carolina - 1790, The." The Constitution of the
State of South Carolina. June 3d, 1790., , , pp. [1]-[14]. HeinOnline.

OSCOLA 4th ed.
'Constitution of the State of South Carolina - 1790, The' [1]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## OF SOUTH CAROLINA.

189

*Sec.* 4. A member of the senate or house of representatives, being chosen, and acting as governor or lieutenant-governor, shall vacate his seat, and another person shall be elected in his stead. *Member o legislature vacates his seat*

*Sec.* 5. In case of the impeachment of the governor, or his removal from office, death, resignation, or absence from the state, the lieutenant-governor shall succed to his office. And in case of the impeachment of the lieutenant-governor, or his removal from office, death, resignation, or absence from the state, the president of the Senate shall succeed to his office, untill a nomination to those offices respectively shall be made by the senate and house of representatives, for the remainder of the time for which the officer so impeached, removed from office, dying, resigning, or being absent, was elected. *on being elected governor or Lt governor. Impeachment of governor or Lt. Governor. Vacancies how filled.*

*Sec.* 6. The governor shall be commander-in-chief of the army and navy of this state, and of the militia, except when they shall be called into the actual service of the United States. *Governor to command army &c.*

*Sec.* 7. He shall have power to grant reprieves and pardons, after conviction, except in cases of impeachment, in such manner, on such terms, and under such restrictions, as he shall think proper; and he shall have power to remit fines and forfeitures, unless otherwise directed by law. *May grant pardons, &c.*

*Sec.* 8. He shall take care that the laws be faithfully executed in mercy. *Shall execute the laws.*

*Sec.* 9. He shall have power to prohibit the exportation of provisions, for any time not exceeding thirty days. *May prohibit exportation of provisions.*

*Sec.* 10. He shall, at stated times, receive for his services a compensation which shall be neither increased or diminished during the period for which he shall have been elected. *His compensation.*

*Sec.* 11. All officers in the executive department, when required by the governor, shall give him information in writing, upon any subject relating to the duties of their respective offices. *Executive officers shall give information to governor.*

*Sec.* 12. The governor shall, from time to time, give to the general assembly information of the condition of the state, and recommend to their consideration such measures as he shall judge necessary or expedient. *Governor shall give information to assembly.*

*Sec.* 13. He may, on extraordinary occasions, convene the general assembly, and, in case of disagreement between the two houses with respect to the time of adjournment, adjourn them to such time as he shall think proper, not beyond the fourth Monday in the month of November then ensuing. *May convene Gen. Assemb. on extraordinary occasions, and adjourn legislature when they cannot agree.*

## ARTICLE III.

*Sec.* 1. The judicial power shall be vested in such superior and inferior courts of law and equity, as the legislature shall, from time to time, direct and establish. *Judiciary. Courts of law and equity.*

The judges of each shall hold their commissions during good behaviour; and the judges of the superior courts shall, at stated times, receive a compensation for their services, which shall neither be increased or diminished during their continuance in office: but they shall receive no fees or perquisites of office, nor hold any other office of profit or trust, under this state, the United States, or any other power. *Judges shall hold commissions during good behaviour, &c. receive compensation and disqualified from holding any other office.*

*Sec.* 2. The style of all process shall be, "The State of South Carolina." All prosecutions shall be carried on in the name, and by the authority of the State of South Carolina, and conclude—"against the peace and dignity of the same." *Stile of process*

 

DATE DOWNLOADED: Sat Jul 2 23:16:44 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1776. [1] (2015) Constitution of 1776 The
Constitution or Form of Government, agreed to and resolved upon by the Delegates and
Representatives of the several Counties and Corporations of
Virginia.&amp;rft.stitle=&amp;rft.date=2015&amp;rft.volume=Original text of the
Constitution of
1776.&amp;rft.spage=[1]&amp;rft_id=https://heinonline.org/HOL/Page?handle%3Dhein.statecon/xxva000

ALWD 7th ed.
, , [1] .

Chicago 17th ed.
"," C.4.The Constitution or Form of Government, agreed to and resolved upon by the
Delegates and Representatives of the several Counties and Corporations of Virginia. :
[1]-[6]


AGLC 4th ed.
'' C.4.The Constitution or Form of Government, agreed to and resolved upon by the
Delegates and Representatives of the several Counties and Corporations of Virginia.
[1]

OSCOLA 4th ed.
'' [1]      The Constitution or Form of Government, agreed to and resolved upon by
the Delegates and Representatives of the several Counties and Corporations of
Virginia.&amp;rft.stitle=&amp;rft.date=2015&amp;rft.volume=Original text of the
Constitution of
1776.&amp;rft.spage=[1]&amp;rft_id=https://heinonline.org/HOL/Page?handle%3Dhein.statecon/xxva000

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

*Constitution of Virginia.*                              35

This rotation shall be applied to each division, according to its number, and continued in due order annually.

7. THAT the right of suffrage in the election of members of both Houses shall remain as exercised at present, and each House shall choose its own Speaker, appoint its own officers, settle its own rules of proceeding, and direct writs of election for supplying intermediate vacancies.

Right of suffrage; each House may choose its Speaker and officers, and issue writs for supplying vacancies.

8. ALL laws shall originate in the House of Delegates, to be approved or rejected by the Senate, or to be amended with the consent of the House of Delegates, except money bills, which in no instance shall be altered by the Senate, but wholly approved or rejected.

Laws shall originate in the House of Delegates; but, if not money bills, amendable by the Senate.

9. A GOVERNOR, or Chief Magistrate, shall be chosen annually, by joint ballot of both Houses, to be taken in each House respectively, deposited in the conference room, the boxes examined jointly by a Committee of each House, and the numbers severally reported to them, that the appointments may be entered; (which shall be the mode of taking the joint ballot of both Houses in all cases;) who shall not continue in that office longer than three years successively, nor be eligible until the expiration of four years after he shall have been out of that office. An adequate, but moderate salary, shall be settled on him during his continuance in office; and he shall, with the advice of a Council of State, exercise the executive powers of government according to the laws of this commonwealth; and shall not, under any pretence, exercise any power or prerogative by virtue of any law, statute, or custom, of *England:* But he shall, with the advice of the Council of State, have the power of granting reprieves or pardons, except where the prosecution shall have been carried on by the House of Delegates, or the law shall otherwise particularly direct; in which cases, no reprieve or pardon shall be granted, but by resolve of the House of Delegates.

Governor, how chosen, method of balloting in this and other cases; his salary and powers; restrained from granting reprieves or pardons in certain cases.

10. EITHER House of the General Assembly may adjourn themselves respectively. The Governor shall not prorogue or adjourn the Assembly during their sitting, nor dissolve them at any time; but he shall, if necessary, either by advice of the Council of State, or on application of a majority of the House of Delegates, call them before the time to which they shall stand prorogued or adjourned.

When he may convoke the General Assembly.

11. A PRIVY Council or Council of State, consisting of eight members, shall be chosen by joint ballot of both Houses of Assembly, either from their own members or the people at large, to assist in the administration of government. They shall annually choose out of their own members a President, who, in case of the death, inability, or necessary absence of the Governor from the government, shall act as Lieutenant Governor. Four members shall be sufficient to act, and their advice and proceedings shall be entered of record, and signed by the members present (to any part whereof any member may enter his dissent) to be laid before the General Assembly, when called for by them. This Council may appoint their own clerk, who shall have a salary settled by law, and take an oath of secrecy in such matters as he shall be directed by the Board to conceal. A sum of money appropriated to that purpose shall be divided

Privy Council, number of; their duty, power, and term of office.

 

DATE DOWNLOADED: Sat Jul  2 23:51:40 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Original text of the Constitution of 1793. [6] (2015)   Plan, or Frame of Government

ALWD 7th ed.
, Plan, or Frame of Government, [6] .

Chicago 17th ed.
"Plan, or Frame of Government," Constitution of the State of Vermont: Adopted by the
Convention holden at Windsor, July Fourth, one thousand seven hundred and ninety
three. : [6]-[18]

McGill Guide 9th ed.
"Plan, or Frame of Government" [6].

AGLC 4th ed.
'Plan, or Frame of Government' Constitution of the State of Vermont: Adopted by the
Convention holden at Windsor, July Fourth, one thousand seven hundred and ninety
three. [6]

MLA 9th ed.
"Plan, or Frame of Government." Constitution of the State of Vermont: Adopted by the
Convention holden at Windsor, July Fourth, one thousand seven hundred and ninety
three., , , pp. [6]-[18]. HeinOnline.

OSCOLA 4th ed.
'Plan, or Frame of Government' [6]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

elect Judges of the Supreme and ſeveral County, and Probate Courts, Sheriffs, and Juſtices of the Peace ; and alſo, with the Council, may elect Major-Generals and Brigadier-Generals, from time to time, as often as there ſhall be occaſion ; and —plenary, they ſhall have all other powers neceſſary for the but not to Legiſlature of a free and ſovereign State. But alter, abol-ifh or in-they ſhall have no power to add to, alter, abol-fringe this ifh, or infringe, any part of this Conſtitution. Conſtit'n.

SECT. X. The Supreme Executive Council of Executive this State ſhall conſiſt of a Governor, Lieutenant- Council. Governor, and twelve perſons, choſen in the fol-lowing manner, to wit ;—The freemen of each town ſhall, on the day of the election for chuſing Repreſentatives to attend the General Aſſembly, bring in their votes for Governor, with his name fairly written, to the Conſtable, who ſhall ſeal them up and write on them, "*Votes for Governor*," and How choſen. deliver them to the Repreſentative choſen to at-tend the General Aſſembly. And at the opening of the General Aſſembly there ſhall be a commit-tee appointed, out of the Council and Aſſembly, who after being duly ſworn to the faithful diſ-charge of their truſt, ſhall proceed to receive, ſort, and count the votes for the Governor, and de-clare the perſon who has the major part of the votes, to be Governor for the year enſuing. And if there be no choice made, then the Council and General Aſſembly, by their joint-ballot, ſhall make Lieutenant choice of a Governor. The Lieutenant-Govern- Gov. and or, and Treaſurer, ſhall be choſen in the manner Treaſurer, in like man-above directed. And each freeman ſhall give in ner. twelve votes for twelve Councillors, in the ſame manner, and the twelve higheſt in nomination ſhall ſerve, for the enſuing year, as Councillors.

SECT. XI. The Governor, and in his abſence Powers of Gov. and the Lieutenant-Governor, with the Council, (a Council. major part of whom, including the Governor or Lieutenant-Governor, ſhall be a quorum to tranſ- —to commiſ-fion all offi-act buſineſs) ſhall have power to commiſſion all of- cers. ficers, and alſo to appoint officers, except where proviſion is or ſhall be otherwiſe made by law, or —appoint officers, this frame of government ; and ſhall ſupply eve- except.

—fill vacan-
cies.
ry vacancy in any office, occaſioned by death, or
otherwiſe, until the office can be filled in the man-
ner directed by law, or this Conſtitution:—

—correſ-
pond with
other States.
     They are to correſpond with other States;
tranſact buſineſs with officers of Government, civ-
il and military, and to prepare ſuch buſineſs as may
Prepare
buſineſs for
Gen. Aſſem.
appear to them neceſſary to lay before the Gene-
ral Aſſembly: they ſhall ſit as Judges to hear and
—ſit as
Judges on
impeach'ts.
determine on Impeachments, taking to their aſſiſt-
ance, for advice only, the Judges of the Supreme
—grant
pardons, and
remit fines.
Court; and ſhall have power to grant pardons and
remit fines, in all caſes whatſoever, except in trea-
ſon, and murder, in which they ſhall have pow-
er to grant reprieves, but not to pardon until after
the end of the next ſeſſion of Aſſembly; and ex-
cept in caſes of impeachment, in which there
ſhall be no remiſſion or mitigation of puniſhment,
but by act of legiſlation: They are to take care
—take care
that laws be
executed.
that the laws be faithfully executed: They are to
expedite the execution of ſuch meaſures as may
—draw on
Treaſury.
be reſolved upon by the General Aſſembly; and
they may draw upon the Treaſury for ſuch ſums
as may be appropriated by the Houſe of Repre-
ſentatives: They may alſo lay embargoes, or
—may lay
embargo for
30 days.
prohibit the exportation of any commodity for
any time not exceeding thirty days, in the receſs
—grant
licences.
Call G Af-
ſembly.
of the Houſe only. They may grant ſuch licen-
ces as ſhall be directed by law; and ſhall have
power to call together the General Aſſembly, when
neceſſary, before the day to which they ſhall ſtand
adjourned. The Governor ſhall be Captain-Gen-
Governor is
Capt. Gen.
eral and Commander in Chief of the forces of the
State, but ſhall not command in perſon except ad-
viſed thereto by the Council, and then only ſo long
Lt Govern'r
Lt general.
as they ſhall approve thereof. And the Lieu-
tenant-Governor ſhall, by virtue of his office, be
Lieutenant-General of all the forces of the State.
Council meet
with H of
Rep's
The Governor, or Lieutenant-Governor, and the
Council, ſhall meet at the time and place with the
General Aſſembly: the Lieutenant-Governor ſhall,
Gov. and Lt.
Gov't, have
caſting vote.
during the preſence of the Commander in Chief,
vote and act as one of the Council; and the Gov-
ernor, and in his abſence the Lieutenant-Gov-

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 98 of 128

Section 2, Clause 1. Commander in Chief; Reprieves and..., USCA CONST Art. II...

United States Code Annotated
    Constitution of the United States
        Annotated
            Article II. The President

U.S.C.A. Const. Art. II § 2, cl. 1

Section 2, Clause 1. Commander in Chief; Reprieves and Pardons

Currentness

**Section 2.** The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offenses against the United States, except in Cases of Impeachment.

Notes of Decisions (215)

U.S.C.A. Const. Art. II § 2, cl. 1, USCA CONST Art. II § 2, cl. 1
Current through P.L. 117-161. Some statute sections may be more current, see credits for details.

**End of Document**
© 2022 Thomson Reuters. No claim to original U.S. Government Works.

 © 2022 Thomson Reuters. No claim to original U.S. Government Works.

United States Code Annotated

Constitution of the United States

Annotated

Amendment II. Keeping and Bearing Arms

U.S.C.A. Const. Amend. II

Amendment II. Keeping and Bearing Arms

Currentness

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

Notes of Decisions (647)

U.S.C.A. Const. Amend. II, USCA CONST Amend. II
Current through P.L. 117-167. Some statute sections may be more current, see credits for details.

**End of Document**                    © 2022 Thomson Reuters. No claim to original U.S. Government Works.

C001

Amendment XIX. Woman Suffrage, USCA CONST Amend. XIX

United States Code Annotated
  Constitution of the United States
    Annotated
      Amendment XIX. Woman Suffrage

U.S.C.A. Const. Amend. XIX

Amendment XIX. Woman Suffrage

Currentness

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex.

Congress shall have power to enforce this article by appropriate legislation.

Notes of Decisions (19)

U.S.C.A. Const. Amend. XIX, USCA CONST Amend. XIX
Current through P.L. 117-166. Some statute sections may be more current, see credits for details.

**End of Document**   © 2022 Thomson Reuters. No claim to original U.S. Government Works.

C002

**A Century of Lawmaking for a New Nation: U.S. Congressional Documents and Debates, 1774 - 1875**

Journals of the Continental Congress, Volume 4

Page 205 of 416 | Turn to image | 205            PREV IMAGE | NEXT IMAGE

**Back to Text** | **New Search** | **A Century of Lawmaking** | Higher Quality Image (TIFF - 48K)

---

*March, 1776*                    205

*Resolved,* That the committee on prisoners be directed to confer with General Prescot on the subject of his letter, and report to Congress.

*Resolved,* That it be recommended to the several assemblies, conventions, and councils or committees of safety of the United Colonies, immediately to cause all persons to be disarmed within their respective colonies, who are notoriously disaffected to the cause of America, or who have not associated, and shall refuse to associate, to defend, by arms, these United Colonies, against the hostile attempts of the British fleets and armies; and to apply the arms taken from such persons in each respective colony, in the first place to the arming the continental troops raised in said colony; in the next, to the arming such troops as are raised by the colony for its own defence, and the residue to be applied to the arming the associators; that the arms when taken be appraised by indifferent persons, and such as are applied to the arming the continental troops, be paid for by Congress, and the residue by the respective assemblies, conventions, or councils, or committees of safety:[1]

*Resolved,* That a copy of the foregoing resolve be transmitted by the delegates of each colony, to their respective assemblies, conventions, or councils, or committees of safety.

The Committee of Claims reported, that there is due,

To William Hencher, for waggon hire, in conveying Captain Stevenson's baggage, &c. to Cambridge, the sum of £21 17 6=58.3 dollars, and that the same ought to be paid to Moses Hunter.

To Rachel Stille, for boarding several officers, prisoners, to the 8th of March instant, the sum of £84 6 5=224.7 dollars.

[1] Printed in the *Pennsylvania Gazette,* 20 March, 1776.

---

**Back to Text** | **New Search** | **A Century of Lawmaking** | Higher Quality Image (TIFF - 48K)

Page 205 of 416 | Turn to image | 205            PREV IMAGE | NEXT IMAGE



**GOV. MSG. NO. 1130**

EXECUTIVE CHAMBERS
HONOLULU

DAVID Y. IGE
GOVERNOR

June 3, 2022

The Honorable Ronald D. Kouchi,
    President
    and Members of the Senate
Thirty-First State Legislature
State Capitol, Room 409
Honolulu, Hawai'i 96813

The Honorable Scott K. Saiki,
    Speaker and Members of the
    House of Representatives
Thirty-First State Legislature
State Capitol, Room 431
Honolulu, Hawai'i 96813

Dear President Kouchi, Speaker Saiki, and Members of the Legislature:

This is to inform you that on June 3, 2022, the following bill was signed into law:

HB2075 HD1 SD1 CD1    RELATING TO FIREARMS.
    **ACT 030**

Sincerely,

DAVID Y. IGE
Governor, State of Hawai'i

HOUSE OF REPRESENTATIVES
THIRTY-FIRST LEGISLATURE, 2022
STATE OF HAWAII

H.B. NO.
2075
H.D. 1
S.D. 1
C.D. 1

# A BILL FOR AN ACT

RELATING TO FIREARMS.

**BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF HAWAII:**

1    SECTION 1.  The legislature finds that the public safety of

2  its residents is of paramount concern.  Indeed, the

3  responsibility to "provide for the safety of the people from

4  crimes against persons and property" is specified in the State

5  Constitution.  Addressing gun violence is a key part of this

6  responsibility and consequently the State has enacted

7  comprehensive and robust gun protection laws.

8    The legislature further finds that Hawaiʻi's laws have led

9  to Hawaiʻi being a national leader in low rates of gun violence

10  incidents.  Whereas nationwide there are annually more than

11  thirty thousand deaths related to gun violence, in Hawaiʻi there

12  are less than fifty gun violence deaths per year at a rate of

13  less than five gun deaths per every one hundred thousand people.

14  Hawaiʻi cumulatively ranks number one as the state with the

15  lowest number of deaths and the lowest rate of deaths due to gun

16  violence.  According to the Centers for Disease Control and

17  Prevention annual statistics, Hawaiʻi had the lowest number of

# H.B. NO. 2075
H.D. 1
S.D. 1
C.D. 1

1  deaths and lowest death rate attributed to gun violence in 2020.

2  In 2019, Hawaiʻi had the second lowest number of deaths and the

3  fourth lowest death rate.  In 2018, it had the second lowest

4  deaths and third lowest death rate; in 2017, the lowest deaths

5  and lowest death rate; in 2016, the second lowest deaths and

6  fourth lowest death rate; in 2015, the second lowest deaths and

7  second lowest death rate; and in 2014, the second lowest deaths

8  and lowest death rate.

9     The legislature recognizes that the ruling by the United

10  States District Court for the District of Hawaiʻi in *Yukutake v.*

11  *Connors*, 554 F.Supp.3d 1074 (D. Haw. 2021), invalidated the

12  State's ten-day expiration period for a permit to acquire a

13  pistol or revolver and the requirement that all firearms be

14  physically inspected at the time of registration.  While the

15  State's appeal is pending, the law related to the ten-day permit

16  expiration period continues to be in effect as the court stayed

17  its holding, whereas the physical inspection requirement was not

18  stayed and thus its enforcement is suspended.

19     The legislature finds that the laws discussed in *Yukutake*

20  furthered the important government interest of public safety and

21  in a manner that is substantially related to that interest.  The



# H.B. NO. 2075
H.D. 1
S.D. 1
C.D. 1

1  legislature supports efforts to appeal the decision to the Ninth

2  Circuit Court of Appeals.  In the meantime, the legislature

3  cannot allow for all firearms to be registered without

4  inspection.  Even if the *Yukutake* ruling is upheld, Hawai'i's

5  important interest in protecting public safety justifies the

6  physical inspection of certain narrow categories of firearms at

7  the time of registration.  This interest is also based on the

8  extensive knowledge and experience of the Hawai'i law enforcement

9  community and legislature regarding registration requirements,

10  including serial numbers, from the time these requirements were

11  originally adopted in Hawai'i in the early twentieth century,

12  e.g., via Act 85, Session Laws of the Territory of Hawaii 1907.

13      The legislature also finds that around the time of the

14  Second Amendment's ratification in 1791, and in the decades

15  preceding, laws requiring inspection of personal weapons existed

16  at the federal level and throughout the original states.  These

17  laws were part of militia requirements, which mandated that

18  individuals subject to militia duty -- typically white men in a

19  specified age range -- must acquire their own arms and

20  ammunition.  The laws described the weapons required and

21  provided for regular inspection by militia officers.  *Yukutake*,

# H.B. NO. 2075
H.D. 1
S.D. 1
C.D. 1

1    554 F.Supp.3d at 1087.  The historical tradition of requiring

2    in-person inspection of firearms provides a robust historical

3    basis for Hawaiʻi's law.  Just as militia officers would inspect

4    (and frequently record) members' personal weapons to ensure that

5    they comported with militia weaponry requirements, Hawaiʻi's law

6    requires police officers to inspect and register guns in person

7    to verify that they comport with the information provided in the

8    registration form.  In fact, by mandating regular and repeated

9    in-person firearm inspections, these historical laws imposed a

10   much greater burden on militia-eligible gun owners than would

11   such a comparatively modest one-time check.  *Id.* at 1087.

12       The legislature finds moreover that a central function of

13   Hawaiʻi's law and the historical laws is the same: to ensure that

14   the firearm an individual possesses matches the applicable

15   specifications of, in Hawaiʻi's situation, the registration

16   requirements, and in the historical cases of the militia laws.

17   Requiring people to bring the firearm to be registered for

18   physical inspection ensures that the registration information is

19   accurate, ensures that the firearm complies with Hawaiʻi law, and

20   confirms the identity of the firearm so as to facilitate tracing

21   by law enforcement.  The physical inspection requirement has

Page 5

# H.B. NO.
2075
H.D. 1
S.D. 1
C.D. 1

1  existed in Hawaiʻi law and practice for many years.  Section

2  134-3, Hawaii Revised Statutes, specifically exempts firearms

3  dealers from being "required to have the firearms physically

4  inspected by the chief of police at the time of registration",

5  and non-dealer registrants are not exempted.  It was understood

6  that non-dealer registrants needed to bring their firearms for

7  physical inspection at time of registration.  *Yukutake*, however,

8  focused on new language added to the statute by Act 74, Session

9  Laws of Hawaii 2020, that went into effect on September 15,

10  2020, that explicitly codified the requirement that "[a]ll other

11  firearms and firearm receivers registered" be physically

12  inspected at the time of registration.

13      In this Act, the legislature is requiring physical

14  inspection of certain firearms over a three-year period while

15  the *Yukutake* appeal proceeds.  The temporary inspection

16  requirements are narrowly tailored and limited to specific

17  situations that necessitate inspection:  firearms that were not

18  manufactured with serial numbers, or "ghost guns"; firearms

19  transported into the State from another jurisdiction; and

20  firearms obtained in private sales and transfers.  The

21  legislature further finds that an in-person inspection when



Page 6

# H.B. NO.
2075
H.D. 1
S.D. 1
C.D. 1

1    registering a firearm serves an additional significant,

2    substantial, and important government interest by minimizing the

3    risk of prosecution to firearms owners who are not aware of the

4    illegality of their firearms.

5        Regarding the first category to be inspected under this

6    Act, firearms and firearm receivers that are assembled without

7    serial numbers or other identification markings, these weapons

8    circumvent the State's otherwise strict firearm permitting and

9    registration laws and pose a danger to public safety inasmuch as

10   they are untraceable by law enforcement.  The lack of

11   identification on the firearms and firearm receivers led to the

12   label "ghost guns".  Ghost guns are the fastest-growing gun

13   safety problem facing our country and becoming a weapon of

14   choice for violent criminals, gun traffickers, and other legally

15   prohibited persons.  In 2020, Hawaiʻi enacted Act 74 that

16   requires the permanent engraving or embedding of a registration

17   number on the firearm receiver by the person registering the

18   firearm, to ensure public safety.  The legislature finds that it

19   is necessary for police departments to inspect the engraving or

20   embedding, even when done by a licensed dealer, to ensure that

21   it is done legibly, permanently, and accurately.  Due to human

2022-3210 HB2075 CD1 HMSO-1                                        6



C010

# H.B. NO. 2075
H.D. 1
S.D. 1
C.D. 1

1   error, it is not enough to simply assume that the registration

2   number is properly engraved or embedded and also properly

3   recorded in registration records, and it is the experience of

4   Hawaiʻi firearm officials that mistakes can and have been made in

5   the recording of serial numbers.  Thus, a physical inspection of

6   the firearm is necessary to address that risk.

7       The second category to be inspected under this Act,

8   firearms brought into the State from other jurisdictions, will

9   safeguard against persons possessing firearms that are illegal

10  under Hawaiʻi law.  The legislature finds that firearms laws in

11  other states are often very different from the firearms laws in

12  Hawaiʻi and there is an important public safety interest in

13  discovering illegal firearms brought into Hawaiʻi, as well as an

14  important government interest in doing so in a manner that

15  minimizes unnecessary prosecution of those who unknowingly do

16  so.  For example, pursuant to sections 134-8 and 134-8.5, Hawaii

17  Revised Statutes, assault pistols, automatic firearms, rifles

18  and shotguns with certain barrel lengths, certain large capacity

19  magazines, and bump fire stocks, among other things, are not

20  allowed in Hawaiʻi.  A person who is not a licensed dealer may

21  not be aware that the features, modifications, or accessories of



H.B. NO. 2075
H.D. 1
S.D. 1
C.D. 1

1   their firearms are illegal in Hawaiʻi and may attempt to bring

2   these firearms into the State.

3        Similarly, for the third category that will be required to

4   submit to inspection under this Act, firearms transferred or

5   obtained in private sales, people participating in private sales

6   or transfers of firearms may not be aware that the firearms are

7   illegal.  Unlike licensed firearm dealers who are required to

8   keep detailed, audited records and are familiar with Hawaiʻi's

9   firearm laws, private sellers can be unfamiliar with the

10  technical details of the firearms and with the requirements of

11  Hawaiʻi law.  They may not know which features, modifications, or

12  accessories are illegal under Hawaiʻi law.

13       Therefore, the legislature finds that an in-person

14  inspection at the time of registration is supported by the

15  significant, substantial, and important government interest in

16  protecting public safety.  The legislature further finds that

17  the requirement reasonably fits that objective, and is in fact

18  narrowly tailored, because it is limited to certain specific

19  situations that have an exceptional need for inspection, e.g.,

20  ghost guns, firearms coming from out of state, and firearms in

21  private sales and transfers.  The legislature further finds that



# H.B. NO. 2075
H.D. 1
S.D. 1
C.D. 1

1   in-person inspection at registration serves an additional

2   significant, substantial, and important government interest in

3   minimizing the risk that gun owners who are not aware of the

4   illegality of their firearms will be prosecuted.

5       The purpose of this Act is to enact a three-year physical

6   inspection requirement at the time of registration for firearms

7   that were not manufactured with serial numbers, or ghost guns,

8   firearms transported into the State from another jurisdiction,

9   and firearms obtained in private sales and transfers.

10      SECTION 2.  Section 134-3, Hawaii Revised Statutes, is

11   amended by amending subsections (a) to (c) to read as follows:

12      "(a)  Every resident or other person arriving in the State

13   who brings or by any other manner causes to be brought into the

14   State a firearm of any description, whether usable or unusable,

15   serviceable or unserviceable, modern or antique, shall register

16   and submit to physical inspection the firearm within five days

17   after arrival of the person or of the firearm, whichever arrives

18   later, with the chief of police of the county of the person's

19   place of business or, if there is no place of business, the

20   person's residence or, if there is neither a place of business

21   nor residence, the person's place of sojourn.  A nonresident



# H.B. NO.
2075
H.D. 1
S.D. 1
C.D. 1

1  alien may bring firearms not otherwise prohibited by law into

2  the State for a continuous period not to exceed ninety days;

3  provided that the person meets the registration requirement of

4  this section and the person possesses:

5      (1)  A valid Hawaii hunting license procured under chapter

6           183D, part II, or a commercial or private shooting

7           preserve permit issued pursuant to section 183D-34;

8      (2)  A written document indicating the person has been

9           invited to the State to shoot on private land; or

10     (3)  Written notification from a firing range or target

11          shooting business indicating that the person will

12          actually engage in target shooting.

13  The nonresident alien shall be limited to a nontransferable

14  registration of [not] no more than ten firearms for the purpose

15  of the above activities.

16      Every person registering a firearm under this subsection

17  shall be fingerprinted and photographed by the police department

18  of the county of registration; provided that this requirement

19  shall be waived where fingerprints and photographs are already

20  on file with the police department. The police department shall

21  perform an inquiry on the person by using the International



# H.B. NO.

2075
H.D. 1
S.D. 1
C.D. 1

1  Justice and Public Safety Network, including the United States

2  Immigration and Customs Enforcement query, the National Crime

3  Information Center, and the National Instant Criminal Background

4  Check System, pursuant to section 846-2.7 before any

5  determination to register a firearm is made.  Any person

6  attempting to register a firearm, a firearm receiver, or the

7  parts used to assemble a firearm, and who is found to be

8  disqualified from ownership, possession, or control of firearms

9  or ammunition under section 134-7, shall surrender or dispose of

10  all firearms and ammunition pursuant to section 134-7.3.

11      (b)  Every person who acquires a firearm pursuant to

12  section 134-2 shall register the firearm in the manner

13  prescribed by this section within five days of acquisition.  If

14  the firearm is acquired from a person who is not a dealer

15  licensed under section 134-31 or a dealer licensed by the United

16  States Department of Justice, the firearm shall be physically

17  inspected by the chief of police of the appropriate county or

18  designee at the time of registration.  The registration of all

19  firearms shall be on forms prescribed by the attorney general,

20  which shall be uniform throughout the State, and shall include

21  the following information:  name of the manufacturer and



# H.B. NO.
2075
H.D. 1
S.D. 1
C.D. 1

1 importer; model; type of action; caliber or gauge; serial

2 number; and source from which receipt was obtained, including

3 the name and address of the prior registrant.  If the firearm

4 has been assembled from separate parts and an unfinished firearm

5 receiver, the entity that registered the firearm receiver shall

6 be recorded in the space provided for the name of the

7 manufacturer and importer, and the phrase "assembled from parts"

8 shall be recorded in the space provided for model.  If the

9 firearm has been assembled from parts created using a three-

10 dimensional printer, the entity that registered the firearm

11 receiver shall be recorded in the space provided for the name of

12 the manufacturer and importer, and the phrase "3-D printer"

13 shall be recorded in the space provided for model.  If the

14 firearm has no serial number, the registration number shall be

15 entered in the space provided for the serial number, and the

16 registration number shall be engraved upon the receiver portion

17 of the firearm before registration.  On firearms assembled from

18 parts created using a three-dimensional printer, the [serial]

19 registration number shall be engraved on stainless steel [and],

20 permanently embedded to the firearm receiver during fabrication

21 or construction[.], and visible when the firearm is assembled.



# H.B. NO. 2075
H.D. 1
S.D. 1
C.D. 1

1  Firearms and firearm receivers with engraved or embedded

2  registration numbers, even if done by a dealer licensed under

3  section 134-31 or a dealer licensed by the United States

4  Department of Justice, shall be physically inspected by the

5  chief of police of the appropriate county or designee at the

6  time of registration.  All registration data that would identify

7  the individual registering the firearm by name or address shall

8  be confidential and shall not be disclosed to anyone, except as

9  may be required:

10       (1)   For processing the registration;

11       (2)   For database management by the Hawaii criminal justice

12             data center;

13       (3)   By a law enforcement agency for the lawful performance

14             of its duties; or

15       (4)   By order of a court.

16       (c)   Dealers licensed under section 134-31 or dealers

17  licensed by the United States Department of Justice shall

18  register firearms pursuant to this section on registration forms

19  prescribed by the attorney general and shall not be required to

20  have the firearms physically inspected by the chief of police at

21  the time of registration[.], except as provided in subsection

# H.B. NO.

2075
H.D. 1
S.D. 1
C.D. 1

1   (b).  An authorized dealer, as provided in section 134-31, or a

2   dealer licensed by the United States Department of Justice, who

3   brings, assembles, or causes to be brought into the State by any

4   other means, separate parts and an unfinished firearm receiver

5   that when assembled create a firearm, or parts created by a

6   three-dimensional printer that when assembled create a firearm,

7   shall register the unfinished firearm receiver and receive a

8   serial number before the assembly of the firearm or the sale or

9   transfer of unassembled firearm parts or a receiver to a third

10  party in accordance with subsection (b).  Any sale or transfer

11  of unfinished firearm receivers by an authorized dealer to a

12  third party shall be conducted as if they were fully assembled

13  firearms with a serial number engraved on the firearm receiver

14  and in accordance with the firearms permitting process in

15  section 134-2.  [All other firearms and firearm receivers

16  registered under this section shall be physically inspected by

17  the respective county chief of police or the chief's

18  representative at the time of registration.]"

19        SECTION 3.  If any provision of this Act, or the

20  application thereof to any person or circumstance, is held

21  invalid, the invalidity does not affect other provisions or

# H.B. NO.
2075
H.D. 1
S.D. 1
C.D. 1

1   applications of the Act that can be given effect without the

2   invalid provision or application, and to this end the provisions

3   of this Act are severable.

4       SECTION 4. Statutory material to be repealed is bracketed

5   and stricken. New statutory material is underscored.

6       SECTION 5. This Act shall take effect upon its approval;

7   provided that on June 30, 2025, section 2 of this Act shall be

8   repealed and section 134-3, Hawaii Revised Statutes, shall be

9   reenacted in the form in which it read on the day before the

10   effective date of this Act.

11

APPROVED this    03 day of     JUNE    , 2022

GOVERNOR OF THE STATE OF HAWAII

C019

HB No. 2075, HD 1, SD 1, CD 1

THE HOUSE OF REPRESENTATIVES OF THE STATE OF HAWAII

Date: May 3, 2022
Honolulu, Hawaii

We hereby certify that the above-referenced Bill on this day passed Final Reading in the House of Representatives of the Thirty-First Legislature of the State of Hawaii, Regular Session of 2022.

Scott K. Saiki
Speaker
House of Representatives

Brian L. Takeshita
Chief Clerk
House of Representatives

H.B. No. 2075, H.D. 1, S.D. 1, C.D. 1

# THE SENATE OF THE STATE OF HAWAIʻI

Date: May 3, 2022
Honolulu, Hawaii 96813

We hereby certify that the foregoing Bill this day passed Final Reading in the Senate

of the Thirty-First Legislature of the State of Hawaiʻi, Regular Session of 2022.

President of the Senate

Clerk of the Senate

53-22

C021

**Mitchell D. Roth**
*Mayor*



**Paul K. Ferreira**
*Police Chief*

**Kenneth Bugado, Jr.**
*Deputy Police Chief*

# County of Hawai`i

**POLICE DEPARTMENT**
349 Kapi`olani Street • Hilo, Hawai`i 96720-3998
(808) 935-3311 • Fax (808) 961-8865

March 24, 2022

Senator Karl Rhoads
Chairperson and Committee Members
Committee on Judiciary
415 South Beretania Street, Room 016
Honolulu, Hawai`i 96813

RE : HOUSE BILL 2075, HD 1, RELATING TO FIREARMS
HEARING DATE : March 29, 2022
        TIME : 9:30 A.M.

Dear Senator Rhoads:

The Hawai`i Police Department **strongly supports** House Bill 2075, HD 1, that seeks to address the recent federal court ruling of Yukutake v. Connors, whereby the United States District Court for the District of Hawai`i held that the requirement in section 134-2(e), Hawai`i Revised Statutes (HRS), that a permit to acquire a handgun be used within ten days of issuance of the permit, and the requirement in section 134-3(c), HRS, that firearms be physically inspected at the time of registration were both unconstitutional.

This measure is looking to amend Section 134-2, Hawai`i Revised Statutes, increasing the time a permit to acquire a firearm (pistol or revolver) can be used from 10 days to 30 days and amend Section 134-3, Hawai`i Revised Statutes, to eliminate physical inspection of firearms generally, but requires physical inspection of firearms brought into the State, firearms involved in private sales or transfers, and firearms and firearm receivers with engraved or embedded serial numbers. Without these amendments, permits to acquire firearms (pistol or revolver) will never expire and no firearms will be examined by law enforcement to ensure that the firearm matches the registration information and complies with Hawai`i law.

As a law enforcement agency tasked with ensuring public safety, we have always supported the stringent permitting requirements set forth in the Hawai`i Revised Statutes relating to firearms, which we agree have a direct impact in the reduction in gun violence in the community. Conversely, as an issuing agency for firearm permits, it is equally incumbent on us to ensure that anyone acquiring a firearm in the State of Hawai`i comply with the requirements set forth in Section 134 2, which will be impossible without these amendments. The time limitations set forth for permits to acquire pistols or revolvers provides a safeguard in ensuring that an applicant hasn't been disqualified from owning a firearm between applications, as events in an individual's life is constantly evolving and a situation could arise where they would be disqualified (i.e. criminal act, domestic violence, mental health episode, etc.). We have had numerous situations over the years, whereby individuals that have previously qualified to own firearms file a new application for a permit to acquire, when it is discovered they are now ineligible due to a recent event in their lives. Although there are no guarantees that an individual's qualification to own a firearm

Senator Karl Rhoads
March 24, 2022
Page 2

will not change in 30 days, it is highly unlikely and the time span is short enough to ensure the continued accuracy of the information on which the permit is based.

With respect to the physical inspection of certain categories of firearms, this as well is designed to ensure public safety by requiring that firearms permitted in the State of Hawai`i are in compliance with our laws. Whenever a firearm is recovered as evidence in a criminal investigation, the importance of police being able to trace the origin of that firearm as part of thorough investigation cannot be stressed enough. Without a firearm having a proper serial or registration number, tracing the origin becomes impossible. Firearms and firearm receivers that do not have serial numbers imprinted by the manufacturer can be legally obtained and registered under Hawaii law; however, the process established by Section 134-3, HRS, requires the permanent engraving or embedding of a registration number on the firearm by the registrant. Therefore, it is necessary for the statute to require that these firearms are inspected to ensure that the engraving or embedding, even when done by a licensed dealer, is done legibly, permanently, and accurately.

Just as important is the statutory requirement for physical inspections of firearms brought into the State by persons other than licensed dealers or manufacturers, as well as those firearms sold or transferred between private parties.  As we are all aware, firearm laws vary across the United States and what may be legal in other States may be illegal here in the State of Hawai`i. By requiring the physical inspections in these situations, will help in preventing the unintentional possession of illegal firearms and accessories; as well as the transfer of firearms that may have been modified after initial purchase.

It is for these reasons, we urge this committee to approve this legislation.  Thank you for allowing the Hawai`i Police Department to provide comments relating to House Bill 2075, HD 1.

Sincerely,

PAUL K. FERREIRA
POLICE CHIEF

POLICE DEPARTMENT

## CITY AND COUNTY OF HONOLULU

801 SOUTH BERETANIA STREET · HONOLULU, HAWAII 96813
TELEPHONE (808) 529-3111 · INTERNET: www.honolulupd.org



RICK BLANGIARDI
MAYOR

RADE K VANIC
INTERIM CHIEF

OUR REFERENCE JAT-DNK

March 29, 2022

The Honorable Karl Rhoads, Chair
  and Members
Committee on Judiciary
State Senate
Hawaii State Capitol
515 South Beretania Street, Room 016
Honolulu, Hawaii 96813

Dear Chair Rhoads and Members:

SUBJECT:  House Bill No. 2075, H.D. 1, Relating to Firearms

I am Joseph A. Trinidad, Major of the Records and Identification Division of the Honolulu Police Department (HPD), City and County of Honolulu.

The HPD supports House Bill No. 2075, H.D. 1, Relating to Firearms.

This bill seeks to increase the time a permit to acquire (PTA) a firearm can be used from ten days to thirty days.  There have been instances in which individuals with the PTA were not able to acquire their firearm within the ten days due to unforeseen circumstances, such as a gun shop closing for several weeks.  This has necessitated in the reapplication for a PTA.  Thirty days is short enough to ensure the continued accuracy of the initial information provided by applicants and long enough to complete acquisition of their handguns.  The United States District Court for the District of Hawaii, in *Yukutake v. Connors*, held that the requirement in Hawaii Revised Statutes (HRS) §134-2(e), that a permit to acquire a handgun be used within ten days of issuance of the permit, was unconstitutional.

HRS §134-3 currently eliminates the physical inspection of firearms when registering. The amendment seeks to require the physical inspection of firearms brought to Hawaii, firearms involved in private sales or transfers, and firearms and firearm receivers with engraved or embedded serial numbers.

Due to registrant or firearms dealer errors, there have been several instances in which discrepancies are discovered with the firearms' embedded or engraved registration number.  As a result, the registrant or firearms dealer is required to bring in firearms for an actual physical

*Serving and Protecting With Aloha*
C0024

inspection. It is necessary for police departments to physically inspect the embedding or engraving in order to ensure the number is correctly recorded in registration records for tracing purposes.

A person purchasing a firearm from someone who is not a licensed dealer may both be unaware that they may be involved in the transaction of an illegal firearm. In addition, with military members making up about 10 percent of Oahu's population, their registering of firearms is about 50 percent of our workload for HPD personnel handling registrations. When active duty military members transfer to Hawaii, they unknowingly bring in their illegal firearms and accessories to the HPD's Firearms Unit (Records and Identification Division) to register. This unfortunately has resulted in the on-the-spot confiscation of said illegal firearms and accessories. In 2021, there were 55 on-the-spot confiscations by the HPD, of which 30 involved military members and 25 civilians. Individuals appear to be unaware of Hawaii's illegal firearms Laws (e.g., shotguns with barrel lengths of less than 18 inches and pistol magazines with a capacity of more than ten rounds). This may be due to other states having less restrictive firearms laws as compared to Hawaii. To require the physical inspection of firearms in these two situations directly contributes to the Hawaii law enforcement community's efforts toward increasing public safety.

The HPD submits this testimony in its role as an integral part of the law enforcement community and respectfully requests the passage of this bill.

Thank you for the opportunity to testify.

Sincerely,

Joseph A. Trinidad, Major
Records and Identification Division

APPROVED:

FOR

Rade K. Vanic
Interim Chief of Police

Case: 21-16756, 09/19/2022, ID: 12543242, DktEntry: 52-2, Page 123 of 128



**TESTIMONY OF**
**THE DEPARTMENT OF THE ATTORNEY GENERAL**
**THIRTY-FIRST LEGISLATURE, 2022**

**ON THE FOLLOWING MEASURE:**
H.B. NO. 2075, HD 1, RELATING TO FIREARMS.

**BEFORE THE:**
SENATE COMMITTEE ON JUDICIARY

**DATE:**   Tuesday, March 29, 2022         **TIME:**  9:30 a.m.
**LOCATION:**   State Capitol, Room 016 and Videoconference
**TESTIFIER(S):**   Holly T. Shikada, Attorney General, or
Amy Murakami, Deputy Attorney General

Chair Rhoads and Members of the Committee:

The Department of the Attorney General (Department) supports this bill.

The purpose of this bill is to address the recent federal court ruling of <u>Yukutake v. Connors</u>, Civ. No. 19-00578 JMS-RT (D. Haw. Aug. 16, 2021) by:  (1) increasing the time limit for a person to use a permit to acquire a firearm from ten days to thirty days, (2) removing the general requirement that firearms be physically inspected at the time of their registration, and (3) requiring that only certain firearms be physically inspected. The firearms that require in-person inspection are those that were not manufactured with serial numbers (ghost guns), firearms transported by individuals from out of state, and firearms being transferred between private individuals.  These amendments are necessary to protect the public.

*If this bill is not enacted to amend the firearm statutes, permits to acquire will not expire and no firearms will be examined by law enforcement to ensure that the firearm matches the registration information and complies with Hawaii law.*

The United States District Court for the District of Hawaii, in <u>Yukutake v. Connors</u>, held that the requirement in section 134-2(e), Hawaii Revised Statutes (HRS), that a permit to acquire a handgun be used within ten days of issuance of the permit, and the requirement in section134-3(c), HRS, that firearms be physically inspected at the time of registration were both unconstitutional.

C026

Testimony of the Department of the Attorney General
Thirty-First Legislature, 2022
Page 2 of 4

A person applying for a permit to acquire a firearm must provide background information, including name, address, and physical descriptors, and must be subjected to background checks, including mental health inquiries and inquiries using the National Crime Information Center, National Instant Background Check System, International Justice and Public Safety Network, and United States Immigration and Customs Enforcement.  Background information, including mental health information, may become outdated over time and people's appearances change.  More importantly, people can experience events in their lives that disqualify them from owning firearms, such as criminal convictions, mental health diagnoses, or being the subject of restraining orders.

Hawaii has a substantial interest in public safety, and accurate information protects public safety both by helping prevent people who are disqualified from owning firearms from acquiring them and by facilitating the tracing of firearms.  Studies such as Purchaser Licensing, Point-of-Sale Background Check Laws, and Firearm Homicide and Suicide in 4 US States, 1985-2017 by Alexander D. McCourt et al., published by the American Journal of Public Health, established that when Connecticut enacted permitting requirements, its gun violence rate went down, but when Missouri repealed its permitting requirements, the gun violence rate went up.  This correlation between strong permitting laws and the reduction of gun violence supports imposing a reasonable expiration date on firearm permits.  Thirty days is short enough to ensure the continued accuracy of the information on which the permit is based and long enough for permit holders to complete the acquisition of their pistols or revolvers.  Based on everyday experience, information in an application, such as background information and qualifications, is highly unlikely to change in only thirty days.  And under the prior standard, an overwhelming percentage of approved firearm applicants were able to pick up and use their handgun permits within ten days.  See Firearm Registrations in Hawaii, 2020, Department of the Attorney General, Crime Prevention & Justice Assistance Division, at 2 (25,024 out of 25,381 approved permits, or 98.6%).  Increasing the standard to thirty days will provide even more time for people to complete their acquisitions.

Testimony of the Department of the Attorney General
Thirty-First Legislature, 2022
Page 3 of 4

This amendment will help Hawaii's firearm permitting laws survive legal challenges while at the same time preserve the fundamental structure of our statutes. Permits for rifles and shotguns will still be valid for one year and multiple transactions, while permits for handguns will still be valid for a shorter period and single transactions. This scheme will continue to recognize the heightened danger presented by handguns as a result of their greater concealability. However, increasing the expiration date for handgun permits from ten days to thirty days should address legal challenges like the Yukutake case.

Hawaii's important interest in protecting public safety justifies the physical inspection of certain narrow categories of firearms at the time of registration. Firearms and firearm receivers that do not have serial numbers imprinted by the manufacturer, including those created by 3-D printers, pose a danger to public safety inasmuch as these "ghost guns" are untraceable by law enforcement. These firearms and firearm receivers can be legally obtained and registered under Hawaii law; however, the process established by section 134-3, HRS, requires the permanent engraving or embedding of a registration number on the firearm by the registrant. It is necessary for police departments to inspect the engraving or embedding, even when done by a licensed dealer, so as to ensure that it is done legibly, permanently, and accurately. Due to the risk of human error or inexactitude, it is not enough to simply assume that the registration number is properly engraved or embedded and also properly recorded in registration records. It is within the experience of everyone, including law enforcement officials, that human beings can and do make mistakes, especially with respect to paperwork. Law enforcement officials have long recognized the importance of tracing firearms, but tracing cannot be done without a proper serial number or registration number on the firearm.

Likewise, there is an important public safety interest in requiring the physical inspection of firearms brought into the State by persons other than licensed dealers or manufacturers and in requiring the physical inspection of firearms sold or transferred between private parties. These situations are particularly vulnerable to the unwitting possession of illegal firearms or accessories. The firearm laws in other states are often

Testimony of the Department of the Attorney General
Thirty-First Legislature, 2022
Page 4 of 4

very different from the firearm laws in Hawaii.  Assault pistols, automatic firearms, rifles and shotguns with certain barrel lengths, certain large capacity magazines, and bump stocks are illegal in Hawaii but may be legal in another state.  Firearms can also be modified.  A person purchasing a firearm from someone who is not a licensed dealer or a person attempting to bring a firearm into Hawaii from out of state may not have the knowledge to recognize an illegal firearm.  Requiring physical inspection in these situations protects both the public interest as well as the individual.  The individual benefits from the inspection because an illegal firearm recovered at registration is less likely to result in prosecution, and if the firearm passes inspection, the individual has the assurance that the firearm is legal.

The Department submits this testimony in its role as an integral part of the law enforcement community and respectfully requests the passage of this bill.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED:  Honolulu, Hawai'i, September 19, 2022.

<div style="margin-left:40%">

s/ Robert T. Nakatsuji
_____
KIMBERLY T. GUIDRY
 Solicitor General
ROBERT T. NAKATSUJI
 First Deputy Solicitor General
CARON M. INAGAKI
KENDALL J. MOSER
 Deputy Attorneys General

Attorneys for Defendant-Appellant HOLLY
T. SHIKADA, in her Official Capacity as
the Attorney General of the State of Hawai'i

</div>