IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____
                                                     )
TODD YUKUTAKE, *et al.*,            )
                                                     )
           Plaintiffs-Appellees,   )
                                                     )
v.                                                       )   No. 21-16756
                                                     )
HOLLY T. SHIKADA, in her official capacity as  )
the Attorney General of the State of Hawaii,    )
                                                     )
                 Defendant-Appellant.  )
_____ )

## **MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE***

*Amici Curiae* Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Heller Foundation, Oregon Firearms Federation, Tennessee Firearms Association, Virginia Citizens Defense League, Grass Roots North Carolina, America's Future, Inc., Conservative Legal Defense and Education Fund, and Restoring Liberty Action Committee hereby move for leave to file a brief *amicus curiae* in support of Plaintiffs-Appellees. It is hereby stated as follows:

    1. All parties consent to the filing of this *amicus* brief.

    2. As stated more fully in the attached brief, *amici curiae* have extensive experience with respect to the issues presented by this case, and have an

2

significant interest in the outcome of this case. These *amici* have filed an *amicus curiae* brief in this case on May 2, 2022. *Amici* believe that this brief will be of assistance to the Court in its consideration of the Supreme Court's recent decision in *New York State Rifle & Pistol Association v. Bruen* to this case.

3. This *amicus* brief is being filed within the time set by the Court's order directing the parties to file simultaneous supplemental briefs. Thus, it is believed that no party will be prejudiced by the filing of this brief.

WHEREFORE, we respectfully request that this Court grant leave to file an *amicus curiae* brief in support of Plaintiffs-Appellees.

                                      Respectfully submitted,

                                  /s/ Jeremiah L. Morgan
                                  Jeremiah L. Morgan
                                  WILLIAM J. OLSON, P.C.
                                    370 Maple Avenue West, Suite 4
                                    Vienna, VA 22180-5615
                                    (703) 356-5070
                                    (703) 356-5085 (fax)
                                    wjo@mindspring.com
September 19, 2022               Attorneys for *Amici Curiae* Gun
                                    Owners of America, Inc., *et al*.

3

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave to Brief *Amici Curiae*, was made, this 19th day of September 2022, by the Court's Case Management/ Electronic Case Files system upon the attorneys for the parties.

        /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
Attorney for *Amici Curiae*
Gun Owners of America, Inc., *et al.*