|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | SEP 26 2022 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

TODD YUKUTAKE; DAVID KIKUKAWA,

        Plaintiffs-Appellees,

 v.

CLARE E. CONNORS, In her Official Capacity as the Attorney General of the State of Hawaii,

        Defendant-Appellant,

 and

CITY AND COUNTY OF HONOLULU,

        Defendant.

No. 21-16756

D.C. No. 1:19-cv-00578-JMS-RT
District of Hawaii, Honolulu

ORDER

The motion for leave to file an amicus curiae brief (Docket Entry No. 54) is referred to the panel assigned to hear the merits of this appeal.

Within 7 days after the date of this order, the prospective amicus is ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the court's website at http://www.ca9.uscourts.gov/forms/.

The paper copies shall be submitted to the principal office of the Clerk. The

AC/MOATT

address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7