

| DAVID Y. IGE | | HOLLY T. SHIKADA |
|---|---|---|
| GOVERNOR | | ATTORNEY GENERAL |
| | | VALERIE M. KATO |
| | | FIRST DEPUTY ATTORNEY GENERAL |

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1360

September 29, 2022

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:  *Yukutake v. Connors,* No. 21-16756
     Letter re Substitution of Parties

Dear Ms. Dwyer:

 I represent the Defendant-Appellant in the above-referenced matter. I write to inform the Court that HOLLY T. SHIKADA is now the Attorney General of Hawaiʻi. Federal Rules of Appellate Procedure Rule 43(c)(2) provides: "When a public officer who is a party to an appeal or other proceeding in an official capacity dies, resigns, or otherwise ceases to hold office, the action does not abate. The public officer's successor is automatically substituted as a party."

 CLARE E. CONNORS was sued in her official capacity as Attorney General. Therefore, Ms. SHIKADA should be substituted in place of Ms. CONNORS in the caption of this matter and in all future proceedings.

Molly C. Dwyer, Clerk of the Court
September 29, 2022
Page 2

        Sincerely,

        s/ Robert T. Nakatsuji
        ROBERT T. NAKATSUJI
        First Deputy Solicitor General

        Attorney for Defendant-Appellant

cc:  Counsel for all participants (via CM/ECF system)