# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

October 21, 2022

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Todd Yukutake et. al., v. Holly T. Shikada et. al.*, **No. 21-16756**

Dear Ms. Dwyer:

      I write the Court to inform it of the Southern District of Western Virginia's recent opinion in *United States v. Price*, No. 2:22-cr-00097, 2022 U.S. Dist. LEXIS 186571 (S.D. W. Va. Oct. 12, 2022) (attached). There, the Court held unconstitutional 18 U.S.C. § 922(k), which prohibits possession of a firearm with an altered, obliterated, or removed serial number. This opinion is relevant to this Court's determination of Plaintiffs' matter because the *Price* Court's legal reasoning supports Plaintiffs' contention that both Hawaii laws at issue in this litigation are unconstitutional.

      In *Price*, the Court found that "1791" was the correct starting point to conduct a historical analysis. *Id* at *11. The Court then found 18 U.S.C. § 922(k)'s purpose is to prevent crime. "It is difficult to imagine that this societal problem did not exist at the founding." *Id*. *14 (S.D. W. Va. Oct. 12, 2022). Therefore, the Court could not engage in analogical reasoning to uphold 18 U.S.C. § 922(k). And even if it could, there was no colonial analog to prohibiting firearms without serial numbers. Therefore, it found the law to be unconstitutional.

      Similarly, both Hawaii laws at issue do not have a historical equivalent yet they both were drafted to address firearm violence which also existed during the colonial era. Therefore, the inquiry should end there. However, even if this Court were to engage in analogical reasoning, Hawaii has failed to produce any applicable analogs. Rather, the inapplicable examples it produced demonstrates that the Founding Era addressed firearm violence through "materially different means". *Id* at *16 (quoting *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111, 2131 (2022)). "Under *Bruen*, this is "evidence that [the] modern regulation is unconstitutional"". *Id* at * 17 (quoting *Bruen,* 142 S. Ct. at 2131).

      Yours very truly,

                            /s/ Alan Beck
                            Alan Beck

CERTIFICATE OF SERVICE

    I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 298 words as calculated by Microsoft Office 365.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 21st day of October 2022.

s/ Alan Beck