# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

October 21, 2022

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

**Re:** *Todd Yukutake et. al., v. Holly T. Shikada et. al.*, **No. 21-16756**

Dear Ms. Dwyer:

      I write this Court to inform it of a recently produced law review article. Smith, Mark W., "Not all History is Created Equal": In the Post-Bruen World, the Critical Period for Historical Analogues is when the Second Amendment was Ratified in 1791, and not 1868 (October 1, 2022) Available at SSRN: https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4248297 (attached) argues that the period of ratification of the Second Amendment at 1791 is the time period that a court should look at in order to see if a modern day practice has a historical analog. Plaintiffs have made a similar argument in their supplemental briefing. Thus, this paper supports their legal arguments. *See* Supplemental Brief at 6, 10,

      Yours very truly,

                                   /s/ Alan Beck
                                   Alan Beck

## CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 111 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 21st day of October 2022.

s/ Alan Beck