UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>HOLLY T. SHIKADA, Esquire, Deputy Assistant Attorney General, In her Official Capacity as the Attorney General of the State of Hawaii,<br><br>　　　　Defendant - Appellant,<br><br> and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　Defendant. | No. 21-16756<br><br>D.C. No. 1:19-cv-00578-JMS-RT<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The amicus brief submitted on September 19, 2022 by Gun Owners of America, Inc.; et al., is filed. No additional paper copies are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7