

**JOSH GREEN, M.D.**
GOVERNOR

**ANNE E. LOPEZ**
ATTORNEY GENERAL

**MATTHEW S. DVONCH**
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
*Ka ʻOihana O Ka Loio Kuhina*
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1500

January 12, 2023

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:   *Yukutake v. Lopez,* No. 21-16756
      Letter re Substitution of Parties

Dear Ms. Dwyer:

I represent the Defendant-Appellant in the above-referenced matter.  I write to inform the Court that ANNE E. LOPEZ is now the Attorney General of Hawaiʻi. Federal Rules of Appellate Procedure Rule 43(c)(2) provides:  "When a public officer who is a party to an appeal or other proceeding in an official capacity dies, resigns, or otherwise ceases to hold office, the action does not abate. The public officer's successor is automatically substituted as a party."

The Attorney General was sued in her official capacity in this case. Therefore, Ms. LOPEZ should be substituted in place of HOLLY T. SHIKADA in the caption of this matter and in all future proceedings.

Molly C. Dwyer, Clerk of the Court
January 12, 2023
Page 2

Sincerely,

s/ Robert T. Nakatsuji
ROBERT T. NAKATSUJI
First Deputy Solicitor General

Attorney for Defendant-Appellant

cc: Counsel for all participants (via CM/ECF system)