# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

February 4, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Todd Yukutake et. al., v. Anne E. Lopez et. al.,* **No. 21-16756**

Dear Ms. Dwyer:

      I write this court to inform it of the recent opinion in *United States v. Harrison*, No. CR-22-00328-PRW, 2023 U.S. Dist. LEXIS 18397 (W.D. Okla. Feb. 3, 2023) (attached). There, the Court struck 18 U.S.C. § 922(g)(3) as unconstitutional. This decision is relevant to Plaintiffs' challenge because in *Harris,* the government relied on historical laws disarming loyalists. Similarly, here, the Attorney General relies on pre-ratification colonial law which required loyalty oaths to justify the two laws at issue in this litigation.

      As a preliminary matter, Plaintiffs maintain that these are not relevantly similar to the Hawaii laws at issue in this litigation. Secondly, *Harrison* demonstrates that these laws should not be relied upon *at all* to justify any firearm law. "The United States' reliance on laws restricting the rights of Catholics, loyalists, and others deemed untrustworthy similarly misses the mark." *Id*. at *42. "It is difficult to think that the public who adopted the Second Amendment intended to incorporate the Catholic and loyalist type of pre-constitutional restrictions—and the United States' broader theory of legislatively determined "untrustworthiness"—into the federal Constitution." *Id.* at *45. "Today, we would not allow the government to shut down news outlets because the persons running the outlet could not be trusted, even though Revolutionary War-era Virginia did just that to Loyalists and Pennsylvania the same to Quakers." *Id*. at *46. "In any event, the laws restricting the rights of Catholics and loyalists from keeping and bearing arms cannot provide the basis for a historical analogue to § 922(g)(3)." *Id.* at *46-47. Similarly, the Attorney General's use of colonial loyalty oaths cannot be used to justify the Hawaii registration laws at issue in this litigation.

      Yours very truly,

                                               /s/ Alan Beck
                                               Alan Beck

## **CERTIFICATE OF SERVICE**

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 282 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 4th day of February 2023.


s/ Alan Beck