# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

March 29, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Todd Yukutake et. al., v. Anne E. Lopez et. al.,* **No. 21-16756**

Dear Ms. Dwyer:

    I write this Court to inform it of the repeal of North Carolina's Pistol Purchase Permit law N.C. Gen. Stat. § 14-402. *See* Session Law 2023-8, Senate Bill 41, https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S41v4.pdf (last visited 3/29/2023).

    In her Opening Brief, the Attorney General relied on North Carolina's Pistol Purchase Permit law to argue that Hawaii's law is not an outlier. *See* Defendant's Opening Brief at 34 n. 13. Thus, this letter is filed to update the number of states with permit to purchase laws.

    Yours very truly,

                             /s/ Alan Beck
                             Alan Beck

## **CERTIFICATE OF SERVICE**

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 83 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 29th day of March, 2023.

*s/ Alan Beck*