# **DECLARATION OF TODD YUKUTAKE**

I, Todd Yukutake, declare as follows:

1. I am a Plaintiff in the present case and a citizen of the United States of America.

2. I have personal knowledge of myself, my activities, and my intentions, including those set out in this declaration, and if called on to testify, I would competently testify as to the matters stated herein.

3. I have purchased firearms through private party sales in Hawaii in the past and registered them in person at the Honolulu Police Department. I intend to do so again without delay in the future if in person registration were removed. I currently refrain from doing so solely due to the burden of in person registration. I have also purchased firearms from the mainland through the Civilian Marksmanship Program in the past and I registered them in person at the Honolulu Police Department. I intend to purchase firearms from the mainland in the future through the Civilian Marksmanship Program if in person registration were removed. I currently refrain from doing so solely because of the burden of in person registration.

4. Hawaii's proposed 30-day expiration period will still infringe on my Second Amendment rights as permits to acquire handguns will still last just a little bit

longer, but they still expire quickly, unlike the permit to acquire a long arm, which lasts for a year.

5. In short, the amendments to the law have not given me all the relief sought in my complaint, and still infringes my rights as an American citizen under the Second Amendment.

6. I declare under penalty of perjury under the laws of the United States of America that the factual statements in this declaration concerning myself, my activities and my intentions are true and correct.

Executed on May 11, 2023.

_____
Todd Yukutake