# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

November 21, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

**Re: *Yukutake, et al. v. Anne E. Lopez, et al.*; No. 21-16756**

Dear Ms. Dwyer:

I write this Court to inform it of the recently released decision in *Md. Shall Issue, Inc. v. Moore,* No. 21-2017 (4th Cir., Nov. 21, 2023) (attached). There, the Fourth Circuit found Maryland's handgun qualification license requirements violate the Second Amendment. In doing so, it first found that the requirements implicate the plain text of the Second Amendment and held "the temporary deprivation that Plaintiffs allege is a facially plausible Second Amendment violation." *Id.* at *12. "Accordingly, Maryland's law regulates conduct that falls within the Second Amendment's plain text." *Id.* at *13. Similarly, the two challenged Hawaii laws implicate the plain text of the Second Amendment because they constitute a burden on Plaintiffs' ability to acquire firearms.

The Fourth Circuit then rejected the use of colonial militia laws to justify the scheme and found "militia-training laws are not a valid historical analogue justifying Maryland's law." *Id.* at *19. "And, because they imposed a different burden, the militia-training laws are not 'relevantly similar' to Maryland's law." *Id.* Similarly, Hawaii relies on militia laws. Hawaii Supplemental Brief Doc. No. [52-1] at 8-19.  This Court should similarly find militia laws are not relevantly similar. This Court should rely on the Fourth Circuit's reasoning and find the challenged laws unconstitutional.

Yours very truly,

/s/ Alan Beck
Alan Beck

## CERTIFICATE OF SERVICE

On this, the 21st day of November 2023, I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 209 words as calculated by Microsoft Office 365.  I declare under penalty of perjury that the foregoing is true and correct.


Executed this the 21st day of November 2023


s/ Alan Beck