# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

January 11, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

      **Re: *Yukutake, et al. v. Anne E. Lopez, et al.*; No. 21-16756**

Dear Ms. Dwyer:

    I write this Court to inform it of the recently issued opinion in *Arnold v. Kotek,* 2023 Ore. Cir. LEXIS 3887 (attached). There, an Oregon Court found Oregon's permit to acquire system is unconstitutional under the Oregon constitution. Oregon's state constitutional analysis largely mirrors the historical analysis required under the federal constitution. *See State v. Kessler*, 289 Or. 359, 362, 614 P.2d 94, 95 (1980) ("We begin first with an examination of this historical background…"); *See also State v. Delgado*, 298 Or. 395 (1984); *See also Teter v. Lopez*, 76 F.4th 938, 942 (9th Cir. 2023) (citing *Delgado*).

    At oral argument, counsel for Plaintiffs stated that there is a justification for Hawaii's basic registration. Oral Argument at 37:10-37:40. The *Arnold* court's detailed analysis has convinced Plaintiffs that basic registration is unconstitutional. Pursuant to *Arnold*, the statement that there is justification for basic registration is error. On behalf of Plaintiffs, I retract that statement to the extent it means that basic registration is constitutional. As *Arnold* demonstrates, even Hawaii's basic registration scheme is unconstitutional.

    Yours very truly,

                                   /s/ Alan Beck
                                   Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

CERTIFICATE OF SERVICE

On this, the 11th day of January 2024, I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 282 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 11th day of January 2024

s/ Alan Beck