

JOSH GREEN, M.D.
GOVERNOR

ANNE E. LOPEZ
ATTORNEY GENERAL

MATTHEW S. DVONCH
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
*Ka ʻOihana O Ka Loio Kuhina*
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1500

January 16, 2024

<u>**Via CM/ECF**</u>

TO: Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

RE: *Yukutake v. Lopez*, No. 21-16756
Fed. R. App. P. Rule 28(j) Letter

Dear Ms. Dwyer:

The Attorney General respectfully submits this letter in response to Plaintiffs' Rule 28(j) letters of January 11 (Dkt. 92) and November 21 (Dkt. 88).

<u>First</u>, the Attorney General provides an update regarding *Maryland Shall Issue, Inc. v. Moore*, 86 F.4th 1038 (4th Cir. 2023), which Plaintiffs cited and relied on in their November 21 letter (Dkt. 88). On January 11, the full Fourth Circuit granted rehearing en banc in the *Maryland Shall Issue* case. *See* Exhibit A. As a result, the opinion of the three-judge panel in *Maryland Shall Issue* has been vacated. *See* Fourth Cir. R. 35(c); *Boyer-Liberto v. Fontainebleau Corp.*, 786 F.3d 264, 268 (4th Cir. 2015) ("The panel's decision was vacated … by our grant of rehearing en banc.").

<u>Second</u>, insofar as Plaintiffs seek to use a Rule 28(j) letter—filed years after this appeal began, and nearly a year after oral argument—as a vehicle to try to introduce and advance a new constitutional challenge to Hawaiʻi's shall-issue firearms registration system, Plaintiffs' letter is plainly inappropriate and should be

disregarded. At a minimum, it is readily apparent that no such challenge was ever raised "clearly and distinctly" in Plaintiffs' briefs in this case, as Ninth Circuit law requires. Nor was any such challenge alleged in Plaintiffs' complaint or litigated before the district court, or otherwise raised on appeal before this Court. Any such argument has plainly been forfeited. *See, e.g.*, *Maciel v. Cate*, 731 F.3d 928, 932 n.4 (9th Cir. 2013) (describing as "improper[]" argument raised for first time in a Rule 28(j) letter). "Indeed, considering an argument advanced for the first time in a Rule 28(j) filing is not only unfair to the appellee, it also creates the risk of an improvident or ill-advised opinion being issued on an unbriefed issue." *United States v. Leeson*, 453 F.3d 631, 638 n.4 (4th Cir. 2006); *see Thacker v. Workman*, 678 F.3d 820, 842 (10th Cir. 2012) ("It is well established that we will not consider issues raised for the first time in a Rule 28(j) letter.").

        Yours truly,

        /s/ *Kalikoʻonālani D. Fernandes*
        KALIKOʻONĀLANI D. FERNANDES

        *Counsel for Defendant Anne E. Lopez,*
        *in her official capacity as the*
        *Attorney General of the State of Hawaiʻi*

CC: All counsel (via CM/ECF system)

Exhibits

FILED: January 11, 2024

UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2017 (L)
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INC., for itself and its members; ATLANTIC GUNS, INC.; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

  Plaintiffs - Appellants

and

ANA SLIVEIRA; CHRISTINE BUNCH

  Plaintiffs

v.

WES MOORE, in his capacity as Governor of Maryland; WOODROW W. JONES, III, Colonel

  Defendants - Appellees

-------------------------------

FIREARMS POLICY COALITION, INC.; FPC ACTION FOUNDATION; INDEPENDENCE INSTITUTE

  Amici Supporting Appellant

# EXHIBIT A

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively scheduled for oral argument during the March 19-22, 2024, oral argument session in Richmond, Virginia.

                                          For the Court

                                          /s/ Nwamaka Anowi, Clerk