# Ⓢ Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

March 4, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

**Re:** *Yukutake, et al. v. Lopez;* No. 21-16756

Dear Ms. Dwyer:

Defendants rely on *McDonald v. Lawson*, Nos. 22-56220, 23-55069, 2024 U.S. App. LEXIS 4755 (9th Cir. Feb. 29, 2024) for the proposition that *Yukutake* is moot. Hawaii's attempt to moot this case by merely extending its outlier law from 10 days to 30 days does nothing to the case.  And as Plaintiffs argued in their Answering Brief, Hawaii has "no legitimate reason or basis in making a long gun permit to acquire one year and a handgun permit to acquire for ten days."   Answering Brief at 51.  Additionally, Plaintiffs argued that "there is no real difference" and that the "expiration of handgun permits to acquire is an arbitrary number and unsupported by evidence." *Id.* at 52.

If, however, Hawaii repealed the **entirety** of the expiration for permits to acquire, then the "expiration date" part of the case would seem to be mooted under *McDonald*.

As to the "in person registration," the district court held that in person registration violated the Second Amendment.  *See Yukutake v. Conners*, 554 F. Supp. 3d 1074, 1091 (D. Haw. 2021).  As Plaintiffs stated in their Response to Hawaii's Motion to Dismiss, Hawaii's replacement still "require[s] those who wish to acquire firearms from a private party [or] from the mainland … to engage in in-person registration[,]" and that "Plaintiffs challenged the in-person registration requirement in its entirety." *See* DktEntry 81-1 at 6.

In *McDonald,* "California repealed AB 2098 while [those] appeals were pending[.]"  *McDonald*, at *4.  However, Hawaii here has not repealed the **entirety** of

its in-person registration requirement, and thus, even under *McDonald*, the case is not moot.

Yours very truly,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

cc: All counsel of record (CM/ECF)