# Ⓢ Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS 38654 | (601) 852-3440 | stephen@sdslaw.us

April 16, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

    **Re:** *Yukutake, et al. v. Lopez*; No. 21-16756

Dear Ms. Dwyer:

    Pursuant to Circuit Rule 25-2 and Circuit Advisory Committee Note to Rule 25-2, Plaintiffs-Appellees submit this letter to the Court advising that this matter was argued and submitted on February 14, 2023.

    Pursuant to Circuit Advisory Committee Note to Rule 25-2(3), a party "is encouraged to communicate" to the Court if "a decision on the merits has not been issued within 9 months after submission[.]" In this case, "a decision on the merits" has been pending for approximately 14 months after submission of the case.

    Yours very truly,

                                    */s/ Stephen D. Stamboulieh*
                                    Stephen D. Stamboulieh

cc: All counsel of record (CM/ECF)