# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

February 11, 2025

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Todd Yukutake et. al., v. Ann Lopez et. al.,* No. 21-16756

Dear Ms. Dwyer:

The court in *Sedita v. United States*, No. 1:24-CV-00900 (TNM), 2025 WL 387962, (D.D.C. Feb. 4, 2025) (attached) recently denied the federal government's motion for summary judgment in a litigant's challenge to a series of long delays he experienced in being able to purchase a firearm due to the National Instant Criminal Background Check System. The Court held that "[i]n the context of Sedita's challenge, the Court finds a seemingly permissible background check regime could become abusive if riddled with inaccuracies but bereft of an effective method to correct those inaccuracies, leading to perpetual and inevitable delays on firearm purchases." *Id* at *11. In doing so the Court found that "[r]egulations impeding the acquisition of a firearm—including background checks—implicate the plain text of the Second Amendment. The ultimate question of whether such a regulation is an 'infringe[ment]' on a person's right to keep and bear arms, perhaps because it was 'put toward abusive ends,' is a matter dealt with at Step Two of the *Bruen* framework." *Id.* At Step Two, the Federal Officers bear the burden of "demonstrat[ing] that the regulation is consistent with this Nation's historical tradition of firearm regulation." *Id.*

This case supports Plaintiffs' challenge to Hawaii's laws because it demonstrates that both of the challenged laws are within the scope of the Second Amendment because they impede the acquisition of a firearm. Furthermore, because the State has not produced any historical tradition of relevantly similar laws, *Sedita* supports that the challenged laws are unconstitutional under the *Bruen* analysis.

Yours very truly,

/s/ Alan Beck
Alan Beck

## **CERTIFICATE OF SERVICE**

      I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 253 words as calculated by Microsoft Office 365.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 11th day of February 2025.


s/ Alan Beck