# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

February 11, 2025

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Todd Yukutake et. al., v. Ann Lopez et. al.,* **No. 21-16756**

Dear Ms. Dwyer:

The court in *People of the State of Illinois v. Vivian Claudine Brown*, No. 17-CM-60 Ill. (2nd Cir.) (Feb. 10, 2025) (attached) recently struck down the state of Illinois' requirement that people obtain Firearm Ownership Identification ("FOID") cards prior to possessing a firearm in their homes. The court found that:

> … the Defendant's activity of possessing a firearm with the confines of her home is an act protected by the Second Amendment. Additionally, there are no historical analogues to the FOID Act as required in *Bruen*. Finally, the Court finds that *any* fee associated with exercising the core fundamental Constitutional right of armed self-defense with the confines of one's home violates the Second Amendment.

*Id* at *14 (emphasis in original).

Assuredly, if obtaining a card and paying a small fee to exercise one's Second Amendment rights in the home is unconstitutional, then so are the much more onerous hurdles Plaintiffs' challenge in this lawsuit. Thus, this case supports Plaintiffs' challenge.

Yours very truly,

/s/ Alan Beck
Alan Beck

## **CERTIFICATE OF SERVICE**

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 163 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 11th day of February 2025.

s/ Alan Beck