# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

February 14, 2025

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

**Re:** *Todd Yukutake et. al., v. Ann Lopez et. al.,* No. 21-16756

Dear Ms. Dwyer:

The court in *Beckwith et. al. v. Frey*, 1:24-cv-00384-LEW (D. Me.) (Feb. 13, 2025) (attached) recently struck down the state of Maine's law which required a firearm purchaser to wait 72 hours before taking possession of a firearm after purchase. That court found that:

> The waiting period is not narrow since it applies to very near everyone seeking to purchase a firearm and their entire right to keep and bear any firearm at all through purchase is temporarily banned. Nor is the waiting period objective since it does not permit the evaluation of facts as they pertain to the individual seeking to carry away the firearm.

*Id.* at *13. It then stated that:

> Viewed dispassionately, the Act employs no standard at all to justify disarming individuals, let alone a standard that can be described as narrow, objective, or definite. Consequently, I find that Plaintiffs have demonstrated that they are likely to succeed on the merits of their Second Amendment claim.

*Id.* at *15.

The *Beckwith* court then looked for appropriate analogues, finding "no readily comparable precedent before the Twentieth Century," footnoting that it is "the late Twentieth Century at that[,]" and stating that "[s]tatutory schemes that impose a waiting period on persons who have already passed a background check … started to appear in the 1990s."  *Id.* at *12.

If a 72 hour "waiting period" violates the Second Amendment, Hawaii law which also places an arbitrary timeframe to use a handgun purchase permit (*see* Complaint at ¶20; H.R.S. §134-2(e)) to acquire that permit, must also be unconstitutional. Thus, this case supports the Plaintiffs' challenge.

Yours very truly,

/s/ Alan Beck
Alan Beck

## **CERTIFICATE OF SERVICE**

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 264 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 14th day of February 2025.

s/ Alan Beck