# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Todd Yukutake; David Kikukawa,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>Anne E. Lopez, in her Official Capacity as the Attorney General of the State of Hawaiʻi,<br><br>*Defendant-Appellant*<br><br>and<br><br>City and County of Honolulu,<br><br>*Defendant*. | No. 21-16756 |

**DEFENDANT-APPELLANT'S EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 FOR A 14-DAY EXTENSION OF TIME TO FILE A PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC
[RELIEF REQUESTED BY TUESDAY, MARCH 25, 2025]**

Defendant-Appellant Anne E. Lopez respectfully moves for a 14-day extension of time to file a petition for panel rehearing and/or rehearing en banc in response to this Court's opinion issued on March 14, 2025. A rehearing petition is currently due on Friday, March 28, 2025. Fed. R. App. P. 40(d)(1). With the 14-day extension requested in this motion, the petition would be due on Friday, April 11, 2025.

1. This case is an appeal from a permanent injunction against certain provisions of Hawaiʻi law relating to the acquisition of guns. The laws addressed in the panel's opinion include a requirement to purchase a gun within 30 days of a permit's issuance, and a requirement to present certain guns for inspection at a police station within 10 days of purchase. *See* Op. 7.

2. This appeal was argued and submitted on February 14, 2023. On March 14, 2025, the Court issued a divided panel opinion affirming the judgment in favor of Plaintiffs. The panel was divided three ways: Judge Collins delivered the judgment of the Court and wrote an opinion in part for the Court; Judge Lee concurred in part and in the judgment; and Judge Bea dissented. Judge Bea's dissent explains that the Court's opinion "contravenes controlling Circuit precedent" and "diverges from some [other] Circuits' applications of the Second Amendment." Op. 65.

3. Good cause exists for this requested extension. Undersigned counsel have newly been retained to represent the Attorney General in this matter this week, and require adequate time to review the record, the Court's opinion, and to prepare a petition that fully presents the issues for the Court's review. Additionally, undersigned counsel have several preexisting upcoming deadlines in other matters, including: a petition for rehearing en banc due March 20 in *United States v. Williamson*, No. 22-12843 (11th Cir.); an amicus brief due March 28 in *Pavia v.*

*NCAA*, No. 24-6153 (6th Cir.); an opening brief due April 4 in *United States v. Shah*, No. 24-2230 (7th Cir.); a reply brief in support of certiorari due April 8 in *Wye Oak Technology, Inc. v. Republic of Iraq*, No. 24-759 (U.S.); and a petition for a writ of certiorari due April 30 in *Coinbase, Inc. v. Kramer*, No. 24A856 (U.S.).

4. Plaintiffs will not be prejudiced by the minimal delay associated with this extension. The requested 14-day extension is short compared to the length of time this appeal has been pending. Moreover, the District Court's permanent injunction has already taken effect in part—the inspection requirement has been enjoined throughout this appeal. *See* Op. 11. As for the 30-day acquisition period, as the panel opinion notes, the time period for acquisition after permit issuance was legislatively extended from 10 to 30 days while this appeal was pending, *see id.* at 12, and Plaintiffs have not at any point moved to lift the stay pending appeal entered by the District Court.

5. Counsel for Appellees have indicated that Appellees oppose this motion. Given that the existing deadline is approximately one week away—on Friday, March 28—Appellant respectfully requests that the Court set a briefing schedule on this motion that will allow the Court to issue a decision by Tuesday, March 25 so that counsel may plan accordingly.

For these reasons, Appellant requests that this Court grant the motion for a 14-day extension of time, up to and including April 11, 2025, to file a petition for rehearing.

March 20, 2025

Respectfully submitted,

/s/ Reedy C. Swanson

ANNE E. LOPEZ
   *Attorney General of the State of Hawaiʻi*
KALIKOʻONĀLANI D. FERNANDES
   *Solicitor General*
STATE OF HAWAIʻI
DEPARTMENT OF THE ATTORNEY GENERAL
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

JO-ANN TAMILA SAGAR
REEDY C. SWANSON
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
reedy.swanson@hoganlovells.com

*Counsel for Defendant-Appellant Anne E. Lopez*

4

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the format, typeface, and type style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6). I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 568 words.

Dated: March 20, 2025                /s/ Reedy C. Swanson

**CERTIFICATE OF SERVICE**

I certify that on March 20, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Reedy C. Swanson