FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE; DAVID KIKUKAWA, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii, <br><br> Defendant-Appellant, <br><br> and <br><br> CITY AND COUNTY OF HONOLULU, <br><br> Defendant. | No. 21-16756 <br><br> D.C. No. 1:19-cv-00578-JMS-RT District of Hawaii, Honolulu <br><br> ORDER |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.

Judge Bennett did not participate in the deliberations or vote in this case.