NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE; DAVID KIKUKAWA, <br><br>              Plaintiffs-Appellees, <br><br>  v. <br><br> ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii, <br><br>              Defendant-Appellant, <br><br> and <br><br> CITY AND COUNTY OF HONOLULU, <br><br>              Defendant. | No.   21-16756 <br><br> D.C. No. 1:19-cv-00578-JMS-RT <br> District of Hawaii, <br> Honolulu <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

En banc oral argument will take place during the week of January 12, 2026, in Pasadena, California. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court eighteen additional paper copies of the original briefs and ten

additional paper copies of the excerpts of record.  The paper copies must be accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically.  The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/