**FILED**

AUG 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TODD YUKUTAKE; DAVID KIKUKAWA, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii, <br><br> Defendant-Appellant, <br><br> and <br><br> CITY AND COUNTY OF HONOLULU, <br><br> Defendant. | No. 21-16756 <br><br> D.C. No. 1:19-cv-00578-JMS-RT District of Hawaii, Honolulu <br><br> ORDER |

Defendant-Appellant's motion for supplemental briefing (Doc. 130) is GRANTED. The parties are directed to file supplemental briefs, not to exceed 15 pages unless they comply with the alternative length limitation of 4,200 words, addressing the impact of the legal developments identified in the parties' Rule 28(j) letters on the issues presented in this case. Defendant-Appellant's supplemental brief is due on October 13, 2025. Plaintiffs-Appellees' supplemental brief is due on November 13, 2025.

Any amicus curiae supporting the position of Defendant-Appellant or not

supporting either party must serve its brief, along with any necessary motion, no later than October 20, 2025. Any amicus curiae supporting the position of Plaintiffs-Appellees must serve its brief, along with any necessary motion, no later than November 20, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT