**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

**FILED**

SEP 02 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii, <br><br> Defendant - Appellant. | No. 21-16756 <br><br> D.C. No. 1:19-cv-00578-JMS-RT <br> U.S. District Court for Hawaii, Honolulu <br><br> **ORDER** |

The amicus brief submitted by National Association for Gun Rights on September 2, 2025 is filed.

Within 7 days of this order, amicus curiae is ordered to file 18 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT