UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

**OCT 21 2025**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

TODD YUKUTAKE and DAVID
KIKUKAWA,

   Plaintiffs - Appellees,

 v.

ANNE E. LOPEZ, In her Official
Capacity as the Attorney General of the
State of Hawaii,

   Defendant - Appellant.

No. 21-16756

D.C. No. 1:19-cv-00578-JMS-RT
U.S. District Court for Hawaii,
Honolulu

**ORDER**

---

The amicus brief submitted by States of Michigan; et al., on October 20,
2025 is filed.

Amici Curiae must file 6 copies of the brief in paper format securely bound
on the left side with green covers. Each copy must include certification at the end
that the copy is identical to the electronic version. The Form 18 certificate is
available on the Court's website, at https://www.ca9.uscourts.gov/forms.

The paper copies must be addressed to the Clerk's principal office and
mailed or transmitted to a delivery service within 7 days of this order. The delivery
address is 95 Seventh Street, San Francisco, CA 94103. The U.S. Mail address is
P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT