IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA<br>  Plaintiffs-Appellees,<br><br>v.<br><br>ANNE LOPEZ, in her official capacity as the Attorney General of the State of Hawaii<br>  Defendant-Appellant. | No. 21-16756 |

**PLAINTIFFS-APPELLEES' UNOPPOSED
MOTION TO CONTINUE ORAL ARGUMENT**

Plaintiffs-Appellees TODD YUKUTAKE and DAVID KIKUKAWA ("Plaintiffs") file their Unopposed Motion to Continue Oral Argument and request as follows:

In accordance with Federal Rule of Appellate Procedure Rule 27, Ninth Circuit Rule 27-1, the Plaintiffs-Appellees ("Plaintiffs") moves this Court for a continuance of oral argument to a later en banc week. The Defendant-Appellants have authorized Plaintiffs to represent that Hawai'i takes no position on this motion to reschedule the en banc argument.

Currently, oral argument in this case is set for the week of January 12, 2026, but a firm date has not been selected yet. Plaintiffs' attorney, Alan Beck, is the lawyer who is planning to conduct oral arguments. He is the lawyer who conducted oral arguments in the trial court and at the panel argument. Unfortunately, he is scheduled to present

1

argument at the U.S. Supreme Court on January 20, 2026, in *Wolford v. Lopez* 23-16164.[1] Mr. Beck is a solo practitioner who has never conducted argument at the U.S. Supreme Court before. As such, he does not believe he can adequately prepare for argument in *Wolford* and this case at the same time. Moreover, if this motion is granted, he is planning on attending a series of moot courts in D.C. the week of January 12, 2025. Including one at Georgetown Law school's Supreme Court clinic.

While it is true that Mr. Beck has co-counsel in this matter that could present argument, Mr. Beck is the only Hawaii licensed attorney representing Plaintiffs. As such, he has an intimate knowledge of Hawaii's shooting culture and community that his co-counsel does not which Plaintiffs believe will be important to presentation of argument. Moreover, if Mr. Beck is allowed to present argument in this matter, this will be Mr. Beck's third en banc argument before this Court.[2] And it would be a great source of professional pride to be allowed to do so for a third time.

Plaintiffs respectfully request that this Court grant their motion.

---

[1] *See* https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/24-1046.html.

[2] *See Teter v. Lopez,* 125 F.4th 1301 (9th Cir. 2025) argument available at https://www.youtube.com/watch?v=and3UFdpLTE; *See also Young v. Hawaii*, 992 F.3d 765 (9th Cir. 2021) argument available at https://www.youtube.com/watch?v=4cg_1J3Dj0E&t=11s.

Respectfully submitted, this the 15th of November, 2025.

*/s/ Alan Alexander Beck*
Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com


Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume, typeface, and type-style requirements of Federal Rule of Appellate Procedure 27 because it contains 357 words and was prepared using Microsoft Word 365 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Alan Alexander Beck*
Alan Alexander Beck

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Alan Alexander Beck*
Alan Alexander Beck