NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE; DAVID KIKUKAWA, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii, <br><br> Defendant-Appellant, <br><br> and <br><br> CITY AND COUNTY OF HONOLULU, <br><br> Defendant. | No. 21-16756 <br><br> D.C. No. 1:19-cv-00578-JMS-RT District of Hawaii, Honolulu <br><br> ORDER |

Appellees' unopposed motion to continue oral argument is GRANTED (Doc. 159).

En banc oral argument has been rescheduled from the week of January 12, 2026, in Pasadena, California, to the week of March 23, 2026, in Pasadena, California. The date and time will be determined by separate order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT