IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____
                                    )
Todd Yukutake, *et al.*,            )
                                    )
                Plaintiffs-Appellees,)
                                    )
v.                                  )   No. 21-16756
                                    )
Anne E. Lopez, in her official capacity as )
the Attorney General of the State of Hawaii, )
                                    )
                Defendant-Appellant. )
_____ )

## MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

*Amici Curiae* Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Tennessee Firearms Association, Tennessee Firearms Foundation, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, Coalition of New Jersey Firearm Owners, Connecticut Citizens Defense League, America's Future, U.S. Constitutional Rights Legal Defense Fund, Conservative Legal Defense and Education Fund, and Restoring Liberty Action Committee hereby move for leave to file a brief *amicus curiae* in support of Plaintiffs-Appellees. These groups hereby state as follows:

1. All parties consent to the filing of this *amicus* brief.

2

2. *Amici* Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Tennessee Firearms Association, Tennessee Firearms Foundation, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, Coalition of New Jersey Firearm Owners, Connecticut Citizens Defense League, America's Future, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund are nonprofit organizations, exempt from federal taxation under sections 501(c)(3) or 501(c)(4) of the Internal Revenue Code. Restoring Liberty Action Committee is an educational organization. Each is dedicated, *inter alia*, to the correct construction, interpretation, and application of law.

3. Most of these *amici* filed two previous *amicus* briefs in this case; *see* [Brief *Amicus Curiae* of Gun Owners of America, Inc., *et al.*](#) (May 2, 2022), and [Supplemental Brief *Amicus Curiae* of Gun Owners of America, Inc., *et al.*](#) (September 19, 2022). *Amici* believe that this brief will be of assistance to the Court in its *en banc* consideration of this case.

4. This *amicus* brief is being filed within the time set by the Court's order for supplemental briefs. Thus, it is believed that no party will be prejudiced by the filing of this brief.

3

WHEREFORE, the above groups respectfully request that this Court grant them leave to file an *amicus curiae* brief in support of Plaintiffs-Appellees.

                                            Respectfully submitted,

                                            /s/ Jeremiah L. Morgan
                                            Jeremiah L. Morgan
                                            WILLIAM J. OLSON, P.C.
                                              370 Maple Avenue West, Suite 4
                                              Vienna, VA 22180-5615
                                              (703) 356-5070
                                              (703) 356-5085 (fax)
                                              wjo@mindspring.com
November 20, 2025                    Attorneys for *Amici Curiae* Gun
                                              Owners of America, *et al*.

4

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion for Leave to File Brief *Amici Curiae*, was made, this 20th day of November 2025, by the Court's Case Management/ Electronic Case Files system upon the attorneys for the parties.

    /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
Attorney for *Amici Curiae*
Gun Owners of America, *et al.*