UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii,<br><br>        Defendant - Appellant,<br><br> and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant. | No. 21-16756<br><br>D.C. No. 1:19-cv-00578-JMS-RT<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The amicus brief submitted on November 20, 2025 by U.S. Sportsmen's Alliance Foundation is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT