UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, Plaintiffs - Appellees, v. ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii, Defendant - Appellant, and CITY AND COUNTY OF HONOLULU, Defendant. | No. 21-16756 D.C. No. 1:19-cv-00578-JMS-RT U.S. District Court for Hawaii, Honolulu **ORDER** |

The amicus brief submitted on November 20, 2025 by National Shooting Sports Foundation, Inc. is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT