UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii, <br><br> Defendant - Appellant, <br><br> and <br><br> CITY AND COUNTY OF HONOLULU, <br><br> Defendant. | No. 21-16756 <br><br> D.C. No. 1:19-cv-00578-JMS-RT <br> U.S. District Court for Hawaii, Honolulu <br><br> **ORDER** |

The amicus brief submitted on November 20, 2025 by Idaho is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT