UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD YUKUTAKE and DAVID KIKUKAWA, | No. 21-16756 |
| Plaintiffs - Appellees, | D.C. No. 1:19-cv-00578-JMS-RT U.S. District Court for Hawaii, Honolulu |
| v. | |
| ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii, | **ORDER** |
| Defendant - Appellant, | |
| and | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant. | |

The motion for leave to file an amicus brief filed by Gun Owners of America, Inc. et al. at Docket Entry No. 164 is stricken as unnecessary because all parties have consented to the filing of the brief. See Fed. R. App. P. 29(a)(2) and Circuit Advisory Committee Note to Rule 29-3. The amicus brief submitted on November 20, 2025 by Gun Owners of America, Inc. is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT