# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

January 12, 2026

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

**Re:** *Todd Yukutake et. al., v. Ann Lopez et. al.,* No. 21-16756

Dear Ms. Dwyer:

      Plaintiffs submit this letter pursuant to Rule 28(j), to bring the Court's attention to an amicus brief filed by the Department of Justice in *Rhode v. Bonta*, No. 24-542 (9th Cir. Jan. 5, 2026) ("Amicus") (attached).  *Rhode* is a case involving California's ammunition background-check scheme.  Plaintiffs file this 28(j) to highlight the position of the United States in *Rhode*, and how that position aligns with Plaintiffs' position here.

      First, if "[l]aws that directly regulate ammunition acquisition satisfy step one of the Bruen framework," (Amicus at 9) then laws that regulate the "acquisition of a firearm by an individual" is also conduct protected by the Second Amendment.  *See also* Yukutake Supplemental Brief at 4 ("To 'keep and bear Arms' includes the right to acquire 'Arms'."); *Id*. at 5 ("Plaintiffs' proposed conduct, acquiring arms, fits within the plain text."  *Cf. Yukutake v. Lopez*, 130 F.4th 1077, 1109 (9th Cir. 2025) (Bea J., dissenting) ("[t]he plain text of the Second Amendment does not wholly protect the purchase or the acquisition of firearms.").

      Second, the United States explained that the debate over whether a law "meaningfully constrains the right to keep and bear arms" is "unnecessary under a proper understanding of the *Bruen* framework[,]" stating that the "degree of the burden is irrelevant at step one…"  Amicus at 6. *See also Yukutake* Supplemental Brief, DktEntry 157 at 1 ("to the extent that this Court's 'meaningfully constrained' is interpreted to require more than an 'infringement' of the right, that test has no basis in text, history or tradition.") *See also* DktEntry 136, Brief of Second Amendment Foundation, et al at 14 ("asking whether a gun law 'meaningfully constrains' the right to keep and bear arms is obviously just an inquiry into the 'severity of the burden.'").

      Respectfully submitted,

      /s/ Alan Beck
      Alan Beck

cc: All counsel of record (via ECF)