

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Jo-Ann Tamila Sagar
Partner
(202) 637-5600
www.hoganlovells.com

January 28, 2026

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box. 193939
San Francisco, CA 94119-3939

Re: *Yukutake v. Lopez*, No. 21-16756

Dear Ms. Dwyer,

The Department of Justice ("DOJ")'s amicus brief in *Rhode v. Bonta*, No. 24-542, has no bearing here.

As Hawaiʻi explained in its supplemental brief, this case concerns a "shall-issue licensing regime[]." ECF No. 148 at 1. Following the Supreme Court's decision in *New York State Rifle & Pistol Association v. Bruen*, 597 U.S. 1 (2022), appellate courts have concluded that such regimes generally do not infringe on the right to keep and bear arms, and are thus presumptively constitutional under *Bruen*'s first step. ECF No. 148 at 7-8. To rebut that presumption and proceed to *Bruen*'s second step, a plaintiff must demonstrate that the licensing regime meaningfully constrains Second Amendment rights such that it is being put toward abusive ends. *Id.* at 10-11.

In the now-vacated opinion in *Rhode*, a panel of this Court concluded that the California ammunition scheme under review was "not analogous to a shall-issue licensing regime." *Rhode v. Bonta*, 145 F.4th 1090, 1117. DOJ's amicus brief does not argue otherwise. Instead, it analyzes California's regime as a presumptively *unlawful* restriction without any discussion of shall-issue schemes or how they fit into *Bruen*'s two-part test. Amicus Br. at 5-29. Indeed, DOJ distinguishes California's law from a presumptively constitutional shall-issue licensing regime. *Id.* at 17-18. Accordingly, however the meaningful constraint inquiry operates outside the shall-issue context, this Court has no need to address DOJ's arguments on that score here. *But see, e.g.*, *B & L Prods., Inc. v. Newsom*, 104 F.4th 108, 117-119 (9th Cir. 2024) (applying meaningful constraint inquiry at step one to restriction on sale of firearms and ammunition).

Respectfully submitted,
/s/ Jo-Ann Tamila Sagar
Jo-Ann Tamila Sagar

cc: All Counsel of Record (via CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. For more information see www.hoganlovells.com.