| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAR 2 2026 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TODD YUKUTAKE; DAVID KIKUKAWA,

        Plaintiffs-Appellees,

 v.

ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii,

        Defendant-Appellant,

 and

CITY AND COUNTY OF HONOLULU,

        Defendant.

No. 21-16756

D.C. No. 1:19-cv-00578-JMS-RT
District of Hawaii, Honolulu

ORDER

**MURGUIA**, Chief Judge.

    Oral argument in this en banc case will be held at 1:00 p.m. on Tuesday, March 24, 2026, in Courtroom Three of the Richard H. Chambers Courthouse, located at 125 South Grand Avenue in Pasadena, California 91105.