# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

March 6, 2026

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

**Re:** *Yukutake, et al. v. Anne E. Lopez, et al;* No. 21-16756

Dear Ms. Dwyer:

    Pursuant to Federal Rule of Appellate Procedure 28(j), Appellees submit the recent decision in *Benson v. United States,* No. 23-CF-0514, 2026 LX 176441 (Mar. 5, 2026) (attached), as supplemental authority. *Benson* is directly relevant to Appellees' argument that they may properly bring a facial challenge to H.R.S. § 134-2(e) and H.R.S. § 134-3(b).

    In *Benson*, the District of Columbia Court of Appeals held D.C.'s ban on firearm magazines holding more than 10 rounds unconstitutional. Crucially, the Court found that "the 11+ magazine ban is facially unconstitutional because it is unconstitutional on its plain terms, not just in some idiosyncratic applications, and it is not readily susceptible to any judicial narrowing that avoids its constitutional infirmities. The fact that it captures some conduct that hypothetically could have been proscribed by a more narrow statute is beside the point." *Benson* at 43.  In other words, it is facially invalid, regardless of whether a narrower, hypothetical application could theoretically pass constitutional muster.The challenged statutes facially require everyone comply with the challenged requirements. Because these broad infringements on the right to acquire arms apply uniformly to all law-abiding citizens without historical justification, *Benson* reinforces that they are facially unconstitutional.

    *Benson* strongly refutes Hawaii's position that Appellees' must "show that the provisions operate as a meaningful constraint in every circumstance, as applied to every person in Hawai'i" in order to successfully bring a facial challenge to H.R.S. § 134-2(e) and H.R.S. § 134-3(b). This Court should rely on *Benson* and its existing precedent in *Wolford v. Lopez*, 116 F.4th 959, 984 (9th Cir. 2024) to find Plaintiffs have successfully raised a facial challenge because Hawaii law "seeks to

prohibit such a broad range of protected conduct that it is unconstitutionally overbroad." *Id.*

    Yours very truly,

                                      <u>/s/ Alan Beck</u>
                                      Alan Beck

CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 287 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 6th day of March 2026.


s/ Alan Beck