# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

March 27, 2026

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

**Re: *Todd Yukutake et. al., v. Ann Lopez et. al.,* No. 21-16756**

Dear Ms. Dwyer:

I write one final letter to address points made by the Attorney General at oral argument. Additional evidence that Hawaii's executive branch prompted the passage of H.B. No. 2075 is that H.B. No. 2075 was introduced at the request of the Governor. This is shown by looking at the legislative notes for H.B. No. 2075 which show it is part of the Governor's Package of bills.[1] In Hawaii this means that the bill was introduced by a legislator on behalf of the Governor. Additionally, Governor Ige subsequently signed H.B. No. 2075 into law. *See* Attached (Gov. Msg. No. 1130 where Governor Ige signs and approves H.B. No. 2075 into law).[2]

Second, I direct this Court to *Reese v. Bureau of Alcohol*, 127 F.4th 583 (5th Cir. 2025). At oral argument the Attorney General repeatedly stated that the Fifth Circuit's precedent supports her argument that a law must completely ban the acquisition of arms to be a meaningful constraint by relying on *McRorey v. Garland*, 99 F.4th 831 (5th Cir. 2024),   *Reese* was issued after *McRorey* and in *Reese* the Fifth Circuit found18 U.S.C.S. §§ 922(b)(1) and (c)(1) and their attendant regulations,  27 C.F.R. §§ 478.99(b), 478.124(a), and 478.96(b) violate the Second Amendment. "These provisions, in effect, prohibit Federal Firearms Licensees ("FFLs") from selling or delivering handguns to adults under the age of twenty-one." *See Reese*, 127 F.4th at 586. The Fifth Circuit found these laws and regulations violate the Second Amendment despite these laws not being a complete ban on the acquisition of handguns because "18-to-20-year-olds may acquire handguns through unlicensed, private sales." *See NRA of Am. v. Bureau of Alcohol*, 700 F.3d 185, 190 (5th Cir. 2012). Therefore, Fifth Circuit precedent does not support the Attorney General's position.

Yours very truly,

/s/ Alan Beck
Alan Beck

---

[1] *See* https://www.capitol.hawaii.gov/session/archives/measure_indiv_Archives.aspx?billtype=HB&billnumber=2075&year=2022 ; *See also* attached exhibit.
[2] Available at https://www.capitol.hawaii.gov/sessions/session2022/bills/GM1130_.PDF

## **CERTIFICATE OF SERVICE**

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this document has 299 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 27th day of March 2026.


s/ Alan Beck