

# HB2075 HD1 SD1 CD1



| | |
|---|---|
| Measure Title: | RELATING TO FIREARMS. |
| Report Title: | Firearms Inspections |
| Description: | Requires physical inspection of firearms under certain circumstances. Sunsets 6/30/2025. (CD1) |
| Companion: | SB3043 |
| Package: | Governor |
| Current Referral: | JDC |
| Introducer(s): | SAIKI (Introduced by request of another party) |
| Act: | 30 |

| Sort by Date | | Status Text |
|---|---|---|
| 6/6/2022 | S | Act 030, 06/03/2022 (Gov. Msg. No. 1130). |
| 6/ ⬤022 | H | Act 030, on 06/03/2022 |

