

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Jo-Ann Tamila Sagar
Partner
(202) 637-5600
www.hoganlovells.com

March 30, 2026

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box. 193939
San Francisco, CA 94119-3939

Re: *Yukutake v. Lopez*, No. 21-16756

Dear Ms. Dwyer,

Plaintiffs' effort to attribute H.B. 2075's passage to the Executive Branch misunderstands Hawai'i's separation of powers. Hawai'i's Constitution vests the "legislative power of the State" exclusively in the legislature. Haw. Const. art. III, § 1. Legislation is therefore attributable to the legislature. *See Teter v. Lopez*, 125 F.4th 1301, 1306-07 (9th Cir. 2025) (en banc).

Neither a Deputy Attorney General's testimony in support of a bill, nor a bill's inclusion in the Governor's package of proposed legislation, nor a Governor signing a bill alters that conclusion. It is still the legislature that determines whether to pass a bill. Indeed, the legislature chose not to adopt the Attorney General's recommended changes to the permit validity period in H.B. 2075. Plaintiffs point to no obligation on the legislature to pass a measure because any particular testifier supports, opposes, or comments on it.

The Deputy Attorney General was one of many individuals and organizations that testified on H.B. 2075.[1] Plaintiff Todd Yukutake also testified. During a

---

[1] There were 264 pages of written testimony submitted on H.B. 2075. Hawai'i State Legislature, *HB2075 HD1 SD1 CD1*, https://www.capitol.hawaii.gov/session/archives/measure_indiv_Archives.aspx?billtype=HB&billnumber=2075&year=2022.

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. For more information see www.hoganlovells.com.

hearing, Mr. Yukutake testified that he opposes the bill but "support[s] the permit extension date to 30 days."[2]  The legislature is not bound to act in accordance with the Attorney General's or Mr. Yukutake's "endorsement" or opposition to any particular bill.

If the Court is interested in what prompted the legislature to enact H.B. 2075, it may refer to the legislative findings in the Act itself.  *See* Act 30, Session Laws of Hawaiʻi 2022. The legislature credited Hawaiʻi's firearms laws with its "low rates of gun violence incidents." Act 30, Sec. 1. The legislature recognized the district court's ruling in this case, and explained its amendments by discussing "the important government interest of public safety" and outlining laws common "around the time of the Second Amendment's ratification in 1791." *Id.*

Respectfully submitted,
/s/ Jo-Ann Tamila Sagar
Jo-Ann Tamila Sagar

cc: All Counsel of Record (via CM/ECF)

---

[2] H. Comm. on Judiciary, Hearing on H.B. 2075, at 1:31:00-1:31:25 (Mar. 29, 2022), https://www.youtube.com/live/KMpT6JngXG8?si=Jv3c3ldPzgWWvDT6&t=5460. Mr. Yukutake now opposes the 30-day permit validity period. *See generally* Dkt. 157, Pls.' Suppl. Br.