

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Jo-Ann Tamila Sagar
Partner
(202) 637-5600
www.hoganlovells.com

March 30, 2026

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box. 193939
San Francisco, CA 94119-3939

Re: *Yukutake v. Lopez*, No. 21-16756

Dear Ms. Dwyer,

 *Reese v. Bureau of Alcohol*, 127 F.4th 583 (5th Cir. 2025) does not support Plaintiffs' argument. That case is not new—Plaintiffs cited it (at 5, 13, 15, 16) in their supplemental brief. Nor does it involve acquisition-related regulations; rather, it addressed a near-total ban on firearm sales to "eighteen-to-twenty-year-old adults." *Reese*, 127 F.4th at 586. *Reese* thus has no bearing on the Fifth Circuit's repeated conclusion that acquisition-related regulations are "presumptively lawful" unless they operate as "de facto prohibitions" on acquisition. *McRorey v. Garland*, 99 F.4th 831, 838 n.18, 839 (5th Cir. 2024); *cf. United States v. Peterson*, 161 F.4th 331, 339-340 (5th Cir. 2025).

Respectfully submitted,
/s/ Jo-Ann Tamila Sagar
Jo-Ann Tamila Sagar

cc: All Counsel of Record (via CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. For more information see www.hoganlovells.com.