

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

T:  +1 202 637 5600
F:  +1 202 637 5910
www.hlc.com

July 1, 2026

**VIA CM/ECF**

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Yukutake v. Lopez*, No. 21-16756

Dear Ms. Dwyer,

Plaintiffs cite two new cases in their response on *DeBorba*. Dkt. 194. Neither advances their case. Plaintiffs first point to Judge Richardson's concurrence in *United States v. Speed*, 175 F.4th 272 (4th Cir. 2026). But *Speed* supports Hawai'i, not Plaintiffs. The *Speed* majority reaffirmed that "shall-issue licensing regimes" are "presumptively constitutional" and that plaintiffs "bear[] the burden of overcoming that presumption by showing the regime was abusive." *Id.* at 285-286. That holding directly supports Hawai'i's position here. *See* Hawai'i En Banc Br. 6-8; *contra* Plaintiffs' En Banc Br. 2-5, 7-8.

Judge Richardson's concurrence does not alter that conclusion. He wrote separately only to "reiterate" his disagreement with treating shall-issue regimes as "presumptively constitutional." *Speed*, 175 F.4th at 290-291 (Richardson, J., concurring). His critique is neither new nor controlling—a point Judge Richardson himself acknowledged. *Id.* at 290 ("Circuit precedent binds me, so I concur in the Court's rejection of Speed's Second Amendment challenge."). Plaintiffs' supplemental authority thus reinforces Hawai'i's position, not theirs.

Plaintiffs' invocation of *United States v. Hemani*, No. 24-1234, 2026 WL 1751710 (U.S. June 18, 2026) fares no better. That case said nothing about shall-issue regimes, ancillary acquisition-related regulations, or *Bruen*'s footnote 9. It instead addressed a total "ban" on firearm possession for people who "use[] marijuana a few times a week." *Id.* at *3. *Hemani* therefore has no bearing on this case.

Respectfully submitted,

/s/ Jo-Ann Tamila Sagar
Jo-Ann Tamila Sagar

cc: All Counsel of Record (via CM/ECF)

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader International LLP and Hogan Lovells Cadwalader US LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.