

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

T: +1 202 637 5600
F: +1 202 637 5910
www.hlc.com

July 1, 2026

**VIA CM/ECF**

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Yukutake v. Lopez*, No. 21-16756

Dear Ms. Dwyer,

The United States Supreme Court's decision in *Wolford v. Lopez* does not support Plaintiffs in this case. No. 24-1046, slip op. (U.S. June 25, 2026). *Wolford* involved a "ban" on carrying firearms on private property open to the public absent "express authorization" from "the owner, lessee, operator, or manager of the property." *Id.* at 12 (citations and internal quotation marks omitted). The Court held that prohibition was unconstitutional because it "f[e]ll within the plain text of the Second Amendment" and the State did not provide sufficiently "analogous colonial and early state laws" to support the ban. *Id.* at 13, 19. Nothing in *Wolford* undermines Hawai'i's arguments here.

To begin, *Wolford* said nothing about shall-issue regimes, ancillary acquisition-related regulations, or *Bruen*'s footnote 9. It thus does not "contradict[]" Hawai'i's *Bruen* step-one argument; it simply has nothing to say on the matter. Dkt. 195 at 1.

Nor did *Wolford* alter *Bruen*'s step-two framework. Plaintiffs suggest that the Supreme Court, in a section providing an "overview" of its Second Amendment jurisprudence, *Wolford*, slip op. at 2, somehow changed the step-two inquiry. It did not. To the contrary, *Wolford* reiterated that historical analogues "need not be a 'dead ringer' or 'historical *twin*'" of the modern law to pass constitutional muster. *Id.* at 8 (emphasis in original) (citation omitted). They need only be "relevantly similar" to the modern law—that is, similar in their "how" and "why." *Id.* (citation omitted). Hawai'i's historical analogues satisfy that standard. *See* Dkt. 52 at 8-26.

Respectfully submitted,

/s/ Jo-Ann Tamila Sagar
Jo-Ann Tamila Sagar

cc: All Counsel of Record (via CM/ECF)

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader International LLP and Hogan Lovells Cadwalader US LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.