# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com


September 6, 2026

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re: *Todd Yukutake et. al., v. Ann Lopez et. al.,* No. 21-16756**

Dear Ms. Dwyer:

In Plaintiffs' previous letter regarding Hawaii's history of mootness, Plaintiffs cited to *Roa et al v. Lopez* 1:23-cv-00079-DKW-RT which was a challenge to Hawaii's switchblade ban that was mooted by Hawaii's repeal of its law. *See* Doc. No. [200]. However, Plaintiffs neglected to cite to the portion of the *Roa* record which discusses the relevant legislative history. *Roa et al v. Lopez* 1:23-cv-00079-DKW-RT Doc. No. [22] (attached) is a status report which discusses the relevant legislative history. It is attached to this letter. Plaintiffs also attach the stipulation that was discussed in the prior letter in *Pagba v. City and County of Honolulu et al* 1:22-cv-00521-JMS-KJM for the convenience of the Court. *See Pagba v. City and County of Honolulu et al* 1:22-cv-00521-JMS-KJM Doc. No. [28] (attached).[1] In light of the fact Hawaii's repeal of the original laws are at issue in this litigation, Plaintiffs believe these authorities are relevant to the disposition of this case.

Yours very truly,

/s/ Alan Beck
Alan Beck

---

[11] Available at https://storage.courtlistener.com/recap/gov.uscourts.hid.162709/gov.uscourts.hid.162709.28.0.pdf

## CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 159 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 6th day of September 2026.

s/ Alan Beck