# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com


September 8, 2026

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re: *Todd Yukutake et. al., v. Ann Lopez et. al.,* No. 21-16756**

Dear Ms. Dwyer:

Plaintiffs previously submitted oral testimony which was submitted by the Attorney General's office in support of H.B. No. 2075. *See* Doc. No. [186]. That is the House Bill that amended the original version of the two laws which are at issue in this litigation. In this letter, Plaintiffs submit the written testimony that the Attorney General's office submitted in support of this bill and the written testimony that the Attorney General's office submitted in support of the Senate version of the bill.

On February 8, 2022, while H.B. No. 2075 was still in committee, the Attorney General's office submitted testimony in support of its passage. It is available at the following link and attached to this letter.

https://www.capitol.hawaii.gov/sessions/Session2022/Testimony/HB2075_TESTIMONY_JHA_02-08-22_.PDF

On March 29, 2022, the Attorney General's office submitted testimony in support of H.B. No. 2075. It is available at the following link and attached to this letter.
https://www.capitol.hawaii.gov/sessions/Session2022/Testimony/HB2075_HD1_TESTIMONY_JDC_03-29-22_.PDF

On February 3, 2022, the Attorney General's office submitted testimony in support of S.B. NO. 3043 which is the Hawaii Senate version of H.B. No. 2075. It is available at the following link and attached to this letter.
https://www.capitol.hawaii.gov/sessions/Session2022/Testimony/SB3043_TESTIMONY_PSM_02-03-22_.PDF

For all the reasons the oral testimony in support of HB 2075, which was previously submitted to this Court, is relevant to this litigation so is the written testimony.

Yours very truly,

/s/ Alan Beck
Alan Beck

## CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 215 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 8th day of September 2026.

s/ Alan Beck