HOGAN LOVELLS CADWALADER

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

T: +1 202 637 5600
F: +1 202 637 5910
www.hlc.com

September 9, 2026

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Yukutake v. Lopez*, No. 21-16756

Dear Ms. Dwyer,

We write in response to Plaintiffs' three recent Rule 28(j) letters. Dkt. Nos. 200, 201, and 202. None of the letters identifies pertinent supplemental authority within the meaning of Rule 28(j). Plaintiffs instead use Rule 28(j) to present materials that have long been publicly available and are not relevant to the issues before the Court.

Plaintiffs devote their first two letters (Dkt. Nos. 200 and 201) to other Second Amendment cases affected by amendments passed by Hawai‘i's Legislature, but those cases have no bearing on the merits of the Second Amendment issues currently pending before the en banc Court. Moreover, as the en banc Court explained in *Teter v. Lopez*, 125 F.4th 1301 (9th Cir. 2025), there is "nothing nefarious" about a legislature's "effort to comply with the Supreme Court's or this court's decisions." *Id.* at 1310. Such conduct reflects "responsible lawmaking, not manipulation of the judicial process." *Id.* (citation omitted).

Plaintiffs' third letter (Dkt. No. 202) submits 2022 written testimony from the Attorney General's Office concerning H.B. 2075 that has been publicly available for years. Indeed, Hawai‘i previously noted the existence of this written testimony in a prior 28(j) response. *See* Dkt. No. 188. To the extent the Court considers the testimony's substance, Hawai‘i has already addressed materially identical arguments

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.

concerning the Deputy Attorney General's oral testimony. *See id.* Testimony supporting a bill does not make the resulting legislation attributable to the Attorney General; Hawai'i's Constitution vests the legislative power in the legislature. Haw. Const. art. III, § 1; *see Teter*, 125 F.4th at 1306-07.

Respectfully submitted,
/s/ Jo-Ann Tamila Sagar
Jo-Ann Tamila Sagar

*Counsel for Defendant-Appellant Anne E. Lopez*

cc: All Counsel of Record (via CM/ECF)