HOGAN LOVELLS CADWALADER

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

T: +1 202 637 5600
F: +1 202 637 5910
www.hlc.com

September 9, 2026

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Yukutake v. Lopez*, No. 21-16756

Dear Ms. Dwyer,

We write to notify the Court of the recent decision in *United States v. Berger*, --- F.4th ----, 2026 WL 2577367 (3d Cir. Sep. 1, 2026) (Bibas, J.). There, the Third Circuit held that the National Firearms Act's silencer-registration requirement is constitutional because it operates as a shall-issue regime imposing only minimal, objective requirements. The Third Circuit's reasoning accords with this Court's and supports Hawai‘i in this case. *See United States v. DeBorba*, 177 F.4th 1005 (9th Cir. 2026); Dkt. No. 193 (Hawai‘i letter regarding *DeBorba*).

The Third Circuit held that "not every gun law counts as an infringement" of the Second Amendment. *Berger*, 2026 WL 2577367, at *5. Rather, "minimal, objective regulations that are part of the process of buying and selling guns do not infringe." *Id.* at *6. Thus, shall-issue licensing regimes containing "'narrow, objective, and definite standards' are presumptively constitutional" at *Bruen*'s first step. *Id.* at *5 (quoting *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1, 38 n.9 (2022)).

This test is consistent with "legal and political usage from the Magna Carta through the early nineteenth century." *Id.* at *5 (citing Daniel D. Slate, *Infringed*, 3 J. Am. Const. Hist. 381, 396-441 (2025) and 1 William Blackstone, *Commentaries* *122). Under that tradition, the word "infringe" means to "destroy[] or illegitimately

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.

restrict[]" a right—not merely to impose any burden. *Id.* The court found that the defendant had "offer[ed] no evidence that the Act imposes anything other than narrow, objective, and definite standards in a shall-issue licensing regime." *Id.* at *6 (quotation marks omitted).

Here, Plaintiffs have likewise failed to adduce evidence that the Hawai'i shall-issue regime at issue in this case meaningfully constrains their rights. *See* Dkt. No. 148 at 12-14. Instead, the challenged laws impose only "narrow" and "objective" requirements that must be met in order to acquire and possess firearms. *Berger*, 2026 WL 2577367, at *6 (quotation marks omitted).

Respectfully submitted,
/s/ Jo-Ann Tamila Sagar
Jo-Ann Tamila Sagar

*Counsel for Defendant-Appellant Anne E. Lopez*

cc: All Counsel of Record (via CM/ECF)