# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

September 21, 2026

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re: *Todd Yukutake et. al., v. Ann Lopez et. al.,* No. 21-16756**

Dear Ms. Dwyer:

Plaintiffs are writing to inform the Court about the Fifth Circuit's recent opinion in *Elite Precision Customs L.L.C. v. ATF*, No. 25-11206 (5th Cir. Sept. 18, 2026) (attached). There, the Fifth Circuit struck down "several provisions of 18 U.S.C. § 922 that collectively prohibit the buying and selling of handguns across state lines" because they violate the Second Amendment. *Id* at *1. The legal reasoning behind this opinion strongly supports Plaintiffs' challenge to Hawaii law. "[T]he degree to which a regulation encroaches upon Second Amendment rights is generally immaterial at *Bruen* Step 1." *Id* at *6. "It is no defense of the Ban's constitutionality to theorize that it is only a minor infringement of Second Amendment rights that still 'allow[s] ample access to handguns by those who are permitted to possess and purchase them under state and local laws.' " *Id* at *6-7. "This is confirmed by *Wolford v. Lopez*, 146 S. Ct. 2032 (2026)." *Id* at *7. "These same principles govern here. It is irrelevant that the Ban does not cover all types of firearms or fails entirely to foreclose all avenues of interstate firearm transfers." *Id.* "Therefore, the challenge to the Ban survives *Bruen* Step 1." *Id.*

This Court should rely on the Fifth Circuit's reasoning and reject Hawaii's argument that H.R.S. §§ 134-2(e) & 134-3 should be afforded a presumption of constitutionality. Plaintiffs are part of the People. Both challenged laws relate to firearms. "[A]nd, as relevant here" both laws place "restrictions on" "the 'keeping' " "of arms." *Id.* Therefore, Plaintiffs' challenge to H.R.S. §§ 134-2(e) & 134-3 survive step 1 of the *Bruen* analysis. And as Hawaii has produced no historical evidence to justify these laws, this Court should find the challenged laws violate the Second Amendment.

Yours very truly,

/s/ Alan Beck
Alan Beck

## CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 291 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 21st day of Sept. 2026.

s/ Alan Beck