UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TODD YUKUTAKE and DAVID KIKUKAWA,

Plaintiffs - Appellees,

v.

ANNE E. LOPEZ, In her Official Capacity as the Attorney General of the State of Hawaii,

Defendant - Appellant,

and

CITY AND COUNTY OF HONOLULU,

Defendant.

No. 21-16756

D.C. No. 1:19-cv-00578-JMS-RT
U.S. District Court for Hawaii, Honolulu

**MANDATE**

The judgment of this Court, entered September 22, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT